United States District Court
Southern District of Texas
FILED

NOV 1 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEARL DYANE VILLARREAL | § § § | |
| VS. | § § § § | Civil Action No. B-03-205 |
| HARTFORD FIRE INSURANCE COMPANY | § | |

### DEFENDANT HARTFORD INSURANCE COMPANY'S ORIGINAL ANSWER

TO THE HONORABLE COURT:

Defendant Hartford Fire Insurance Company files this its Original Answer and would respectfully show as follows:

I.

Defendant is without knowledge or sufficient information to form a belief as to the allegation in paragraph I of Plaintiff's Original Petition that Plaintiff resides in Cameron County, Texas. Defendant denies all other allegations in paragraph I of Plaintiff's Original Petition.

II.

Defendant admits that Plaintiff is asserting an agency relationship or theory as set forth in Plaintiff's Original Petition paragraph II; however, Defendant denies any liability in this case and therefore denies any such theory is applicable in this case.

III.

Defendant denies that discovery should be conducted under Level 2 of the Texas Rules of Civil Procedure as alleged in paragraph III of Plaintiff's Original Petition.

IV.

Defendant denies all allegations in paragraph IV titled "Venue" of Plaintiff's Original Petition.

V.

With regard to the allegations set forth in paragraph V of Plaintiff's Original Petition, Defendant admits issuing an insurance policy as identified by number in paragraph V. Defendant denies all other alleged facts set forth in paragraph V of Plaintiff's Original Petition.

VI.

Defendant is without sufficient information to form a belief as to allegations in paragraph VI of Plaintiff's Original Petition.

VII.

Defendant is without knowledge or sufficient information to form a belief as to all allegations in paragraph VII of Plaintiff's Original Petition.

VIII.

Defendant is without knowledge or sufficient information to form a belief as to all allegations in paragraph VIII of Plaintiff's Original Petition.

IX.

Defendant denies the allegations in paragraph IX of Plaintiff's Original Petition.

X.

Defendant denies all allegations contained in paragraph X of Plaintiff's Original Petition.

XI.

Defendant denies the allegations contained in paragraph XI of Plaintiff's Original Petition

wherein Plaintiff alleges she complied with all conditions of the insurance policy prior to bringing this suit. Defendant further denies all conditions precedent have been performed or have occurred. Defendant further denies that it has breached its contract of insurance as alleged by Plaintiff in paragraph XI of Plaintiff's Original Petition. Defendant is without knowledge or sufficient information to form a belief as to the allegations in paragraph XI of Plaintiff's Original Petition wherein Plaintiff alleges the vehicle causing her alleged damages was underinsured and insufficient to compensate her for her alleged damages.

XII.

With regard to the allegations in paragraph XII of Plaintiff's Original Petition pertaining to Joey E. Frausto and/or Ramiro Ochoa, Defendant is without knowledge or sufficient information to form a belief as to the allegations. Defendant denies all other allegations in paragraph XII.

XIII.

Defendant denies all allegations contained in paragraph XIII of Plaintiff's Original Petition.

XIV

Defendant denies all allegations contained in paragraph XIV of Plaintiff's Original Petition.

XV

Defendant denies all allegations contained in paragraph XV of Plaintiff's Original Petition.

XVI.

Defendant admits Plaintiff is seeking relief pursuant to the legal theories set forth in paragraph XVI of Plaintiff's Original Petition; however, Defendant denies Plaintiff is entitled to recover under any such theory set forth in paragraph XVI.

XVII.

Defendant admits Plaintiff is seeking damages above the minimum amounts for diversity jurisdiction. Defendant denies Plaintiff is entitled to recover damages. To this extent, Defendant denies all allegations in paragraph XVII of Plaintiff's Original Petition.

XVIII.

Defendant denies all allegations and requests for relief set forth in paragraph XVIII and each sub paragraph therein of Plaintiff's Original Petition.

XIX.

Defendant is without knowledge or sufficient information to form a belief as to all allegations in paragraph XIX of Plaintiff's Original Petition.

XX.

Defendant is without knowledge or sufficient information to form a belief as to all allegations in paragraph XX of Plaintiff's Original Petition.

XXI.

Defendant admits notice that Plaintiff intends to use the U.S. Life Tables as alleged in paragraph XXI of Plaintiff's Original Petition. Defendant denies Plaintiff is entitled to any damages or relief in this case.

XXII.

Defendant denies all allegations in paragraph XXII and each subparagraph therein of Plaintiff's Original Petition. Defendant denies Plaintiff is entitled to recover any damages.

XXIII.

Defendant denies all allegations in paragraph XXIII and each subparagraph therein of

Plaintiff's Original Petition.

### XXIV.

Defendant denies all allegations in paragraph XXIV of Plaintiff's Original Petition

### XXV.

Defendant denies all allegations contained in the paragraph XXV titled "Prayer" of Plaintiff's Original Petition. Defendant further denies all claims asserted by Plaintiff and Defendant denies Plaintiff is entitled to recover damages.

Respectfully submitted,

*[signature]*

Anthony B. James
Federal I.D. No. 3785
State Bar No. 09751700
Lisa M. Crouch
Federal I.D. No. 15307
State Bar No. 06571040

HODGE & JAMES, L.L.P.
Attorneys and Counselors at Law
P.O. Box 534329 (78553)
134 East Van Buren Street
Third Floor, Suite 310
Harlingen, Texas 78550
Telephone: (956) 425-7400
Facsimile: (956) 425-7707

Attorneys in Charge for Defendant, HARTFORD FIRE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, Defendant Hartford Insurance Company's Original Answer has been served on the 12th day of November, 2003 to all attorneys of record by placing same in a post office or official depository under the care and custody of the United States Postal Service, via personal delivery as follows:

VIA CMRRR#7002 2410 0001 9647 9486
Mr. Hugo Xavier De Los Santos
Attorney at Law
6800 Park Ten Blvd., Ste. 123-N
San Antonio, Texas 78213

*[signature]*

Lisa M. Crouch