Case 1:03-cv-00205   Document 4   Filed in TXSD on 11/21/2003   Page 1 of 3

United States District Court
Southern District of Texas
FILED

NOV 21 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PEARL DYANE VILLARREAL § § § | |
| VS. § | Civil Action No. B-03-205 |
| § § § | |
| HARTFORD FIRE INSURANCE COMPANY § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Court's Order, the undersigned counsel of record files this Certificate of Interested Parties:

1. Pearl Dyane Villarreal

2. Hartford Fire Insurance Company
   Mr. Kenney Riley
   The Hartford
   Select Litigation Unit
   55 Farmington, Suite 404
   Hartford, Connecticut 06105

3. Anthony B. James
   Lisa M. Crouch
   Hodge & James, L.L.P.
   134 East Van Buren Street
   Third Floor, Suite 310
   Harlingen, Texas 78550

4. Mr. Hugo Xavier De Los Santos
   Attorney at Law
   6800 Park Ten Blvd., Ste. 123-N
   San Antonio, Texas 78213

5. Joey E. Frausto

6. Ramiro Ochoa

7. Luis Villarreal

At this time, we are not aware of any additional parties, persons, or entities that are interested in the outcome of this litigation at this time.

Dated this 19th day of November, 2003.

Respectfully submitted,

_____
Anthony B. James
State Bar No. 10537300

Lisa M. Crouch
State Bar No. 06571040

HODGE & JAMES, L.L.P.
Attorneys and Counselors at Law
P.O. Box 534329 (78553)
134 East Van Buren Street
Third Floor, Suite 310
Harlingen, Texas 78550
Telephone: (956) 425-7400
Facsimile: (956) 425-7707

Attorneys in Charge for Defendant, HARTFORD FIRE INSURANCE COMPANY

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing, Defendant's Certificate of Interested Parties has been served on the 19th day of November, 2003 to all attorneys of record by placing same in a post office or official depository under the care and custody of the United States Postal Service, via personal delivery as follows:

<u>VIA CMRRR#7002 2410 0001 9647 9530</u>
Mr. Hugo Xavier De Los Santos
Attorney at Law
6800 Park Ten Blvd., Ste. 123-N
San Antonio, Texas 78213

_____
Lisa M. Crouch