IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 6 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PEARL DYANE VILLARREAL § § § | |
| VS. § § § | Civil Action No. B-03-205 |
| HARTFORD FIRE INSURANCE COMPANY § | |

**DEFENDANT'S PROPOSED PORTION OF THE JOINT DISCOVERY/CASE
MANAGEMENT PLAN
UNDER RULE 26(f) FEDERAL RULES OF CIVIL PROCEDURE**

*Please state the instruction before furnishing the information.*

1.  State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

**RESPONSE:**

   Defendant sent two letters to Plaintiff's counsel. Both letters are attached as Exhibits "A" and "B." Plaintiff's counsel called Defendant's counsel on January 21st and stated he would call back on January 22nd to discuss the proposal or for Defendant's counsel to call him on January 22nd. Defendant's counsel called twice but neither message was returned. Plaintiff's counsel did not call as of the time this document was filed.

2.  List the cases related to this one that are pending in any state or federal court with the case number and court.

**RESPONSE:**

   None.

3.  Briefly describe what this case is about.

**RESPONSE:**

   This claim arises form an auto accident.

4. Specify the allegation of federal jurisdiction.

**RESPONSE:**

Defendant removed this case based on diversity jurisdiction.

5. Name the parties who disagree and the reasons.

**RESPONSE:**

No motion to remand was filed.

6. List anticipated additional parties that should be included, when they can be added, and by whom they were wanted.

**RESPONSE:**

None.

7. List anticipated interventions.

**RESPONSE:**

None.

8. Describe class-action issues.

**RESPONSE:**

None.

9. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

**RESPONSE:**

Defendant agrees to exchange Rule 26 disclosures within 14 days after the Rule 26f conference and prior to the initial scheduling conference.

10. Describe the proposed agreed discovery plan, including:
   A. Responses to all the matters raised in Rule 26(f).
   B. When and to whom the plaintiff anticipates it may send interrogatories.
   C. When and to whom the defendant anticipates it may send interrogatories.
   D. Of whom and by when the plaintiff anticipates taking oral depositions.
   E. Of whom and by when the defendant anticipates taking oral depositions.
   F. When the plaintiff (or the party with the burden of proof an issue) will be able to designated experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.
   G. List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).
   H. List expert depositions the opposing party anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**RESPONSE:**

   A. At this time Defendant is not requesting any changes.
   B.
   C. The Defendant anticipates sending discovery to Plaintiff within the next 45 days.
   D.
   E. The Defendant anticipates taking oral depositions within the next 90 - 120 days.
   F.
   G. The Defendant anticipates designating any experts within 150 days.
   H. Defendant anticipates deposing experts within 180 days.

11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

**RESPONSE:**

   Defendant is not aware of Plaintiff's position on the plan.

12. Specify the discovery beyond initial disclosures that has been undertaken to date.

**RESPONSE:**

   None.

13. State the date the planned discovery can reasonably be completed.

**RESPONSE:**

   180 days.

14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

**RESPONSE:**

Defendant agrees to continue to discuss a settlement or resolution of this case.

15. Describe what each party has done or agreed to do to bring about a prompt resolution.

**RESPONSE:**

Defendant agrees to communicate with Plaintiff through her attorney regarding a resolution of this case.

16. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

**RESPONSE:**

Mediation may be effectively used in this case.

17. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

**RESPONSE:**

Defendant prefers a trial before a U.S. District Judge.

18. State whether a jury demand has been made and if it was made on time.

**RESPONSE:**

A jury demand was timely made.

19. Specify the number of hours it will take to present the evidence in this case.

**RESPONSE:**

Two days.

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

**RESPONSE:**

None.

21. List other motions pending.

**RESPONSE:**

None.

22. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

**RESPONSE:**

None.

23. Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

**RESPONSE:**

Defendant filed its Certificate of Interested Parties on November 19, 2003.

24. List the names, bar numbers, addresses and telephone numbers of all counsel.

**RESPONSE:**

Anthony B. James
Federal I.D. No. 3785
Lisa M. Crouch
Federal I.D. No. 15307
Hodge, James & Garza L.L.P.
134 East Van Buren Street, Suite 310
Harlingen, Texas 78550
Tel: 956-425-7400
Fax: 956-425-7707

Hugo Xavier De Los Santos
Attorney at Law
6800 Park Ten Blvd., Ste. 123-N
San Antonio, Texas 78213
Telephone: (210) 736-4227
Facsimile: (210) 737-1556

_____   _____
Hugo Xavier De Los Santos                        Date
Counsel for Plaintiff


_____   _____
Lisa M. Crouch                                   Jan 22 2004
Counsel for Defendant                            Date

# HODGE & JAMES, L.L.P.
## ATTORNEYS AND COUNSELORS AT LAW

BRUCE W. HODGE
ANTHONY B. JAMES
WILLIAM L. HUBBARD
LORRAINE OROZCO
FRANCISCO J. GARZA
LISA M. CROUCH
ROBERT SCHELL
CHRISTINE M. GORMAN

P.O. BOX 534329, HARLINGEN, TEXAS 78553
134 EAST VAN BUREN, THIRD FLOOR
HARLINGEN, TEXAS 78550
PH. 956-425-7400
FAX. 956-425-7707
e-mail: info@hodgejames.com

HIDALGO COUNTY OFFICE
323 WEST CANO, 2ND FLOOR
EDINBURG, TEXAS 78539
PH 956-387-0082

November 21, 2003

Hugo Xavier De Los Santos
Attorney at Law
6800 Park Ten Blvd., Ste. 123-N
San Antonio, Texas 78213

<u>VIA FAX (210) 737-1556</u>

RE: Civil Action No. B-03-205
Pearl Dyane Villarreal vs. Hartford Fire Insurance Company
In the United States Southern District, Southern District of Texas, Brownsville Division
Our File No.: 2003-316

Dear Xavier:

Attached is a draft of the Joint Discovery Case Management Plan. As far as any meeting at your office in San Antonio, the Rules do not require me to travel to your office. You filed this case in Cameron County. I have no problem meeting you in Cameron County or discussing the required matter over the telephone. The Rules do not require a face to face to conference. Please let me know when you are available to confer over the telephone or meet in Cameron County.

You also asked that I let you know when I will make my Rule 26 disclosures. In accordance with Rule 26, I will make my disclosures at or within 14 days after our Rule 26f conference.

Sincerely,

Lisa M. Crouch

LMC/vb


EXHIBIT A

# HODGE & JAMES, L.L.P.
## ATTORNEYS AND COUNSELORS AT LAW

BRUCE W. HODGE
ANTHONY B. JAMES
WILLIAM L. HUBBARD
LORRAINE OROZCO
FRANCISCO J. GARZA
LISA M. CROUCH
ROBERT SCHELL
CHRISTINE M. GORMAN

P.O. BOX 534329, HARLINGEN, TEXAS 78553
134 EAST VAN BUREN, THIRD FLOOR
HARLINGEN, TEXAS 78550
PH. 956-425-7400
FAX. 956-425-7707
e-mail: info@hodgejames.com
website: www.hodgejames.com

HIDALGO COUNTY OFFICE:
323 WEST CANO, 2ND FLOOR
EDINBURG, TEXAS 78539
PH. 956-387-0082

January 20, 2004

Hugo Xavier De Los Santos
Attorney at Law
6800 Park Ten Blvd., Ste. 123-N
San Antonio, Texas 78213

<u>VIA FAX (210) 737-1556</u>

RE: Civil Action No. B-03-205
Pearl Dyane Villarreal vs. Hartford Fire Insurance Company
In the United States Southern District, Southern District of Texas, Brownsville Division
Our File No.: 2003-316

Dear Xavier:

Attached is a draft of our proposed Joint Discovery Case Management Plan. I previously sent this to you on November 21, 2003. Please review the proposed deadlines. I will be in the office all day today and tomorrow. I plan to file the attached draft tomorrow at 5:00 p.m. Please call me so we can discuss and make any changes you would like.

If I do not hear from you I will file the attached draft as Defendant's Proposed Joint Discovery Case Management Plan.

Please call if you have any questions.

Sincerely,

Lisa M. Crouch

LMC/vb
enclosure


EXHIBIT B