United States District Court
Southern District of Texas
FILED

FEB 1 3 2004

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

INITIAL PRETRIAL & SCHEDULING CONFERNCE
(HELD TELEPHONICALLY IN CHAMBERS)

CIVIL ACTION NO. B-03-205   DATE & TIME: 2/13/04 @ 10:19 - 10:40

COUNSEL:

PEARL DYANE VILLARREAL     §   Hugo Xavier De Los Santos

VS                         §

HARTFORD FIRE INSURANCE CO.   §   Lisa M. Crouch

Courtroom Deputy: Irma Soto
Court Reporter:   Barbara Barnard

Case called on the docket. Hugo De Los Santos appeared telephonically for the Plaintiff. Lisa Crouch appeared in person for Defendant.

The following dates are set by the Court:

  Final Pretrial is set for 3/29/05 @ 1:30 pm
  Jury Selection is set for 3/31/05 @ 9:00 am.  Counsel to to voir dire.
     Jury to be 12 members w/ a 10/2 verdict.
  Joint Pretrial Order due by 2/18/05
  Plaintiff's experts named by 7/30/04
  Defendant's experts named by 9/30/04
  Discovery completed by 2/18/05
  Dispostive motions filed by 2/4/05-any responses due as per the rule
     which is 20 days

Any of the above dates w/the exception of Final Pretrial, Jury Selection and Joint Pretrial Orders dates can be changed by agreement among the attorneys w/written notification of any agreed changes to the Court.

Plaintiff is to submit in writing to the Court a written stipulation within ten (10) days that they will not seek amount of more than $75,000.00 at which time the Court will address Plaintiff's Motion to Remand.

Court is adjourned.