IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| PEARL DYANE VILLARREAL | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-205 |
| | § | |
| HARTFORD FIRE INSURANCE CO. | § | |

## Scheduling Order

1. Trial: Estimated time to try: ____ days.    ☐ Bench   ■ Jury

2. New parties must be joined by:    _____
    *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    July 30, 2004

4. The defendant's experts must be named with a report furnished by:    September 30, 2004

5. Discovery must be completed by:    February 18, 2005

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:    February 4, 2005

   Non-Dispositive Motions will be filed by:    _____

************************ The Court will provide these dates. ************************

7. Joint pretrial order is due:    February 18, 2005

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:    March 29, 2005

9. Jury Selection is set for 9:00 a.m. on:*    March 31, 2005

*Counsel to do voir dire. Jury to be twelve (12) members with the agreement of ten (10) or more members on each issue required to reach a verdict.

The case will remain on standby until tried.

Signed this the 20th day of February, 2004.

Andrew S. Hanen
United States District Judge

xc: ALL COUNSEL OF RECORD