IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PEARL DYANE VILLARREAL | § | |
| | § | |
| V. | § | CIVIL NO. B–03-205 |
| | § | |
| HARTFORD FIRE INSURANCE CO. | § | |

# ORDER

This court has considered the plaintiff's motion to remand and the response thereto. This court, in its Rule 16 conference held on February 20, 2004, inquired from plaintiff's counsel if plaintiff was seeking less than the jurisdictional amount of this court as this was the alleged reason for defeating this court's diversity jurisdiction. Counsel for plaintiff would not commit that such was the case. Consequently, this court gave the plaintiff's counsel ten (10) days to consult with his client and ordered him to file such a stipulation in support of the motion to remand by the expiration of that ten (10) day period if indeed he was seeking less than $75,000. The court instructed the counsel for the defendant to prepare such a stipulation to plaintiff's counsel to expedite resolution of this matter.

The time for the plaintiff to comply with this court's order has come and gone and no stipulation has been filed. Thus, it is clear that the plaintiff is seeking more dollar damages than the minimum jurisdictional level needed to confer diversity jurisdiction on this court. That being the case, the motion to remand is denied.

Signed this 5th day of March, 2004.

Honorable Andrew S. Hanen
United States District Judge