(03-316)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

MAR 0 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PEARL DYANE VILLARREAL | § § § | |
| VS. | § § § § | Civil Action No. B-03-205 |
| HARTFORD FIRE INSURANCE COMPANY | § | |

### DEFENDANT'S NOTICE OF FILING

TO THE HONORABLE JUDGE OF SAID COURT:

HARTFORD FIRE INSURANCE COMPANY, (Defendant) hereby files the attached correspondence and Stipulation sent to Plaintiff's counsel on February 13, 2004. Also attached is a fax confirmation sheet showing receipt by Plaintiff's counsel.

Respectfully submitted,

HODGE, JAMES & GARZA, L.L.P.
Attorneys and Counselor at Law
P.O. Box 534329 (78553)
134 East Van Buren Street
Third Floor, Suite 310
Harlingen, Texas 78550
Telephone: (956) 425-7400
Facsimile: (956) 425-7707

_____
Anthony B. James
Federal Id. No. 3785
State Bar No. 10537300

Lisa M. Crouch
Federal I.D. No. 15307
State Bar No. 06571040

Attorneys for Defendant,
HARTFORD FIRE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing, Defendant's Notice of Filing, has been served on the 5th day of March, 2004, to all attorneys of record by placing same in a post office or official depository under the care and custody of the United States Postal Service, via personal delivery as follows:

<u>CMRRR# 7003 2260 0005 0548 4329</u>
Mr. Hugo Xavier De Los Santos
Attorney at Law
6800 Park Ten Blvd., Ste. 123-N
San Antonio, Texas 78213

_____
Lisa M. Crouch

## ATTORNEYS AND COUNSELORS AT LAW

BRUCE W HODGE
ANTHONY B JAMES
FRANCISCO J GARZA

LORRAINE OROZCO
LISA M. CROUCH
ROBERT SCHELL
CHRISTINE M. GORMAN

PO BOX 534329, HARLINGEN, TEXAS 78553
134 EAST VAN BUREN, THIRD FLOOR
HARLINGEN, TEXAS 78550
PH 956-425-7400
FAX. 956-425-7707
e-mail. info@hodgejames.com
web-site: www.hodgejames.com

EDINBURG OFFICE
323 WEST CANO, 2ND FLOOR
EDINBURG, TEXAS 78539
PH 956-387-0082

BROWNSVILLE OFFICE
1002 EAST TAYLOR STREET
BROWNSVILLE, TEXAS 78520
PH 956-425-7400

February 13, 2004

Hugo Xavier De Los Santos
Attorney at Law
6800 Park Ten Blvd., Ste. 123-N
San Antonio, Texas 78213

Via Fax: (210) 737-1556

RE: Civil Action No. B-03-205
Pearl Dyane Villarreal vs. Hartford Fire Insurance Company
In the United States Southern District, Southern District of Texas, Brownsville Division
Our File No.: 2003-316

Dear Hugo:

Attached is a stipulation in connection with the above case. The stipulation must be filed within 10 days as per the court's order. I have prepared a stipulation and attached it for your review.

If you have any questions, please do not hesitate to contact our office.

Sincerely,

Lisa M. Crouch

LMC/sh
enclosure

```
****************************************************************************
*                          P. 01                                            *
*                    TRANSACTION REPORT                                     *
*                                              FEB-13-2004 FRI 11:49 AM     *
*                                                                           *
*      FOR:  HODGE, JAMES & GARZA LLP      9564257707                       *
*                                                                           *
*--------------------------------------------------------------------------*
*      SEND                                                                 *
*   DATE   START     RECEIVER        TX TIME(L) PAGES TYPE   NOTE    M#  DP *
*--------------------------------------------------------------------------*
*   FEB-13 11:48 AM  12107371556       56"(1)    4   FAX TX   OK     654    *
*--------------------------------------------------------------------------*
*                                    TOTAL :    56S  PAGES:  4              *
*                                                                           *
****************************************************************************
```

# HODGE, JAMES & GARZA, L.L.P.
## ATTORNEYS AND COUNSELORS AT LAW

BRUCE W. HODGE
ANTHONY B. JAMES
FRANCISCO J. GARZA

LORRAINE OROZCO
LISA M. CROUCH
ROBERT SCHELL
CHRISTINE M. GORMAN

PO BOX 534329, HARLINGEN, TEXAS 78553
134 EAST VAN BUREN, THIRD FLOOR
HARLINGEN, TEXAS 78550
PH. 956-425-7400
FAX. 956-425-7707
e-mail: info@hodgejames.com
web-site: www.hodgejames.com

EDINBURG OFFICE:
323 WEST CANO, 2ND FLOOR
EDINBURG, TEXAS 78539
PH. 956-387-0082

BROWNSVILLE OFFICE:
1002 EAST TAYLOR STREET
BROWNSVILLE, TEXAS 78520
PH. 956-425-7400

## FAX COVER SHEET

FAX NUMBER TRANSMITTED TO:   (210) 737-1556

To:       Hugo Xavier De Los Santos

From:     Lisa M. Crouch

Re:       *Pearl Dyane Villarreal vs. Hartford Fire Insurance Company*

Our File No.:  2003-316

Date:     February 13, 2004

DOCUMENTS

(03-316)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEARL DYANE VILLARREAL | § | |
| | § | |
| | § | |
| VS. | § | Civil Action No. B-03-205 |
| | § | |
| | § | |
| HARTFORD FIRE INSURANCE COMPANY | § | |

## STIPULATION

Plaintiff Pearl Dyane Villarreal, Individually and together with her counsel Hugo De los Santos, file this binding stipulation:

I.

Plaintiff understands this case is presently pending in Federal Court. Plaintiff further understands there is a question as to the amount in controversy.

II.

Plaintiff Pearl Dyane Villarreal, Individually and together with her counsel Hugo De los Santos, hereby stipulate that Plaintiff will never seek to recover $75,000.00 or more in damages, including but not limited to actual damages, punitive damages, attorney's fees and interest in connection with any and all claims that have been asserted and are presently pending in Civil Action No. B-03-205 or that could have been asserted in Civil Action No. B-03-205. In the event a judgment is obtained for $75,000.00 or more, plaintiff hereby agrees to limit enforcement and collection of the judgment to under $75,000.00.

III.

In consideration for signing this binding stipulation, Plaintiff requests this case be remanded to state court. Plaintiff agrees that in the event this case is remanded she will be bound by the terms of this binding stipulation in the state court proceedings. Plaintiff understands and fully agrees that she will never obtain $75,000.00 or more from Defendant. Any judgment entered in the amount of $75,000.00 or more will be remitted to $74,999.99.

IV.

The legal ramifications of this binding stipulation have been explained to Plaintiff by her counsel of record and Plaintiff is of sound mind and fully agrees and requests this stipulation be given full forced and effect in state court.

Signed the _____ Day of February, 2004.

Respectfully submitted,

Hugo Xavier De Los Santos
Attorney at Law
6800 Park Ten Blvd., Ste. 123-N
San Antonio, Texas 78213
Telephone: (210) 736-4227
Telefax: (210) 737-1556

PEARL DYANE VILLARREAL, Plaintiff