United States District Court
Southern District of Texas
FILED

JUL 3 0 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEARL DYANE VILLARREAL, Plaintiff | § § § | Civil Action |
| v. | § § | No. B-03-205 |
| HARTFORD FIRE INSURANCE COMPANY, Defendant | § § § | |

## PLAINTIFF'S MOTION TO ENLARGE, AND FOR EXTENSION OF, DEADLINE TO DESIGNATE EXPERTS

**TO THE HONORABLE ANDREW S. HANEN, U.S. DISTRICT JUDGE:**

Now comes, Plaintiff PEARL DYANE VILLARREAL, and moves this Court for an order enlarging and extending the time within which to designate expert witnesses in this case, and in support whereof, Plaintiff would respectfully show as follows:

1. The Court's Scheduling Order provides that plaintiff's experts will be named with a report furnished by July 30, 2004. This motion to enlarge and extend the time within which Plaintiff must designate or name experts, and provide a report, is being made and filed before the expiration of that deadline.

2. Plaintiff needs additional time within which to name experts and provide reports in that Plaintiff's undersigned counsel's father has been diagnosed with cancer, and said counsel has been spending substantial amounts of time assisting his family in dealing with this family medical emergency, which has limited said counsel's ability to meet deadlines. On June 7, 2004, the undersigned counsel's father underwent cancer surgery in Houston, Texas. The undersigned counsel traveled to Houston, Texas, to be with his father and family during this time. Since that time, during the month of June 2004 and early July 2004, the undersigned counsel has spent several days out of the office assisting in the emotional and familial support of his father's recovery. The

<u>PLAINTIFF'S MOTION TO ENLARGE</u>                                    Case No. B-03-205

undersigned's brother, his sole paralegal/legal assistant, has been out of the office continuously, save for two days, since the date of the surgery also assisting in the recuperation of the undersigned's father. This personal family medical emergency which has required the undersigned counsel's and his brother's attention, has adversely impacted on the undersigned counsel's ability to comply with and meet deadlines in this matter, including meeting the deadline for naming experts and providing reports.

3. Additionally, Plaintiff shows that Plaintiff's undersigned counsel is actively engaging in settlement discussions with Defendant's counsel, and attempting to resolve this matter amicably without the need for additional litigation, use of court time, and added expense.

4. Plaintiff urges that enlarging and extending the deadline for Plaintiff to name experts and provide a report would not prejudcie Defendant in that discovery can be conducted, pursuant to the Scheduling Order, up until February 18, 2005. Even if the court also extends the Defendant's deadline within to name its experts and provide a report, which Plaintiff would not oppose, this will still leave adequate time for the undertaking and completing of discovery relating to named experts by the discovery deadline.

5. The undersigned has conferred with opposing counsel regarding this motion. However, at this time, no specific agreement was reached. Nevertheless, based on the discussions and past dealings and pending settlement negotiations, and the circumstances related hereinabove, it is believed that there be no opposition to this motion.

6. WHEREFORE, PREMISES CONSIDERED, Plaintiff PEARL DYANE VILLARREAL prays that this Court grant Plaintiff an Order enlarging and extending the time within which to name experts and provide a report to September 30, 2004, and

<u>PLAINTIFF'S MOTION TO ENLARGE</u>                            Case No. B-03-205

for such other and further relief to which Plaintiff may be justly or equitably entitled and/or which the court deems appropriate.

Respectfully submitted,

*HUGO XAVIER DE LOS SANTOS*
*Attorney at Law*

By: _____                    Date:   July 29, 2004
    HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.
    Texas Bar Identification #05653300

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas  78213
(210) 736-4227       FAX# (210) 737-1556

Attorney for PEARL DYANE VILLARREAL, Plaintiff

<u>PLAINTIFF'S MOTION TO ENLARGE</u>                                    Case No. B-03-205

<u>VERIFICATION</u>

STATE OF TEXAS                           §
COUNTY OF &County&                       §

    HUGO XAVIER DE LOS SANTOS, attorney for PEARL DYANE VIL-LARREAL, Plaintiff above named, being duly sworn, says:

    1.    That he is the attorney of record for PEARL DYANE VILLARREAL, Plaintiff in the above styled and numbered cause;

    2.    That he is fully qualified and authorized to make this verification; and

    3.    That the matters alleged in the foregoing motion are true to his own knowledge, except the matters stated therein on information and belief, which he believes to be true.

_____
Hugo Xavier de los Santos

    SUBSCRIBED and SWORN to before me this _29th_ day of July, 2004.

[seal]

_____
Notary Public in and for the
State of Texas

Printed/Typed Name of Notary: _Teresita Flores_

Notary's commission expires: _06/30/2007_

PLAINTIFF'S MOTION TO ENLARGE                                   Case No. B-03-205

## CERTIFICATE OF SERVICE

    I, HUGO XAVIER DE LOS SANTOS, ESQ., attorney for PEARL DYANE VILLARREAL, Plaintiff, hereby certify that I served all other parties in this action with a correct copy of PLAINTIFF'S MOTION TO ENLARGE, AND FOR EXTENSION OF, DEADLINE TO DESIGNATE EXPERTS in a manner consistent with the TEX.R.CIV.P. on July 29, 2004.

    Further, this is to certify that all service via mail was by certified mail, return receipt requested [RRR], by depositing this document in an official depository of the United States Postal Service after enclosing this document in a postpaid, properly addressed envelope. In addition, all service by telephonic document transfer was accomplished before 5:00 o'clock p.m. on the aforesaid date.

*HARTFORD FIRE INSURANCE COMPANY, Defendant*

c/o Mr. Anthony B. James, Esq.
Hodge, James & Garza, LLP
134 E. Van Buren St., Suite 310
Harlingen, Texas 78550

    *Method*:    U.S. Certified Mail, Return Receipt Requested
                   USPS Postal Receipt #7003 3110 0002 7314 7245

*HUGO XAVIER DE LOS SANTOS*
*Attorney at Law*

By: _____
    HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.
    Texas Bar Identification #05653300

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas  78213
(210) 736-4227    FAX# (210) 737-1556

Attorney for PEARL DYANE VILLARREAL, Plaintiff

**************************************************************************