United States District Court
Southern District of Texas
ENTERED

SEP 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk 

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PEARL DYANE VILLARREAL          §
                                §
V.                              §          CIVIL NO. B–03-205
                                §
HARTFORD FIRE INSURANCE CO.     §

# ORDER

Under Local Rule 7.4, failure to respond to a motion will be taken as a representation that

there is no opposition.  Therefore, Plaintiff's Motion to Extend the Deadline to Designate Experts

filed on July 30, 2004, is GRANTED.

Signed this 10th day of September, 2004.

_____
Honorable Andrew S. Hanen
United States District Judge