United States District Court
Southern District of Texas
FILED

SEP 3 0 2004

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **PEARL DYANE VILLARREAL, Plaintiff** | § | **Civil Action** |
| **v.** | § | **No. B-03-205** |
| **HARTFORD FIRE INSURANCE COMPANY, Defendant** | § | |

## PLAINTIFF'S DESIGNATION OF EXPERTS

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, plaintiff PEARL DYANE VILLARREAL, and submits the following initial list of potential testifying expert witnesses in this case, as follows:

The following list of potential testifying experts is based upon plaintiff's answers to defendant's discovery requests in this case, which have heretofore been served, and the same is submitted without prejudice to future supplementation and/or amendment of same:

*List of potential testifying expert witnesses*:

1. Dr. Rafael Arredondo, FACS, FICS
   and his custodian of records
   1084 Los Ebanos Blvd.
   Brownsville, Texas 78520
   (956) 544-2703

2. Dr. Okafor and other treating physicians,
   including treating emergency room physicians
   and their custodian of records at
   Valley Baptist Medical Center
   210 Pease Street
   Harlingen, Texas 78550
   (956) 389-2060

3. Treating EMS Technicians and their custodian of records with Harlingen Community E.M.S. 1705 Vermont Harlingen, Texas 78550 (956) 364-2711

The above health care providers may be called upon to testify as to the nature of the stress, mental anguish and emotional distress injuries suffered by the plaintiff, the health care rendered for the treatment, the dates of treatment, the various diagnostic tests and studies done, histories, evaluation and diagnosis of the injuries, the disability or incapacity caused the plaintiff, the reasonable and customary charges for such health care services, the amounts of the reasonable bills for health care services necessarily rendered for the treatment of such injuries and all other related aspects of health care as it may pertain to the plaintiff, the injuries plaintiff suffered and/or plaintiff's claim. The various opinions of these experts is reflected in the medical records involved in this action. In addition, x-rays, MRI films, CT-Scans, and other radiographic films and the medical records may be made available for defendants' inspection at the plaintiff's attorney's office at a mutually agreeable time and date, with at least two weeks' advance notice. Moreover, the medical and health care expenses necessitated and caused by the injuries plaintiff has suffered are of a continuing nature. Accordingly, additional bills for health care services will be made available for defendants' inspection at plaintiff's attorney's office at a mutually agreeable time and date, with at least two weeks' advance notice.

In addition to the foregoing, Plaintiff designates Dr. Arredondo to testify in the areas of scar revision and plastic surgery in regard to lacerations suffered by Plaintiff. Dr. Arredondo is a medical doctor and an expert in the area of facial and general plastic surgery. He has examined Plaintiff and has found that Plaintiff still has visible scarring caused by lacerations suffered in the car accident made the subject of the sued upon. He has found a pigment laceration on Plaintiffs' forehead which has widened and is in an oblique direction. He has also noted a mature scar on the Plaintiff's upper lip. Dr. Arredondo is of the opinion that, based upon a reasonable degree of medical probability, Plaintiff will require two surgeries, a multiple z-plasty in the forehead followed by dermabrasion, and dermabrasion to the upper lip. These will require two separate surgeries, resulting in loss of work of one to two weeks after each surgery, and further limitation of no exposure to sunlight for 3 to 6 months. Even with the surgeries, Dr. Arredondo's opinion is that there will be only moderate improvement in cosmetics and that the scarring will always be visible.

Dr. Arredondo is also expected to testify that he is familiar with the reasonable and usual and customary costs in Cameron County, Texas, of the type of surgeries that he is recommending and finds necessary for the treatment of Plaintiff's scarring, and that he is further expected to testify that $8,550.00 is a reasonable cost for each of the two surgeries that he feels is necessary to treat Plaintiff's scarring. He is also expected to testify upon his review of the itemized hospital emergency room charges and emergency physician charges, including testing, that $3,724.00 was a reasonable and necessary charge for emergency room care and treatment for Plaintiff as a result of the accident in question, that $420.00 was a reasonable and necessary charge for the emergency room doctors treatment of Plaintiff for such injuries, and that $403.00 was a reasonable and necessary charge for emergency ambulance transport for Plaintiff for treatment of injuries resulting from the accident in question, for all such treatment in Cameron County, Texas.

Dr. Okafor is a medical doctor and expert in emergency medical care and is also expected to testify that the emergency medical transport, care, testing and treatment that Plaintiff received for her injuries were necessary for treatment of such injuries suffered in the car accident, and that he is familiar with the reasonable, usual, and cus tomary costs of such treatment in Cameron County, Texas, and that upon his review of the itemized hospital emergency room charges and emergency physician charges, including testing, that $3,724,00 was a reasonable and necessary charge for emergency room care and treatment for Plaintiff as a result of the accident in question, that $420.00 was a reasonable and necessary charge for the emergency room doctors treatment of Plaintiff for such injuries, and that $403.00 was a reasonable and necessary charge for emergency ambulance transport for Plaintiff for treatment of injuries resulting from the accident in question, for all such treatment in Cameron County, Texas.

A copy of Dr. Arredondo's report, and copies of the hospital emergency room bill, the Dr. Okafor's emergency room bill, and the EMS bill, are being produced with this designation.

4. Officer Jesus J. Vargas
Badge No. 860
Santa Rosa Police Department
Santa Rosa, Texas

Officer Vargas is police officer and an expert in police investigation of motor vehicle accidents and their causes. He is expected to testify and give opinions consistent with the police report he prepared in connection with his investigation of the subject accident, including his opinions as contained in such report. A copy of Officer Vargas' report is being produced with this designation.

PLAINTIFF'S DESIGNATION OF EXPERTS Case No. B-03-205

Respectfully submitted,

*HUGO XAVIER DE LOS SANTOS*
*Attorney at Law & C.P.A.*

Date: September 30, 2004

By: ______________________________
HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas 78213
(210) 736-4227 FAX# (210) 737-1556

Texas Bar Identification Number 05653300
U.S. Southern District Identification Number 11259

Attorney for PEARL DYANE VILLARREAL, Plaintiff

83028.U4001:093004:HXDLS:jcm Page #4 of 5

## CERTIFICATE OF SERVICE

I, HUGO XAVIER DE LOS SANTOS, ESQ., attorney for PEARL DYANE VILLARREAL, Plaintiff, hereby certify that I served all other parties in this action with a correct copy of the PLAINTIFF'S DESIGNATION OF EXPERTS on September 30, 2004, in a manner consistent with the Texas Rules of Civil Procedure as designated hereinbelow.

*HARTFORD FIRE INSURANCE COMPANY, Defendant*:
c/o Mr. Anthony B. James, Esq.
134 E. Van Buren St., Suite 310
Harlingen, Texas 78550

*&OtherPartyServed2&*:
c/o Ms. Lisa M. Crouch, Esq.
134 E. Van Buren St., Suite 310
Harlingen, Texas 78550

*Method*: Telephonic Document Transfer
To (956) 425-7707

*&OtherPartyServed3&*:
c/o &SOPC3&
&SOPC3-Address&
&SOPC3-CSZ&

Respectfully submitted,

***HUGO XAVIER DE LOS SANTOS***
***Attorney at Law & C.P.A.***

Date: September 30, 2004

By: ______________________
HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.

6800 Park Ten Blvd., Suite 123-N
San Antonio, Texas 78213
(210) 736-4227 FAX# (210) 737-1556

Texas Bar Identification Number 05653300
U.S. Southern District Identification Number 11259

Attorney for PEARL DYANE VILLARREAL, Plaintiff

**************************************************************************

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **PEARL DYANE VILLARREAL,** Plaintiff | § | **Civil Action** |
| **v.** | § | **No. B-03-205** |
| **HARTFORD FIRE INSURANCE COMPANY,** Defendant | § | |

**PLAINTIFF'S DESIGNATION OF EXPERTS**

# EXHIBIT "1"

**EXPERT REPORT OF DR. RAFAEL ARREDONDO**
**BILL OF VALLEY BAPTIST MEDICAL CENTER**
**DR. OKAFOR BILL**
**EMS BILL**
**POLICE REPORT**

**RAFAEL ARREDONDO, MD, FACS, FICS**

Board Certified by
THE AMERICAN BOARD OF OTOLARYNGOLOGY

Fellow American Academy of Otolaryngology-Head & Neck Surgery
Fellow American Academy Facial Plastic & Reconstructive Surgery
Fellow American Academy of Cosmetic Surgery
Fellow International College of Surgeons
Fellow American College of Surgeons

September 29, 2004

HUGO JAVIER DE LOS SANTOS
ATTORNEY AT LAW6800 PARK TEN BOUVARD, SUITE 123 N
SAN ANTONIO, TEXAS 78213
(210) 736-4227

Dear Mr.De Los Santos

The following patient, Pearl Villarreal is a 23 year old female referred by her attorney with the history of a motor-vehicle accident which occurred on January 01,2000. Apparently the patient suffered trauma to her face. She brought some photographs ,which showed a sutured laceration on the right side of her forehead and another one the left side of the philtrum. The laceration is approximately 5-6cm and the one on the philtrum measures 1-1/-2 cm. The one on the lip was not sutured . Apparently the suturing was done at the emergency room at Valley Baptist Hospital in Harlingen these injuries according to the patient occurred in the car accident. She has a pigmented healed old laceration on her forehead, which was widened and is in an oblique direction. The scar on the upper lip appears to be mature. Both of them can be improved with the use of surgery. Multiple Z-plasty in the forehead followed by dermabrasion and dermabrasion on the upper lip. This would require two separate procedures , both of them causing the loss of work for approximately 1-2 weeks each. After both surgical interventions, the patient should avoid exposure to the sunlight for the following 3-6 months, this will only bring moderate improvement in cosmesis but the scar will be visible and requiring camouflage make-up. If I can be a further help, please do not hesitate to contact me. (956) 5442703

The following is a list of prices for the surgeries:

SCAR REVISION AND DERMABRATION

| | |
|---|---|
| DR. | 6,000.00 |
| HOSPITAL | 1,400.00 |
| ANESTHESIA | 1,000.00 LOCAL WITH STAND BY |
| READINGS | 150.00 |
| TOTAL | $8,550.00 |

Thank you,

Rafael Arredondo,MD,FACS

1084 LOS EBANOS BLVD. • BROWNSVILLE, TEXAS 78520 • 956.544.2703 • FAX 956.541.1527

VALLEY BAPTIST MEDICAL CENTER
2101 PEASE STREET P.O. DRAWER 2588
HARLINGEN, TEXAS 78550
(956)389-2060

DATE: 01/27/00

PATIENT NAME: VILLARREAL, PEARL

MED REC NO: 00277632

SERVICE DATE(S): FROM 01/01/00 TO 01/02/00

ACCOUNT NO: 983576356

VILLARREAL, PEARL

| DATE | DESCRIPTION | | CHARGE # | CPT | QUAN | AMOUNT |
|---|---|---|---|---|---|---|
| 0101 | ROCEPHIN 1GM ADD-VANTAGE VIAL | | 3007230 | | 1 | 92.00 |
| 0101 | TORADOL INJ 60MG/2ML | | 3015021 | | 1 | 34.80 |
| 0101 | XYLOCAINE 1% 5CC SDV | | 3048022 | | 1 | 2.25 |
| 0101 | LIDOCAINE 1% W/EPI 30CC MDV | | 3069143 | | 1 | 12.75 |
| 0101 | LIDOCAINE 1% W/EPI 30CC MDV | | 3069143 | | 1 | 12.75 |
| 0101 | IVP-NS 50ML ADV | | 7756174 | Q0081 | 1 | 34.20 |
| 0101 | TRAY LACERATION DISP | | 5484613 | | 1 | 41.10 |
| 0101 | SUBSTANCE ABUSE 10 | GZ54500 | 0775007 | 80100 | 1 | 57.70 |
| 0101 | VENIPUNCTURE | | 1110006 | G0001 | 1 | 7.80 |
| 0101 | ALCOHOL, SERUM | G025850 | 0321554 | 82055 | 1 | 118.00 |
| 0101 | PREGNANCY TEST SERUM | | 0325159 | 84702 | 1 | 53.00 |
| 0101 | BASIC METABOLIC PANEL | | 0341107 | 80049 | 1 | 250.45 |
| 0101 | CBC W/DIFF | | 0603010 | 85025 | 1 | 63.00 |
| 0101 | URINE CULTURE | G653250 | 0441709 | 87086 | 1 | 86.55 |
| 0101 | SUSCEPTIBILITY - MIC | G544250 | 0444109 | 87186 | 1 | 91.00 |
| 0101 | UA MICROSCOPIC | G647250 | 0280107 | 81015 | 1 | 23.00 |
| 0101 | CHEST PA & LAT | E1D1500 | 2100410 | 71020 | 1 | 182.30 |
| 0101 | SPINE CERVICAL W/OBL | E4D9000 | 2101368 | 72050 | 1 | 284.65 |
| 0101 | CT SCAN MAXILLOFACIAL W/O | E1M1070 | 2710127 | 70486 | 1 | 945.60 |
| 0101 | CT SCAN HEAD W/O CONTRAST | E1M1115 | 2757408 | 70450 | 1 | 1069.50 |
| 0101 | ER LEVEL I (0-2 HRS) | B000263 | 7810013 | 99201 | 1 | 148.10 |
| 0101 | ER LEVEL I EA. ADD'L HOUR | | 7810021 | 99201 | 2 | 74.20 |

| | |
|---|---|
| TOTAL CHARGES | 3724.70 |
| PAYMENTS/ADJUSTMENTS | 0.00 |
| ***BALANCE*** | 3724.70 |

VALLEY BAPTIST MEDICAL CENTER
2101 PEASE STREET P.O. DRAWER 2588
HARLINGEN, TEXAS 78550
(956)389-2060

DATE:
01/27/00

PATIENT NAME: VILLARREAL, PEARL

MED REC NO: 00277632

SERVICE DATE(S): FROM 01/01/00 TO 01/02/00

ACCOUNT NO: 983576356

VILLARREAL, PEARL

| DATE | DESCRIPTION | CHARGE # | CPT | QUAN | AMOUNT |
|---|---|---|---|---|---|
| | ----- SUMMARY OF DETAIL CHARGES ------ | | | | |
| | PHARMACY | | 250 | 5 | 154.55 |
| | IV THERAPY | | 260 | 1 | 34.20 |
| | STERILE SUPPLY | | 272 | 1 | 41.10 |
| | LABORATORY | | 300 | 2 | 65.50 |
| | LAB/CHEMISTRY | | 301 | 3 | 461.45 |
| | LAB/HEMOTOLOGY | | 305 | 1 | 63.00 |
| | LAB/BACT-MICRO | | 306 | 2 | 177.55 |
| | LAB/UROLOGY | | 307 | 1 | 23.00 |
| | DX X-RAY | | 320 | 2 | 466.95 |
| | CT SCAN/HEAD | | 351 | 2 | 2,015.10 |
| | EMERGENCY ROOM | | 450 | 3 | 222.30 |

| | |
|---|---|
| TOTAL CHARGES | 3724.70 |
| PAYMENTS/ADJUSTMENTS | 0.00 |
| ***BALANCE*** | 3724.70 |

PROVIDER OF SERVICE(S) / PROVEEDOR DE SERVICIO

EMCARE-HAR EMERG PHYSICIANS HAR
PO BOX 13826
PHILADELPHIA, PA 19101-3826

# STATEMENT OF ACCOUNT

STATEMENT DATE: 03/02/00 1

PLEASE PAY / CANTIDAD: 420.00

DUE DATE / FECHA DE VENCIMIENTO: 03/22/00

TOLL NON-FREE / LLAMADA DE LARGA DISTANCIA: DIAL TOLL FREE 1-(800)355-2470 9:30AM - 4:00PM

GUARANTOR PHONE NUMBER: H: 956-636-1458

GUARANTOR

PEARL VILLARREAL

08011A0000983576356000420000000000000008

PEARL VILLARREAL
450976545 MXA014166
PO BOX 574 SANTA ROSA TX 78593

PAYMENT PAYABLE TO / HAGASE PAGADERO A:
EMCARE-HAR EMERG PHYSICIANS HAR
PO BOX 13826
PHILADELPHIA, PA 19101-3826

01

| PATIENT NAME | PATIENT ACCOUNT |
|---|---|
| PEARL VILLARREAL | HAR983576356 |

IMPORTANT MESSAGE REGARDING YOUR ACCOUNT / MENSAJE IMPORTANTE SOBRE SU CUENTA

PLEASE REMIT PAYMENT BY "PAYMENT DUE BY" DATE. THANK YOU. / POR FAVOR PAGUE ANTES DE LA FECHA DE VENCIMIENTO. GRACIAS.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR REMITTANCE / FAVOR DE SEPARAR Y MANDAR LA PARTE DE ARRIBA CON EL CHEQUE

PROVIDER OF SERVICE(S) / PROVEEDOR DE SERVICIO(S)

EMCARE-HAR EMERG PHYSICIANS
PO BOX 13826
PHILADELPHIA, PA 19101-3826

Payments received after statement date shown will appear on next month's statement.

STATEMENT DATE: 03/02/00

TOLL NON-FREE: DIAL TOLL FREE 1-(800)355-2470 9:30AM - 4:00PM 1

| PROVIDER TAX ID# | PATIENT NAME | PATIENT ACCOUNT |
|---|---|---|
| 75-2628715 | PEARL VILLARREAL | HAR983576356 |

| DATE | DX | QTY | PROCEDURE | PROCEDURE / PAYMENT DESCRIPTION PROVIDER OF SERVICE / SERVICE LOCATION | CHGS / CREDITS DEBITOS / CREDITOS | PARTIAL BALANCE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/01/00 | 864.03 | 1 | 99284 | SERVICES REQUESTED SUNDAY/HOL | 21.00 | | |
| | | | | DR. GRAFON/VALLEY BAPTIST MEDICAL CENTER | | | |
| 02/23/00 | | | | AUTO INSURANCE HAS NOT RESPONDED TO OUR CLAIM | 0.00- | | 21.00 |
| 01/01/00 | 873.42 | 1 | 12011 | WOUND REP 0-2.5CM FACE,ETC | 196.00 | | |
| | | | | DR. GRAFON/VALLEY BAPTIST MEDICAL CENTER | | | |
| 02/23/00 | | | | AUTO INSURANCE HAS NOT RESPONDED TO OUR CLAIM | 0.00- | | 196.00 |
| 01/01/00 | 854.03 | 1 | 99284-25 | EMERG DEPT EVAL & MGMT-LVL 4 | 203.00 | | |
| | | | | DR. GRAFON/VALLEY BAPTIST MEDICAL CENTER | | | |
| 02/23/00 | | | | AUTO INSURANCE HAS NOT RESPONDED TO OUR CLAIM | 0.00- | | 203.00 |

| ACCOUNT TOTAL | PENDING INSURANCE | AMOUNT DUE FROM PATIENT CURRENT | PAST DUE | BALANCE |
|---|---|---|---|---|
| 420.00 | 0.00 | 420.00 | 0.00 | 420.00 |

BILLING INFORMATION

IMPORTANT MESSAGE

THIS STATEMENT IS FOR THE DIRECT TREATMENT AND/OR SUPERVISION OF CARE YOU RECENTLY RECEIVED FROM AN EMERGENCY PHYSICIAN AT VALLEY BAPTIST MEDICAL CENTER. THE FEES FOR THIS PRIVATE PHYSICIAN ARE BILLED SEPARATELY FROM ANY HOSPITAL CHARGES OR OTHER PROFESSIONAL FEES FOR WHICH YOU MAY ALSO BE RESPONSIBLE. THEREFORE, SHOULD YOU RECEIVE A BILL FROM THE HOSPITAL OR OTHER PHYSICIANS FOR CHARGES IN CONNECTION WITH THIS VISIT, IT WILL NOT INCLUDE THE ITEMS LISTED ON THIS STATEMENT. *****ESTA FACTURA SOLO REFLEJA SERVICIOS RECIBIDOS POR MEDICOS DE EMERGENCIA.*****



South Texas Emergency Care Foundation
P.O. Box 533868 / 1705 Vermont
Harlingen, Texas 78553-3868
Business Phone Number: (956) 364-2711
Tax I.D. Number - 74-2028166

TIME OF CALL
CALLER:
FROM: 212 SOUTH 1ST ST
TO: VALLEY BAPTIST HOSPITAL
PEARL VILLARREAL

DESCRIPTION OF CHARGES
QUANTITY
UNIT PRICE
1.0
5.0
1.0
THIS CALL
DESCRIPTION OF PAYMENT
RECEIPT
PAYMENT DATE
THIS CALL

(Please Enter on Back)

PLEASE PAY THIS AMOUNT

| | | | |
|---|---|---|---|
| | | | AMOUNT DUE $ |
| PATIENT NAME: VILLARREAL | CALL NUMBER: 152634A | | AMOUNT $ |
| | BILLING DATE: 01/18/00 | | ENCLOSED |

IF YOU HAVE MEDICARE OR MEDICAID PLEASE NOTIFY OUR OFFICE AS SOON AS POSSIBLE. THANK YOU!!

South Texas Emergency Care Foundation
P.O. Box 533868 / 1705 Vermont
Harlingen, Texas 78553-3868
Business Phone Number: (956) 364-2711

TEXAS PEACE OFFICER'S ACCIDENT REPORT ST-3 (REV. 1/1/90) MAIL TO: ACCIDENT RECORDS, TEXAS DEPARTMENT OF PUBLIC SAFETY, PO BOX 4087, AUSTIN TX 78773-0001

LOCAL NO. 00-01-001A

PLACE WHERE ACCIDENT OCCURRED

COUNTY CAMERON CITY OR TOWN SANTA ROSA

IF ACCIDENT WAS OUTSIDE CITY LIMITS INDICATE DISTANCE FROM NEAREST TOWN MILES NORTH S E W OF

DO NOT WRITE IN THIS SPACE | DPS NO.

ROAD ON WHICH ACCIDENT OCCURRED 200 SOUTH FIRST

CONSTR. ZONE YES NO SPEED LIMIT 20

INTERSECTING STREET OR RR XING NUMBER

NOT AT INTERSECTION 50 FT. OF SAN ANTONIO

DATE OF ACCIDENT JANUARY 1,2000 DAY OF WEEK SATURDAY HOUR 3:20 A.M.

UNIT NO. 1 MOTOR VEHICLE VEH IDENT NO 1FALP45TXRF190859

YEAR MODEL 1994 COLOR & MAKE RED/ FORD MODEL NAME MUSTANG GT BODY STYLE CON/2DR LICENSE PLATE 2000 TX NFW57J

DRIVER'S NAME FRAUSTO JOEY E. 104 old Rio lane Ursina TX

DRIVER'S LICENSE NONE FOUND RACE W/H SEX M OCCUPATION U.S. ARMY (ACTIVE)

SPECIMEN TAKEN (ALCOHOL/DRUG ANALYSIS) 4 ALCOHOL/DRUG ANALYSIS RESULT

PEACE OFFICER, EMS DRIVER, FIRE FIGHTER ON EMERGENCY? ☐ YES ☒ NO

LESSEE ☐ OWNER ☒ RAMIRO OCHOA P.O.BX 837 / 7TH &W.107 / SANTA ROSA TX 78593

LIABILITY INSURANCE ☒ YES ☐ NO FARMERS TEXAS COUNTY MUTUAL INSURANCE CO. 19 07540-13-60 VEHICLE DAMAGE RATING

UNIT NO. 2 MOTOR VEHICLE ☐ TRAIN ☐ PEDALCYCLIST ☐ TOWED ☐ PEDESTRIAN ☐ OTHER ☐ VEH IDENT NO

YEAR MODEL COLOR & MAKE MODEL NAME BODY STYLE LICENSE PLATE

OWNER'S NAME PHONE NUMBER

DRIVER'S LICENSE DOB RACE SEX OCCUPATION

SPECIMEN TAKEN (ALCOHOL/DRUG ANALYSIS) ALCOHOL/DRUG ANALYSIS RESULT

PEACE OFFICER, EMS DRIVER, FIRE FIGHTER ON EMERGENCY? ☐ YES ☐ NO

LESSEE ☐ OWNER ☐

LIABILITY INSURANCE ☐ YES ☐ NO VEHICLE DAMAGE RATING

DAMAGE TO PROPERTY OTHER THAN VEHICLES

| LIGHT CONDITION | 3 | WEATHER | 4 | SURFACE CONDITION | 2 | TYPE ROAD SURFACE | 2 | DESCRIBE ROAD CONDITIONS (INVESTIGATOR'S OPINION) |
|---|---|---|---|---|---|---|---|---|
| 1-DAYLIGHT 2-DAWN 3-DARK-NOT LIGHTED 4-DARK-LIGHTED 5-DUSK | | 1-CLEAR/CLOUDY 2-RAINING 3-SNOWING 4-FOG 5-BLOWING DUST 6-SMOKE 7-SLEETING 8-HIGH WINDS 9-OTHER | | 1-DRY 2-WET 3-MUDDY 4-SNOWY/ICY 5-OTHER | | 1-BLACKTOP 2-CONCRETE 3-GRAVEL 4-SHELL 5-DIRT 6-OTHER | | SLIGHTLY FOGGY WITH WET ROAD SURFACE STILL DRIVABLE |

IN YOUR OPINION, DID THIS ACCIDENT RESULT IN AT LEAST $500.00 DAMAGE TO ANY ONE PERSON'S PROPERTY? ☒ YES ☐ NO

CHARGES FILED NAME JOEY E. FRAUSTO CHARGE NON- CITABLE OFFENSE CITATION NUMBER

NAME CHARGE CITATION NUMBER

TIME NOTIFIED OF ACCIDENT 01/01/00 3:00 AM HOW RADIO DISPATCH TIME ARRIVED AT SCENE OF ACCIDENT 01/1/00 3:30AM

TYPED OR PRINTED NAME OF INVESTIGATOR JESUS J. VARGAS DATE REPORT MADE 1-5-2000 IS REPORT COMPLETE ☐ YES ☒ NO

SIGNATURE OF INVESTIGATOR ID NO. 860 DEPARTMENT S.R.PD DIST./AREA 0301

UNIT NO. 1 — VEHICLE REMOVED TO 2 1/2 MILES WEST OF LA FERIA ON EXP 83 / A-1 WRECKER SVC 797-4323

BY A-1 WRECKER SVC

| Occupant Position | Name (Last, First, Middle) | Address (Street, City, State, Zip) | | | | | Age | Sex | |
|---|---|---|---|---|---|---|---|---|---|
| DRIVER | | | N | A | A | Y | 19 | M | |
| R FT | RAMIRO OCHOA J.R. | POB 357 SANTA ROSA, TX 78593 | N | A | A | Y | | M | |
| RT R | SERGIO AGUINAGA | | N | A | N | N | | M | |
| R CTR | PEARLA D. VILLAREAL | (956)636-1458 | N | A | N | N | 18 | F | B |
| LFT RR | CEASER TORESS | | N | A | N | N | | M | |

| Occupant number | Taken to | By | Time notified | Time arrived at scene | Identifying No. |
|---|---|---|---|---|---|
| 4 | VALLEY BAPTIST MED. CENTER | HARLINGEN COMMUNITY E.M.S | 3:10A | 3:40AM | UNKNWN |
| 3 | VALLEY BAPTIST MED. CENTER | HARLINGEN COMMUNITY E.M.S | 3:10A | 3:40AM | UNKNWN |

DRIVER OF UNIT 1 WAS RECKLESS WITH HIS DRIVING AND WAS ALSO IN EXCESS OF SPEED INDICATED BY THE TIRE MARKS ON THE PAVEMENT. NO OTHER VEHICLES WERE AROUND THE AREA AT THE TIME, THIS WAS INDICATED BY THE DRIVER. THE VEHICLE CAME AROUND THE CORNER AT TO HIGH OF A SPEED AND DRIVER LOST CONTROL. THE VEHICLE STRUCK THE CURB TWICE SKIDDING ON IT FOR APPROX. 20 FT AND THEN THE VEHICLE WAS SENT INTO THE DITCH WITH THE VEHICLE LANDING ON THE DRIVERS SIDE.

Diagram: See Attachment

| | 1 | 2 | 3 |
|---|---|---|---|
| UNIT 1 | 21 | 22 | |
| UNIT 2 | | | |

[illegible]

North
San Antonio
8th First street
tire skid
impact points
"Not to scale"
case # 00-01-001A