IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PEARL DYANE VILLARREAL § § § | |
| VS. § § § | Civil Action No. B-03-205 |
| HARTFORD FIRE INSURANCE COMPANY § | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE
MOTION FOR PARTIAL SUMMARY JUDGMENT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Hartford Fire Insurance Company (hereinafter Hartford) files this Motion for Leave to File Motion for Partial Summary Judgment. Defendant would respectfully show the Court as follows:

**I.**

1. Plaintiff filed an Original Petition on September 8, 2003 in State Court.

2. Defendant's filed a Motion for Removal.

3. Plaintiff's filed a Motion to Remand which was denied.

4. Defendant requests leave to file a Motion for Partial Summary Judgment.

5. Rule 15(a) of the Federal Rules of Civil Procedure requires that leave "shall be given freely when justice so requires."

6. A copy of Defendant's Motion for Partial Summary Judgment is attached hereto as Exhibit "A."

**II.**

A certificate of consultation is included in this motion for leave following the signature block.

## III.

### Conclusion

For the above reasons, Defendant respectfully requests that leave be granted to file Defendant's Motion for Partial Summary Judgment.

Respectfully submitted,

HODGE, JAMES & GARZA, L.L.P.
Attorneys and Counselors at Law
P.O. Box 534329 (78553)
134 East Van Buren Street
Third Floor, Suite 310
Harlingen, Texas 78550
Telephone: (956) 425-7400
Facsimile: (956) 425-7707

_____
Anthony B. James
State Bar No. 10537300
Federal I.D. No. 3785

Lisa M. Crouch
State Bar No. 06571040
Federal I.D. No. 15307

Attorneys for Defendant

### CERTIFICATE OF CONSULTATION

I, Lisa M. Crouch, hereby certify that in good faith I contacted Mr. De Los Santos and he is opposed to this Motion for Leave and Defendant Motion for Summary Judgment.

_____
Lisa M. Crouch

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing, Motion for Leave to File Defendant's Motion for Partial Summary Judgment has been served on the __18th__ day of November, 2004 to all attorneys of record by placing same in a post office or official depository under the care and custody of the United States Postal Service, via personal delivery as follows:

VIA CMRRR# 7003 2260 0000 0437 7375
Mr. Hugo Xavier De Los Santos
Attorney at Law
900 Vance Jackson Road
San Antonio, Texas 78201

_____
Lisa M. Crouch