# EXHIBIT "A"
## AFFIDAVIT OF MIKE PAXTON

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | AFFIDAVIT |
| COUNTY OF Bexar | § | |

BEFORE ME, the undersigned authority, on this day personally appeared MIKE PAXTON, who, being by me duly sworn, deposed as follows:

> My name is MIKE PAXTON, I am of sound mind, capable of making this Affidavit and have personal knowledge of the facts herein stated.
>
> I am a custodian of records of Hartford Fire Insurance Company. Attached hereto are __34__ pages of records. These said pages of records are kept by Hartford Fire Insurance Company in the regular course of business and it was in the regular course of business of Hartford Fire Insurance Company for an employee or representative of Hartford Fire Insurance Company with knowledge of the act, event, condition, opinion, or diagnosis recorded, to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.
>
> As a Select Consultant with the Hartford Fire Insurance Company, I am familiar with Pearl Dyane Villarreal's claim and her lawsuit against Hartford Fire Insurance Company. No judgment or agreement has been obtained in connection with the issue of whether Mr. Joey Frausto is liable and the amount of damages, if any, owed to Pearl Dyane Villarreal. Additionally, Hartford Insurance Company has not authorized any settlement between Pearl Dyane Villarreal and Mr. Frausto.
>
> To date, the only medical bills submitted by Pearl Dyane Villarreal totaled $4,547.70 and were paid by PIP. Pearl Dyane Villarreal has not submitted any documentation to support her claims for alleged pain and suffering or lost wages. Hartford Fire Insurance Company requested from Pearl Dyane Villarreal or her counsel, documentation to support her claims of alleged lost wages, disfigurement and supporting medical records. Prior to Plaintiff filing suit, the parties engaged in settlement negotiations. There is written correspondence and documentation

pertaining to settlement of this case. Also prior to Pearl Dyane Villarreal filing the underlying suit, Hartford Fire Insurance Company offered (while denying liability but in the spirit of compromise) Pearl Dyane Villarreal the sum of $11,000 to settle her claims against Hartford Fire Insurance Company. This sum of $11,000 was offered apart from the previously paid PIP medical bills. Pearl Dyane Villarreal rejected the offer.

Further, Affiant sayeth not.

_____
Affiant: MIKE PAXTON

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned notary public, on this the 12 day of November, 2004, to certify which, witness my hand and seal of office.

_____
Notary Public in and for the State of Texas



VALERIE CARRILLO
Notary Public, State of Texas
My Commission Expires
February 27, 2008