# EXHIBIT "A-1"

## INSURANCE POLICY

```
12:09:27                        P/L AUTO INQUIRY
12/05/01   PO█████████
                         ------GENERAL INFO------                    AS OF 091099
                                                    TCN
        PO█████████CC   PROD 813255 CON TYPE = B   REQ CD ROM              RE
                 AGENCY CUSTOMER ID:
        INSD VILLARREAL JR LUIS                     POLICY PROCESS D█████████
                                                    RATE TABLE DT        080399
        CITY HARLINGEN                   ST TX  ZIP 78550
                COUNTY
                POL                                 NC           PAY   HCC
SUB SHT CO PLAN ST EFF      EXP     TERM INST PF RNST A/C RI STAT LAPSE IND ACP
    VIL 1    5  TX 010100 010101   12             A                        N
---TABS---      BILL LOSS ORIG            RNL           CHG     TRANS    ORIG
ACCT NO   PLAN METH RED  POL DT   TX CD CDT ACT     CH# EFF DT  DT PROC SP DT
          E1    1   N    010100            NB   '00          121699
LTERM PL4P426T STATE EXCEPTION      RSN                       ARQ

                                     COMBO
CR  MVR CRT HO POL #      COMPANION POL#  POL   U/W  CRU  CLUE        BKT#
                                                          A          8201
PREVIOUS:   POL #         PROD    CO   POL PLAN STATE          ST BOOKLET
            NEW
                                                     ---TABS---     BILL
FUTURE:     POL #         PROD   SUB   CO  POL PLAN  ACCT NO     PLAN METH
   NR CODE                       P/L QUAL CODE  ABTRC     SRC   SNGL/MULT

   AUTO 1 GARAGE ████████              ST TX ZIP 78586
   AUTO   GARAGE                       ST    ZIP
                 ---LOSS PAYEE/LESSOR INFO---
TYPE  #1  CODE DCOPY000          ACCOUNT #
PVEH1     CHRYSLER FINANCIA
          PO BOX 201066
          STOCKTON              CA  95201
                        ----- AUTO INFO -----
AUTO                              VIN DT  N PURCH            MAKE
  #  YR MAKE  MDL/BODY     VIN        VER PRCH U PRICE  TYPE  CD
  1  █ DODGE RAM 1500                  B    N      PP    29
AUTO RATE        DAYS/MILE CAR    VIN    L PD  DDC    REN
  #  TERR CLASS  WEEK/WORK POOL USE SYM BYP PERF P SUR  CR LSR CR
  1  057  1B 10    0           WL C     1      N       N
AUTO ANTI SEAT AIR       FULL  ANN   FUTUR -PREVIOUS-- --CURRENT-- INSP
  #  THFT BELT BAG ABS DRL GLASS MLGE  MLGE  ODM   DATE ODM    DATE INFO
  1
AUTO MTHM    MTHM/TRLR MTHM  RV    ROUND 4
  #  LGTH      RESID   LAYUP ASSOC MODIFIER
  1
                        ----- DRIVER INFO -----

  # NAME               DOB   MS SEX  OCC      LIC #            DT LIC
  1 VILLARREAL,LUIS   ████    S  M  REALTOR    07012322      TX
-STATE SPECIFIC-
DRV P  %  L D G DEF    ADV SCH INCD  W/  DVR RET 3-YR MVR MVR
CAR O USE D T S DRV DT DDC 100+ AGE CHLD PTS CR  MVR CD AGE IPO ACC CONV
 1 X                   0                  0
# DRIV OVER 5 =    YR PT FR =   TOT SDI =    # ACC =   # CONV =   INEXP PO =
INCIDENT FREE =    INC FORG=              FR-SUR =       FR-NC =

12:09:27                        P/L AUTO INQUIRY
12/05/01   POL #65ST 832035813255
                        ----- DRIVER INFO -----
```

```
DRIVER      EXT                EXT NON PREMIUMS
   #        NON         BI              PD              MED
   1
               AD+D                   AD+D PREM      O/R
   #     I    II   III   IV       I+II     III+IV    VEHS
   1
                          ------TIERING INFO------
             YEARS  -INCIDENT COUNTS (3 YRS)-          INSURANCE SCORE:
DVR   DRV   CLEAN   MAJ   MIN   AF    NAF
 #    VEH   (0-5)   CONV  CONV  ACC   ACC
 1     1
 2
 3
 4
 5

      VEH#   TIER
       1
       2
       3
       4

                   ------------COVERAGES------------

          LIMITS                         PREMIUMS BY AUTO
                                   1        2         3          4
BI      25/ 50              $  202.00 $        $          $
PD      25                  $  147.00 $        $          $
MED                         $         $        $          $
UM      25/ 50              $   35.00 $        $          $
                            $         $        $          $
UMPD       25               $  INCL   $        $          $
           ADDTL CHG INC LIMITS $ 11.00 $      $          $
UDM     25/ 50              $  INCL   $        $          $
PDBUYBACK
NO FAULT      TX 5M PIP
                                        PREMIUMS BY AUTO
                                   1        2         3          4
PIP                         $   78.00 $        $          $
ADD PIP

INC                    FMLY #
       (BPP   PIP 2 DPD   ------ FOR SYSTEMS USE)
               LIMITS BY AUTO            PREMIUMS BY AUTO
               1     2     3     4       1       2        3         4
NON COLL     500                   $  142.00 $       $          $
COLL         500                   $  218.00 $       $          $
STATED
  AMOUNT
CUSTOMIZED

12:09:27                    P/L AUTO INQUIRY
12/05/01  POL #65ST 832035813255
                   ------------COVERAGES------------
NON COLL                    $         $        $          $
COLL                        $         $        $          $
STA AMT
NAC                     STATE SURCHG  $    1.00

NCRF LOSS RECOUP/ALLOC
NCRF CLEAN RISK RECOUP/ALLOC

             LIMITS BY AUTO          PREMIUMS BY AUTO
             1     2     3     4      1       2        3         4
T & L       40                  $    2.00 $       $          $
EXCESS SOUND                    $         $        $          $
```

```
        AUDIO/VISUAL                    $           $           $           $
        TAPES ONLY                      $           $           $           $
        TRANSP EXP    020               $    19.00  $           $           $
        CPL COV                         $           $           $           $
        SPEC PERIL                      $           $           $           $
         TOTAL PREMIUM BY AUTO          $   854.00  $           $           $
         PERSONAL UMBRELLA
         OTHER ENDT PREMIUM
         FULL TERM PREMIUM  $    855.00       PROPOSED HOMEOWNER ACCT CR

                          ----- ENDORSEMENTS -----
        ENDT  524A     530A     551     552B     573A     593D     A5259 0
              A5388 0  A5260 1
        ENDT  523C
        PREM    19.00
        ENDT
        PREM
        PUP
        ENDT
                          ----- STAT INFO ----- (STATE = 42)
        VEH SEG2 BI/PD        NA/5284 PRIM $: 202.00 SEC $: 147.00 COMM: .150 TAX:   0
         1  SEG3 35015021101111311905710    78586    20002500050       00025    075  9
            SEG3 11191 9981B7HC16X0W50012021895320111S029700101000994  526249999   11
            SEG3
            SEG3
        VEH SEG2 UM/UDM       NA/5284 PRIM $:  35.00 SEC $:  11.00 COMM: .150 TAX:   0
         1  SEG3 35115121101111311905710    78586    20002500050      0002502500751  9
            SEG3 99999 9981B7HC16X0W50012021895320111S029700101000994  526249999   11
            SEG3
            SEG3
            SEG4 TX SURCHG    CBAI:49    $:    1.00               COMM:
                 SUMMARY SEG  CBAI:11    $:  791.00               COMM:
                          ----- STAT INFO ----- (STATE = 42)
        VEH SEG2 NO FAULT     NB/5494 PRIM $:  78.00 SEC $:       COMM: .150 TAX:   0
         1  SEG3 3520    1101111311905710    78586     020 01                  075  9
            SEG3 11191 9981B7HC16X0W50012021895320111S029700101000994  526249999   11
            SEG3
            SEG3
        VEH SEG2 PHYS DAM     NC/5184 PRIM $: 142.00 SEC $: 218.00 COMM: .150 TAX:   0
         1  SEG3 35305311101111311905710    78586    00120500110802050 0110    075  9
            SEG3 11791 9981B7HC16X0W  0012021895320111S029700101000994  526249999   11
            SEG3
            SEG3


        12:09:27                      P/L AUTO INQUIRY
        12/05/01  POL #65ST 832035813255
                          ----- STAT INFO ----- (STATE = 42)
            SEG4 TX SURCHG    CBAI:49    $:    1.00               COMM:
                 SUMMARY SEG  CBAI:11    $:  791.00               COMM:
                          ----- STAT INFO ----- (STATE = 42)
        VEH SEG2 TOWING       NC/5184 PRIM $:   2.00 SEC $:       COMM: .150 TAX:   0
         1  SEG3 3530    1101111311905710    78586    0641    11      000040 075  9
            SEG3 99991 9981B7HC16X0W  0012021895320111S029700101000994  526249999   11
            SEG3
            SEG3
        VEH SEG2 TRANS EXP    NC/5184 PRIM $:  19.00 SEC $:       COMM: .150 TAX:   0
         1  SEG3 3530    1   1999999057              0591                       9
            SEG3                                                  99            1
            SEG3
            SEG3
            SEG4 TX SURCHG    CBAI:49    $:    1.00               COMM:
                 SUMMARY SEG  CBAI:11    $:  855.00               COMM:
```



# The Hartford
# Personal Auto
# Insurance Policy

## Texas



**THE HARTFORD**

*Ramani Ayer*
President & COO

Dear Customer:

Thank you for purchasing your Auto insurance from your agent and The Hartford Insurance Group. Our goal is to provide you with sound protection, convenient service and maximum value for your insurance dollar.

This booklet is designed to facilitate the delivery of our product to you. Listed below are important phone numbers for policy service, billing questions and claim reporting. Your basic insurance coverage provisions are provided on the pages that follow.

Information that is specific to you is contained separately on your policy "declarations", which states your coverage. Please refer to your declarations for your policy number and a list of the coverages you have selected. In addition, your declarations will list any special endorsements to your basic coverage that you have selected or are required by law. This booklet, your declarations and endorsements constitute your complete insurance contract and should be kept together in a safe place.

| Service: | For fast, convenient service, please use the following <u>toll-free</u> numbers: |
|---|---|
| | **Concerning your bill:** | **Please call the number shown on your bill** |
| | **To report a claim:** | **1-800-423-0033** (24 hours a day, every day) |
| | **For policy service:** | **Please call the number shown on your policy declarations** |
| | **For roadside assistance:** | **1-800-322-7789** (24 hours a day, every day) |
| | **To report insurance fraud:** | **1-800-835-6422** (National Insurance Crime Bureau) |

<u>Roadside Assistance – Rescue 1-800</u>: The Hartford provides a special toll-free number for roadside assistance 24 hours a day, 365 days a year, anywhere in the U.S. and Canada. Rescue 1-800 provides immediate dispatch for minor roadside repair, a dead battery or empty gas tank, emergency locksmith and towing/wrecker service. If you have Towing and Labor coverage on your policy, you simply sign and drive – no money is needed, up to the amount of coverage on your policy declarations. If you do not carry Towing and Labor coverage, you'll be charged when roadside service is provided.

<u>Money-Saving Discounts</u>: The Hartford offers many premium discounts, including: Account Credit for having your auto and home with your agent and The Hartford; discounts for seatbelts, airbags, anti-lock brakes and anti-theft devices; Mature Driver Discount for drivers over 50 years of age; Multi-car Discount; and money-saving deductibles. (Availability of discounts varies by state.) If you think you may qualify for any of these discounts, please be sure to check your policy declarations to make sure you are getting credit. If the discount is not listed on your declarations, please call the number shown on your policy declarations for service.

In closing, please don't hesitate to call the policy service number if you have any questions. And, again, thank you for obtaining your insurance from an independent agent and The Hartford.

Sincerely,

*Ramani Ayer*

**Form 8201**

# TEXAS PERSONAL AUTO POLICY

THE STOCK INSURANCE COMPANY PROVIDING THIS INSURANCE IS SHOWN ON THE DECLARATIONS PAGE AS THE **INSURER**

## AGREEMENT

In return for payment of the premium and subject to all the terms of this policy, we agree with you as follows:

## DEFINITIONS

**A.** Throughout this policy, **you** and **your** refer to:
1. The **named insured** shown in the Declarations; and
2. The spouse if a resident of the same household.

**B.** **We**, **us** and **our** refer to the Company providing this insurance.

**C.** For purposes of this policy, a private passenger type auto or pickup or van shall be deemed to be owned by a person if leased:
1. Under a written agreement to that person; and
2. For a continuous period of at least six months.

Other words and phrases are defined. They are boldfaced when used.

**D.** **"Family member"** means a person who is a resident of your household and related to you by blood, marriage or adoption. This definition includes a ward or foster child who is a resident of your household, and also includes your spouse even when not a resident of your household during a period of separation in contemplation of divorce.

**E.** **"Occupying"** means in, upon, getting in, on, out or off.

**F.** **"Trailer"** means a vehicle designed to be pulled by a :
1. Private passenger auto; or
2. Pickup or van.

It also means a farm wagon or farm implement while towed by a vehicle listed in F.1. or F.2. above.

**G.** **"Your covered auto"** means:
1. Any vehicle shown in the Declarations;
2. I. Any of the Following types of vehicles on the date you became the owner:
   **a.** a private passenger auto; or
   **b.** a pickup, or van with a G.V.W. of 10,000 lbs. or less not used for the delivery or transportation of goods, materials or supplies other than samples; unless, (1) the delivery of goods, materials or supplies is not the primary usage of the vehicle, or (2) used for farming or ranching.

   II. This provision **(G.2.)** applies only if you:
   **a.** acquire the vehicle during the policy period; and
   **b.** notify us within 30 days after you become the owner.

   If the vehicle you acquire replaces one shown in the Declarations, it will have the same coverage as the vehicle it replaced. You must notify us of a replacement vehicle within 30 days only if you wish to add or continue Coverage for Damage to Your Auto.

   If the vehicle you acquire is in addition to any shown in the

**Form 8201**                    Page 1 of 18

Declarations, it will have the broadest coverage we now provide for any vehicle shown in the Declarations.

3. Any **trailer** you own.
4. Any auto or **trailer** you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

   **a.** breakdown;     **d.** loss; or
   **b.** repair;       **e.** destruction
   **c.** servicing;

**H. "Business day"** means a day other than a Saturday, Sunday or holiday recognized by the state of Texas.

## PART A – LIABILITY COVERAGE

**INSURING AGREEMENT**

**A.** We will pay damages for bodily injury or property damage for which any **covered person** becomes legally responsible because of an auto accident. Property damage includes loss of use of the damaged property. Damages include prejudgement interest awarded against the covered person. We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for this coverage has been exhausted.

**B.** **"Covered person"** as used in this Part means:

1. You or any **family member** for the ownership, maintenance or use of any auto or **trailer.**
2. Any person using **your covered auto.**
3. For **your covered auto,** any person or organization but only with respect to legal responsibility for acts or omissions of a person for whom coverage is afforded under this Part.
4. For any auto or **trailer,** other than **your covered auto,** any person or organization but only with respect to legal responsibility for acts or omissions of you or any **family member** for whom coverage is afforded under this Part. This provision **(B.4.)** applies only if the person or organization does not own or hire the auto or **trailer.**

**SUPPLEMENTARY PAYMENTS**

In addition to our limit of liability, we will pay on behalf of a **covered person:**

1. Up to $250 for the cost of bail bonds required because of an accident, including related traffic law violations. The accident must result in bodily injury or property damage covered under this policy.
2. Premiums on appeal bonds and bonds to release attachments in any suit we defend.
3. Interest accruing after a judgement is entered in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgement which does not exceed our limit of liability for this coverage.
4. Up to $50 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request.
5. Other reasonable expenses incurred at our request.

**Form 8201**                    **Page 2 of 18**

## EXCLUSIONS

**A.** We do not provide Liability Coverage for any person:

1. Who intentionally causes bodily injury or property damage.
2. For damage to property owned or being transported by that person.
3. **I.** For damage to property:

   **a.** rented to;           **c.** in the care of;
   **b.** used by; or                    that person.

   **II.** This exclusion **(A.3.1.)** does not apply to damage to:

   **a.** a residence or private garage; or
   **b.** any of the following type vehicles not owned by or furnished or available for the regular use of you or any **family member:**

   **(1)** private passenger autos;
   **(2)** **trailers;** or
   **(3)** pickups or vans.

   However, the exclusion 3.I. does apply to a loss due to or as a consequence of a seizure of an auto listed in 3.II.b. by a federal or state law enforcement officer as evidence in a case against you under the Texas Controlled Substances Act or the federal Controlled Substances Act if you are convicted in such case.

4. For bodily injury to an employee of that person during the course of employment. This exclusion(A.4.) does not apply to bodily injury to a domestic employee unless workers' compensation benefits are required or available for that domestic employee.
5. For that person's liability arising out of the ownership or operation of a vehicle while it is:

   **a.** being used to carry persons for a fee; this does not apply to a share-the-expense car pool;
   **b.** being used to carry property for a fee; this does not apply to you or any **family member** unless the primary usage of the vehicle is to carry property for a fee; or
   **c.** rented or leased to another; this does not apply if you or any **family member** lends **your covered auto** to another for reimbursement of operating expenses only.

6. While employed or otherwise engaged in the business or occupation of:

   **a.** selling;           **d.** storing; or
   **b.** repairing;         **e.** parking;
   **c.** servicing;

   vehicles designed for use mainly on public highways. This includes road testing and delivery. This exclusion **(A.6.)** does not apply to the ownership, maintenance or use of **your covered auto** by:

   **1.** you;
   **2.** any **family member;** or
   **3.** any partner, agent or employee of you or any **family member.**

7. Maintaining or using any vehicle while that person is employed or otherwise engaged in any business or occupation not described in Exclusion **A.6.** This exclusion **(A.7.)** does not apply to the maintenance or use of a:

   **a.** private passenger auto;
   **b.** pickup or van that is **your covered auto;** or
   **c.** **trailer** used with a vehicle described in **7.a.** or **7.b.** above.

8. Using a vehicle without a reasonable belief that that person is entitled to do so.
   This exclusion (8.) does not apply to you or any **family member** while using **your covered auto.**

9. I. For bodily injury or property damage for which that person:
   a. is an insured under a nuclear energy liability policy; or
   b. would be an insured under a nuclear energy liability policy but for its termination upon exhaustion of its limit of liability.

   II. A nuclear energy liability policy is a policy issued by any of the following or their successors:
   a. American Nuclear Insurers;
   b. Mutual Atomic Energy Liability Underwriters; or
   c. Nuclear Insurance Association of Canada.

**B.** We do not provide Liability Coverage for the ownership, maintenance or use of:
1. Any motorized vehicle having fewer than four wheels.
2. Any vehicle, other than **your covered auto,** which is:
   a. owned by you; or
   b. furnished or available for your regular use.
3. I. Any vehicle, other than **your covered auto,** which is:
   a. owned by any **family member;** or
   b. furnished or available for the regular use of any **family member.**

   II. However, this exclusion **(B.3.)** does not apply to your maintenance or use of any vehicle which is:
   a. owned by a **family member;** or
   b. furnished or available for the regular use of a **family member.**

**C.** We do not provide Liability Coverage for you or any **family member** for bodily injury to you or any **family member.**

**LIMIT OF LIABILITY**

**A.** The limit of liability shown in the Declarations for "each person" for bodily injury liability is our maximum limit of liability for all damages for bodily injury sustained by any one person in any one auto accident. Subject to this limit for "each person", the limit of liability shown in the Declarations for "each accident" for bodily injury liability is our maximum limit of liability for all damages for bodily injury resulting from any one auto accident. The limit of liability shown in the Declarations for "each accident" for property damage liability if our maximum limit of liability for all damages to all property resulting from any one auto accident.
This is the most we will pay regardless of the number of:
1. **Covered persons;**
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the auto accident.

**B.** Any payment under the Uninsured/Underinsured Motorists Coverage or the Personal Injury Protection Coverage of Ithis policy to or for a **covered person** will reduce any amount that person is entitled to recover under this coverage.

**OUT OF STATE COVERAGE**

If an auto accident to which this policy applies occurs in any state or province

**Form 8201**                          **Page 4 of 18**

other than the one in which **your covered auto** is principally garaged, we will interpret your policy for that accident as follows:

**A.** If the state or province has:

1. A financial responsibility or similar law specifying limits of liability for bodily injury or property damage higher than the limit shown in the Declarations, your policy will provide the higher specified limit.

2. A compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, your policy will provide at least the required minimum amounts and types of coverage.

**B.** No one will be entitled to duplicate payments for the same elements of loss.

---

**FINANCIAL RESPONSIBILITY REQUIRED**

When this policy is certified as future proof of financial responsibility, this policy shall comply with the law to the extent required.

---

**OTHER INSURANCE**

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits.

However, any liability insurance we provide to a **covered person** for the maintenance or use of a vehicle you do not own shall be excess over any other applicable liability insurance.

---

## PART B1 – MEDICAL PAYMENTS COVERAGE

**INSURING AGREEMENT**

**A.** We will pay reasonable expenses incurred for necessary medical and funeral services because of bodily injury:

1. Caused by accident; and
2. Sustained by a **covered person.**

We will pay only those expenses incurred within three years from the date of the accident.

**B.** "**Covered person**" as used in this Part means:

1. You or any **family member:**
   a. while **occupying;** or    b. when struck by;
   a motor vehicle designed for use mainly on public roads or a trailer of any type.

2. Any other person while **occupying your covered auto.**

---

**EXCLUSIONS**

We do not provide Medical Payments Coverage for any person for bodily injury:

1. Sustained while **occupying** any motorized vehicle having fewer than four wheels.
2. Sustained while **occupying your covered auto** when it is:
   a. being used to carry persons for a fee; this does not apply to a share-the-expense car pool; or
   b. being used to carry property for a fee; this does not apply to you or any **family member** unless the primary usage of the vehicle is to carry property for a fee; or
   c. rented or leased to another; this does not apply if you or any **family**

**member** lends **your covered auto** to another for reimbursement of operating expenses only.

3. Sustained while **occupying** any vehicle located for use as a residence or premises.

4. Occurring during the course of employment if workers' compensation benefits are required or available for the bodily injury.

5. Sustained while **occupying** or, when struck by, any vehicle (other than **your covered auto**) which is:
   a. owned by you; or
   b. furnished or available for your regular use.

6. Sustained while **occupying** or, when struck by, any vehicle (other than **your covered auto**) which is:
   a. owned by any **family member;** or
   b. furnished or available for the regular use of any **family member.**
   However, this exclusion **(6.)** does not apply to you.

7. Sustained while **occupying** a vehicle without a reasonable belief that that person is entitled to do so. This exclusion **(7.)** does not apply to you or any **family member** while using **your covered auto.**

8. Sustained while **occupying** a vehicle when it is being used in the business or occupation of a **covered person.** This exclusion **(8.)** does not apply to bodily injury sustained while **occupying** a:
   a. private passenger auto;
   b. pickup or van that you own; or
   c. **trailer** used with a vehicle described in **(8.a. or 8.b.)** above.

9. Caused by or as a consequence of:
   a. discharge of a nuclear weapon (even if accidental);
   b. war (declared or undeclared);
   c. civil war;
   d. insurrection; or
   e. rebellion or revolution.

10. From or as a consequence of the following whether controlled or uncontrolled or however caused:
    a. nuclear reaction;
    b. radiation; or
    c. radioactive contamination.

## LIMIT OF LIABILITY

A. The limit of liability shown in the Declaration for this coverage is our maximum limit of liability for each person injured in any one accident.
   This is the most we will pay regardless of the number of:
   1. **Covered persons;**
   2. Claims made;
   3. Vehicles or premiums shown in the Declarations; or
   4. Vehicles involved in the accident.

B. Any amounts otherwise payable for expenses under this coverage shall be reduced by any amounts paid or payable for the same expenses under any Auto Liability or Uninsured/Underinsured Motorists Coverage provided by this policy.

C. No payment will be made unless the injured person or that person's legal

representative agrees in writing that any payment shall be applied toward any settlement or judgment that person receives under any Auto Liability or Uninsured/Underinsured Motorists Coverage provided by this policy.

## OTHER INSURANCE

If there is other applicable auto medical payments insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible auto insurance providing payments for medical or funeral expenses.

## ASSIGNMENT OF BENEFITS

Payments for medical expenses will be paid directly to a physician or other health care provider if we receive a written assignment signed by the **covered person** to whom such benefits are payable.

## PART B2 – PERSONAL INJURY PROTECTION COVERAGE

### INSURING AGREEMENT

**A.** We will pay Personal Injury Protection benefits because of bodily injury:
   1. resulting from a motor vehicle accident; and
   2. sustained by a **covered person.**

Our payment will only be for losses or expenses incurred within three years from the date of accident.

**B.** Personal Injury Protection benefits consist of:
   1. Reasonable expenses incurred for necessary medical and funeral services.
   2. I. Eighty percent of a **covered person's** loss of income from employment. These benefits apply only if, at the time of the accident, the **covered person:**
         a. was an income producer; and
         b. was in an occupational status.
         These benefits do not apply to any loss after the **covered person** dies.
      II. Loss of income is the difference between:
         a. income which would have been earned had the **covered person** not been injured; and
         b. the amount of income actually received from employment during the disability.
      III. If the income being earned as of the date of accident is a salary or fixed remuneration, it shall be used in determining the amount of income which would have been earned. Otherwise, the average monthly income earned during the period (not more than 12 months)preceding the accident shall be used.
   3. I. Reasonable expenses incurred for obtaining services. These services must replace those a **covered person** would normally have performed:
         a. without pay;
         b. during a period of disability; and
         c. for the care and maintenance of the family or household.
      II. These benefits apply only if, at the time of the accident, the **covered person:**
         a. was not an income producer; and

Form 8201                    Page 7 of 18

    **b.** was not in an occupational status.
    The benefits do not apply to any loss after the **covered person** dies.

**C.** **"Covered person"** as used in this Part means:
1. You or any **family member:**
   a. while **occupying;** or
   b. when struck by;
   a motor vehicle designed for use mainly on public roads or a **trailer** of any type.
2. Any other person while **occupying your covered auto** with your permission.

## EXCLUSIONS

We do not provide Personal Injury Protection Coverage for any person for bodily injury sustained;
1. In an accident caused intentionally by that person.
2. By that person while in the commission of a felony.
3. By that person while attempting to elude arrest by a law enforcement official.
4. While **occupying,** or when struck by, any motor vehicle (other than **your covered auto**) which is owned by a **family member.**
5. By a **family member** while **occupying,** or when struck by, any motor vehicle (other than **your covered auto**) which is owned by a **family member.**

## LIMIT OF LIABILITY

The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for each person injured in any one accident.
This is the most we will pay regardless of the number of:
1. **Covered person;**
2. Claims made;
3. Vehicles or premiums shown in the Declarations; or
4. Vehicles involved in the auto accident.

## OTHER INSURANCE

If there is other Personal Injury Protection Insurance, we will pay only our share. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible Personal Injury Protection Insurance.

## OTHER PROVISIONS

**A. Loss Payments.** Benefits are payable:
1. Not more frequently than every two weeks; and
2. Within 30 days after satisfactory proof of claim is received.

**B. Modification.** The General Provision part of this policy entitled "Our Right to Recover Payment" does not apply to this coverage.

## ASSIGNMENT OF BENEFITS

Payments for medical expenses will be paid directly to a physician or other health care provider if we receive a written assignment signed by the **covered person**

Form 8201          **Page 8 of 18**

to whom such benefits are payable.

## PART C – UNINSURED/UNDERINSURED MOTORISTS COVERAGE

**INSURING AGREEMENT**

**A.** We will pay damages which a **covered person** is legally entitled to recover from the owner or operator of an **uninsured motor vehicle** because of bodily injury sustained by a **covered person**, or **property damage,** caused by an accident**.**
The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the **uninsured motor vehicle.**
Any judgement for damages arising out of a suit brought without our written consent is not binding on us. If we and you do not agree as to whether or not a vehicle is actually uninsured, the burden of proof as to that issue shall be on us.

**B.** "Covered person" as used in this Part means:
1. You or any **family member;**
2. Any other person **occupying your covered auto;**
3. Any person for damages that person is entitled to recover because of bodily injury to which this coverage applies sustained by a person described in **B.1** or **B.2.** above.

**C.** "Property damage" as used in this Part means injury to, destruction of or loss of use of:
1. **Your covered auto,** not including a temporary substitute auto.
2. Any property owned by a person listed in **B.1.** or **B.2.** of **covered person** while contained in **your covered auto.**
3. Any property owned by you or any **family member** while contained in any auto not owned, but being operated, by you or any **family member.**

**D.** **I.** "Uninsured motor vehicle" means a land motor vehicle or trailer of any type:
1. To which no liability bond or policy applies at the time of the accident.
2. Which is a hit and run vehicle whose operator or owner cannot be identified and which hits:
   a. you or any **family member;**
   b. a vehicle which you or any **family member** are **occupying;** or
   c. **your covered auto.**
3. To which a liability bond or policy applies at the time of the accident but the bonding or insuring company:
   a. denies coverage; or
   b. is or becomes insolvent.
4. Which is an underinsured motor vehicle. An underinsured motor vehicle is one to which a liability bond or policy applies at the time of the accident but its limit of liability either:
   a. is not enough to pay the full amount the **covered person** is legally entitled to recover as damages; or
   b. has been reduced by payment of claims to an amount which is not enough to pay the full amount the **covered person** is legally entitled to recover as damages.

**II.** However, **"uninsured motor vehicle"** does not include any vehicle or equipment:
1. Owned by or furnished or available for the regular use of you or any

Form 8201                    Page 9 of 18

**family member.**

2. Owned or operated by a self-insurer under any applicable motor vehicle law.
3. Owned by any governmental body unless:
   a. the operator of the vehicle is uninsured; and
   b. there is no statute imposing liability for damage because of bodily injury or **property damage** on the governmental body for an amount not less than the limit of liability for this coverage.
4. Operated on rails or crawler treads.
5. Designed mainly for use off public roads while not on public roads.
6. While located for use as a residence or premises.

## EXCLUSIONS

A. We do not provide Uninsured/Underinsured Motorists Coverage for any person:

1. For bodily injury sustained while **occupying,** or when struck by, any motor vehicle or trailer of any type owned by you or any **family member** which is not insured for this coverage under this policy.
2. If that person oOr the legal representative settles the claim without our written consent.
3. When **your covered auto** is:
   a. being used to carry persons for a fee; this does not apply to a share-the-expense car pool; or
   b. being used to carry property for a fee; this does not apply to you or any **family member** unless the primary usage of the vehicle is to carry property for a fee; or
   c. rented or leased to another; this does not apply if you or any **family member** lends **your covered auto** to another for reimbursement of operating expenses only.
4. For the first $250 of the amount of damage to the property of that person as the result of any one accident.
5. Using a vehicle without a reasonable belief that the person is entitled to do so. This exclusion **(A.5.)** does not apply to you or any **family member** while using **your covered auto.**
6. For bodily injury or **property damage** resulting from the intentional acts of that person.

B. This coverage shall not apply directly or indirectly to benefit:

1. Any insurer or self-insurer under any workers' compensation, disability benefits or similar law;
2. Any insurer of property.

## LIMIT OF LIABILITY

A. I. The limit of liability shown in the Declarations for "each person" for bodily injury liability is our maximum limit of liability for all damages for bodily injury sustained by any one person in any one motor vehicle accident. Subject to this limit for "each person" the limit of liability shown in the Declarations for "each accident" for bodily injury liability is our maximum limit of liability for all damages for bodily injury resulting from any one motor vehicle accident. The limit of liability shown in the

Declarations for "each accident" for **property damage** liability is our maximum limit of liability for all damages to all property resulting from any one motor vehicle accident.

This is the most we will pay regardless of lthe number of:

    **a.** **Covered persons;**
    **b.** Claims made;
    **c.** Policies or bonds applicable;
    **d.** Vehicles or premiums shown in the Declarations; or
    **e.** Vehicles involved in the accident.

**II.** Subject to this maximum, our limit of liability will be the lesser of:

    **a.** The difference between the amount of a **covered person's** damages for bodily injury or **property damage** and the amount paid or payable to that **covered person** for such damages, by or on behalf of persons or organizations who may be legally responsible; and
    **b.** The applicable limit of liability for this coverage.

**B.** In order to avoid insurance benefits payments in excess of actual damages sustained, subject only to the limits set out in the Declarations and other applicable provisions of this coverage, we will pay all covered damages not paid or payable under any workers' compensation law, disability benefits law, any similar law, auto medical expense coverage or Personal Injury Protection Coverage.

**C.** Any payment under this coverage to or for a **covered person** will reduce any amount that person is entitled to recover for the same damages under the Liability Coverage of this policy.

**OTHER INSURANCE**

**A.** If there is other applicable similar insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible insurance.

**B.** For any **property damage** to which the Coverage for Damage to Your Auto of this policy (or similar coverage from another policy) and this coverage both apply, you may choose the coverage from which damages will be paid. You may recover under both coverages, but only if:

    **1.** Neither one by itself is sufficient to cover the loss;
    **2.** You pay the higher deductible amount (but you do not have to pay both deductibles); and
    **3.** You will not recover more than the actual damages.

## PART D – COVERAGE FOR DAMAGE TO YOUR AUTO

**INSURING AGREEMENT**

**A.** We will pay for direct and accidental loss to **your covered auto,** including its equipment less any applicable deductible shown in the Declarations. However, we will pay for loss caused by **collision** only if the Declarations indicate that Collision Coverage is provided.

**B.** "**Collision**" means the upset, or **collision** with another object of **your covered auto.**

However, loss caused by the following are not considered "**collision**":

    **1.** Missiles or falling objects;    **6.** Hail, water or flood;

| 2. | Fire; | 7. | Malicious mischief or vandalism; |
|---|---|---|---|
| 3. | Theft or larceny; | 8. | Riot or civil commotion; |
| 4. | Explosion or earthquake; | 9. | Contact with bird or animal; or |
| 5. | Windstorm; | 10. | Breakage of glass. |

If breakage of glass is caused by a collision, or if loss is caused by contact with a bird or animal, you may elect to have it considered a loss caused by **collision.**

## TRANSPORTATION EXPENSES

In addition, we will pay up to $20 per day, to a maximum of $600, for transportation expenses incurred by you. This applies only in the event of the total theft of your covered auto. We will pay only transportation expenses incurred during the period:

1. Beginning 48 hours after the theft; and
2. Ending when **your covered auto** is returned to use or we pay for its loss.

## EXCLUSIONS

We will not pay for:

1. Loss to **your covered auto** while it is:
   a. being used to carry persons for a fee; this does not apply to a share-the-expense car pool; or
   b. being used to carry property for a fee; this does not apply to you or any **family member** unless the primary usage of the vehicle is to carry property for a fee; or
   c. rented or leased to another; this does not apply if you or any **family member** lends **your covered auto** to another for reimbursement of operating expenses only.
2. Damage due and confined to:
   a. wear and tear;
   b. freezing;
   c. mechanical or electrical breakdown or failure; or
   d. road damage to tires.
   This exclusion **(2.)** does not apply if the damage results from the total theft of **your covered auto.**
3. Loss due to or as a consequence of:
   a. radioactive contamination;
   b. discharge of any nuclear weapon (even if accidental);
   c. war (declared or undeclared);
   d. civil war;
   e. insurrection; or
   f. rebellion or revolution.
4. Loss to stereos, radios, and other sound reproducing equipment. This exclusion **(4.)** does not apply if the equipment is permanently installed in your **covered auto.**
5. Loss to tapes, records or other devices for use with equipment designed for the reproduction of sound.
6. Loss to a camper body or trailer not shown in the Declarations. This exclusion **(6.)** does not apply to a camper body or **trailer** you:
   a. acquire during the policy period; and
   b. notify us within 30 days after you become the owner.
7. Loss to any vehicle while used as a temporary substitute for a vehicle you

Form 8201                         Page 12 of 18

own which is out of normal use because of its:

a. breakdown
b. repair;
c. servicing;
d. loss; or
e. destruction.

8. When in or upon any trailer, loss to:
    a. TV antennas;
    b. awnings or cabanas; or
    c. equipment designed to create additional living facilities.

9. Loss to any of the following or their accessories:
    a. citizens band radio;
    b. two-way mobile radio;
    c. telephone;
    d. scanning monitor receiver; or
    e. any device or instrument used for detection of radar or other speed measuring equipment.

    This exclusion **(9.)** does not apply if the equipment is permanently installed in the opening of the dash or console of the auto. This opening must be normally used by the auto manufacturer for the installation of a radio.

10. Loss to any custom furnishings or equipment in or upon any pickup or van. Custom furnishings or equipment include but are not limited to:
    a. special carpeting and insulation, furniture, bars or television receivers;
    b. facilities for cooking and sleeping;
    c. height-extending roofs; or
    d. custom murals, paintings or other decals or graphics.

    This exclusion **(10.)** does not apply if the value of the custom furnishings or equipment has been reported to us prior to a loss and included in the premium for this coverage.

11. Loss due to or as a consequence of a seizure of **your covered auto** by federal or state law enforcement officers as evidence in a case against you by the Texas Controlled Substances Act or the federal Controlled Substances Act if you are convicted in such case.

## LIMIT OF LIABILITY

Our limit of liability for loss will be the lesser of the:

1. Actual cash value of the stolen or damaged property;
2. Amount necessary to repair or replace the property with other of like kind and quality; or
3. Amount stated in the Declarations of this policy.

The most we will pay for loss to equipment listed in Exclusion **4.** is $1500. Our payment for loss will be reduced by any applicable deductible shown in the Declarations.

## PAYMENT OF LOSS

We may pay for loss in money or repair or replace the damaged or stolen property. We may, at our expense, return any stolen property to:

1. You; or
2. The address shown in this policy.

If we return stolen property we will pay for any damage resulting from the theft.

**Form 8201**                    Page 13 of 18

We may keep all or part of the property at an agreed or appraised value.

## NO BENEFIT TO BAILEE

This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

## OTHER INSURANCE

**A.** If other insurance also covers the loss we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits.

**B.** For any loss to which Uninsured/Underinsured Motorists Coverage (from this or any other policy) and this coverage both apply, you may choose the coverage from which damages will be paid.

You may recover under both coverages, but only if:

1. Neither one by itself is sufficient to cover the loss;
2. You pay the higher deductible amount (but you do not have to pay both deductibles); and
3. You will not recover more than the actual damages.

## APPRAISAL

If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will select a competent appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and
2. Bear the expenses of the appraisal and umpire equally.

We do not waive any of our rights under this policy by agreeing to an appraisal.

## PART E – DUTIES AFTER AN ACCIDENT OR LOSS

## GENERAL DUTIES

**A.** We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses. If we show that your failure to provide notice prejudices our defense, there is no liability coverage under the policy.

**B.** A person seeking any coverage must:

1. Cooperate with us in the investigation, settlement or defense of any claim or suit.
2. Promptly send us copies of any notices or legal papers received in connection with the accident or loss.
3. Submit, as often as we reasonably require, to physical exams by physicians we select. We will pay for these exams.
4. Authorize us to obtain:
   a. medical reports; and
   b. other pertinent records.
5. When required by us:
   a. submit a sworn proof of loss;
   b. submit to examination under oath.

**C.** Within 15 days after we receive your written notice of claim, we must:

**Form 8201**                    Page 14 of 18

    **1.** acknowledge receipt of the claim.
    If our acknowledgment of the claim is not in writing, we will keep a record of the date, method and content of our acknowledgment.
    **2.** begin any investigation of the claim.
    **3.** specify the information you must provide in accordance with paragraph **B.** above.
    We may request more information, if during the investigation of the claim such additional information is necessary.

**D.** After we receive the information we request, we must notify you in writing whether the claim will be paid or has been denied or whether more information is needed:
    **1.** within 15 **business days;** or
    **2.** within 30 days if we have reason to believe the loss resulted from arson.

**E.** If we do not approve payment of your claim or require more time for processing your claim, we must:
    **1.** give the reasons for denying your claim; or
    **2.** give the reasons we require more time to process your claim. But, we must either approve or deny your claim within 45 days after our requesting more time.

**F.** In the event of a weather-related catastrophe or major natural disaster, as defined by the Texas Department of Insurance, the claim-handling deadlines as stated above are extended for an additional 15 days.

**G.** Loss Payment
    **1.** If we notify you that we will pay your claim, or part of your claim, we must pay within 5 **business days** after we notify you.
    **2.** If payment of your claim or part of your claim requires the performance of an act by you, we must pay within 5 **business days** after the date you perform the act.

**H.** Notice of Settlement of Liability Claim
    **1.** We will notify you in writing of any initial offer to compromise or settle a claim against you under the liability section of this policy.
    We will give you notice within 10 days after the date the offer is made.
    **2.** We will notify you in writing of any settlement of a claim against you under the liability section of this policy. We will give you notice within 30 days after the date of the settlement.

---

**ADDITIONAL DUTIES FOR UNINSURED/UNDERINSURED MOTORISTS COVERAGE**
A person seeking Uninsured/Underinsured Motorists Coverage must also:
    **1.** Promptly notify the police if a hit and run driver is involved;
    **2.** Promptly send us copies of the legal papers if a suit is brought;
    **3.** Take reasonable steps after loss, at our expense, to protect damaged property from further loss; and
    **4.** Permit us to inspect and appraise the damaged property before its repair or disposal.

---

**ADDITIONAL DUTIES FOR COVERAGE FOR DAMAGE TO YOUR AUTO**
A person seeking Coverage for Damage to Your Auto must also:
    **1.** Take reasonable steps after loss to protect **your covered auto** and its equipment from further loss. We will pay reasonable expenses incurred to

do this;

2. Promptly notify the police if **your covered auto** is stolen; and

3. Permit us to inspect and appraise the damaged property before its repair or disposal.

## PART F – GENERAL PROVISIONS

**BANKRUPTCY**

Bankruptcy or insolvency of the **covered person** shall not relieve us of any obligations under this policy.

**CHANGES**

A. This policy contains all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.

B. If a change requires a premium adjustment, we will adjust the premium as of the effective date of change in accordance with rules prescribed by the Texas Department of Insurance or its successor. Changes during the policy term that may result in a premium increase or decrease include, but are not limited to, changes in:

1. The number, type or use classification of the insured autos;

2. Operators using insured autos;

3. The place of principal garaging of insured autos;

4. Coverage, deductible or limits.

C. If this policy form is revised to provide more coverage without additional premium charge, we will automatically provide the additional coverage as of the date the revision is effective.

D. We will compute the premium at the rates in effect on each anniversary date of the policy's inception date for a policy written for more than a full year.

**LEGAL ACTION AGAINST US**

A. No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, under Liability Coverage, no legal action may be brought against us until:

1. We agree in writing that the **covered person** has an obligation to pay; or

2. The amount of that obligation has been finally determined by judgment after trial.

B. No person or organization has any right under this policy to bring us into any action to determine the liability of a **covered person.**

**OUR RIGHT TO RECOVER PAYMENT**

A. If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another we shall be subrogated to that right. That person shall do:

1. Whatever is necessary to enable us to exercise our rights; and

2. Nothing after loss to prejudice them.

(A release of the insurer of an underinsured motor vehicle does not prejudice our rights.)

However, our rights in this paragraph do not apply under Part D, against any person using **your covered auto** with a reasonable belief that person is entitled to do so.

**Form 8201**

**B.** If we make a payment under this policy and the person to or for whom payment is made recovers damages from another, that person shall:
1. Hold in trust for us the proceeds of the recovery; and
2. Reimburse us to the extent of our payment. (However, we may not claim the amount recovered from an insurer of any underinsured motor vehicle.)

## POLICY PERIOD AND TERRITORY

**A.** This policy applies only to accidents and losses which occur:
1. During the policy period as shown in the Declarations; and
2. Within the policy territory.

**B.** The policy territory is:
1. The United States of America, its territories or possessions;
2. Puerto Rico; or
3. Canada.

This policy also applies to loss to, or accidents involving, **your covered auto** while being transported between their ports.

## TERMINATION

**A.** Cancellation. This policy may be cancelled during the policy period as follows:
1. The named insured shown in the Declarations may cancel by:
   a. returning this policy to us; or
   b. giving us advance written notice of the date cancellation is to take effect.
2. We may cancel, by mailing at least 10 days notice to the named insured shown in the Declarations at the address shown in this policy.
3. After this policy is in effect for 60 days or if this is a renewal or continuation policy, we will cancel only;
   a. if you submit a fraudulent claim; or
   b. for non-payment of premium; or
   c. if your dirver's license or motor vehicle registration or that of:
      **(1)** any driver who lives with you; or
      **(2)** any driver who customarily uses **your covered auto**
      has been suspended or revoked. However, we will not cancel if you consent to the attachment of an endorsement eliminating coverage when **your covered auto** is being operated by the driver whose license has been suspended or revoked.
4. We may not cancel this policy based solely on the fact that you are an elected official.

**B.** Non-renewal. If we decide not to renew or continue this policy, we will mail notice to the named insured shown in the Declarations at the address shown in this policy. Notice will be mailed at least 30 days before the end of the policy period. If the policy period is other than 1 year, we will have the right not to renew or continue it only at each anniversary of its original effective date. We will not refuse to renew because of a **covered person's** age. We may not refuse to renew this policy based solely on the fact that you are an elected official.

**C.** Automatic Termination. If, at any time, you obtain other insurance on **your covered auto,** any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance. If we offer to renew or

continue and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

**D. Other Termination Provisions:**

1. We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

2. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund promptly. The premium refund, if any, will be computed pro-rata, subject to the policy minimum premium. However, making or offering to make the refund is not a condition of cancellation.

3. The effective date of cancellation stated in the notice shall become the end of the policy period.

4. Any cancellation or restriction of coverage made without your consent will be of no effect, except as:

   a. provided for in this Termination provision under:
      **(1)** Cancellation;
      **(2)** non-renewal; or
      **(3)** Automatic Termination; or
   b. required by the Texas Department of Insurance.

---

## TRANSFER OF YOUR INTEREST IN THIS POLICY

**A.** Your rights and duties under this policy may not be assigned without our written consent. However, if a named insured shown in the Declarations dies, Coverage will be provided for:

1. The surviving spouse if a resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Declarations.

2. The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with respect to the representative's legal responsibility to maintain or use **your covered auto.**

**B.** Coverage will only be provided until the end of the policy period.

**NOTE:** Refer to Medical Payments and/or Personal Injury Protection Coverage for Assignment of Benefits.

---

## TWO OR MORE AUTO POLICIES

If this policy and any other auto insurance policy issued to you by us apply to the same accident, the maximum limit of our liability under all the policies shall not exceed the highest applicable limit of liability under one policy.

**In Witness Whereof,** the company has caused this policy to be executed and attested, but this policy shall not be valid unless countersigned by a duly authorized representative of the company.

*C. M. O'Halloran*
Charles Minor O'Halloran, *Secretary*

*Ramani Ayer*
Ramani Ayer, *President & CEO*

# 524A   TOWING AND LABOR COSTS COVERAGE

We will pay towing and labor costs incurred each time your covered auto is disabled, up to the amount shown in the Declarations as applicable to that vehicle. We will only pay for labor performed at the place of disablement.

This coverage applies only to your covered auto described in the Declarations for which a premium charge is shown for Towing and Labor Costs Coverage.


FORM 524A.- TOWING AND LABOR COSTS COVERAGE .
                Texas Standard Automobile Endorsement
                Revised March 18, 1992

# 530   LOSS PAYABLE CLAUSE

This endorsement forms a part of Policy No _____ issued to _____

by the _____ at its Agency
                    (Name of Insurance Company)

located (city and state) _____ and is effective from _____
                                                              (12:01 A.M. Standard Time)

**(The information above is required only when this endorsement is issued subsequent to preparation of the policy.)**

This endorsement forms a part of the policy to which attached, effective from its date of issue unless otherwise stated herein.

Loss Payee:_____

Loss or damage under Coverage for Damage to Your Auto shall be paid as interest may appear to you and the loss payee shown in the declarations or in this endorsement. This insurance covering the interest of the loss payee shall not become invalid because of your fraudulent acts or omissions, unless the loss results from your conversion, secretion or embezzlement of your covered auto. However, we reserve the right to cancel the policy as permitted by policy terms and the cancelation shall terminate this agreement as to the loss payee's interest. We will give the same advance notice of cancelation to the loss payee as we give to the named insured shown in the declarations.

When we pay the loss payee we shall, to the extent of payment, be subrogated to the loss payee's rights of recovery.

By _____
                              (Duly Authorized Representative)

**FORM 530A.—LOSS PAYABLE CLAUSE**
         **Texas Standard Automobile Endorsement**
         **Revised January 1, 1984**

## 551.   MEXICO COVERAGE – LIMITED

---

**WARNING**

**READ THIS ENDORSEMENT CAREFULLY!**

Automobile accidents in Mexico are subject to the laws of Mexico only -- NOT the laws of the United States of America. Unlike the United States, the Republic of Mexico considers an auto accident a CRIMINAL OFFENSE as well as a civil matter.

In some cases, the coverage under this endorsement may NOT be recognized by Mexican authorities and the company may not be allowed to implement this coverage at all in Mexico. You should consider purchasing auto coverage from a licensed Mexican Insurance Company before driving into Mexico.

This endorsement does not apply to trips into Mexico that exceed 25 miles from the boundary of the United States of America.

---

The coverages for your covered auto provided by this policy are extended to accidents occurring in Mexico within 25 miles of the United States border. This extension only applies for infrequent trips into Mexico that do not exceed ten days at any one time.

**Additional Exclusions**
We do not provide any coverage:
1. If your covered auto is not principally garaged and used in the United States; and
2. to any covered person who does not live in the United States.

**Special Conditions**
1. Other Insurance. The insurance we provide by this endorsement will be excess over any other collectible insurance.
2. Losses Payable Under Coverage for Damage to Your Auto. We will pay losses under Coverage for Damage to Your Auto in the United States, not in Mexico. If your covered auto must be repaired in Mexico in order to be driven, we will not pay more than the actual cash value of such loss at the nearest United States point where the repairs can be made.

FORM 551. -   MEXICO COVERAGE -LIMITED
Texas Standard Automobile Endorsement
Revised February 1, 1993



This endorsement forms a part of the policy to which attached, effective from its date of issue unless otherwise stated in the Declarations.

---

**WARNING**

**READ THIS ENDORSEMENT CAREFULLY!**

An auto accident in Mexico is a CRIMINAL OFFENSE as well as a civil matter. This insurance will NOT meet the Mexican automobile insurance requirements. This endorsement requires that liability insurance be bought through a licensed Mexican Insurance Company.

---

The Liability Coverage provided for your covered auto is extended to accidents occurring in Mexico.

**Other Exclusions**
We do not provide any coverage:
1. if your covered auto is not principally garaged and used in the United States; and
2. to any covered person who does not live in the United States;
3. unless you have purchased valid auto liability insurance from a licensed Mexican Insurance Company; and
4. unless the original suit for damages is filed in the United States.

**Special Conditions**
The insurance is excess over any Mexican auto liability insurance.

FORM 552B. – MEXICO TOURIST COVERAGE – LIMITED
Texas Standard Automobile Endorsement
Revised February 1, 1993



Case 1:03-cv-00205 Document 1 Filed in TXSD on 11/22/2004     Page 30 of 35

This endorsement forms a part of the policy to which attached, effective from its date of issue unless otherwise stated in the Declarations.

Coverage under this endorsement is provided and payable only when other benefits are paid or payable under: Personal Injury Protection Coverage, Medical Payments Coverage and/or Auto Death Indemnity as afforded by this policy. This coverage is subject to the provisions of Personal Injury Protection Coverage, Medical Payments Coverage and/or Auto Death Indemnity except as limited by this endorsement.

It is agreed that Medical Payments Coverage, Personal Injury Protection Coverage and/or Auto Death Indemnity are extended to add the following:

## INSURING AGREEMENT AND LIMIT OF LIABILITY

We will pay a supplementary death benefit equal to the limit shown for the applicable coverages but not more than $10,000 per person because of death:
1. Caused by an auto accident; and
2. Sustained by a covered person while wearing a seat belt or protected by an airbag.

We will pay benefits only if an auto accident was the proximate cause of a death occurring within three years of the date of such accident. However, under Auto Death Indemnity, death must occur within one year of the date of such accident.

## PROOF OF CLAIM

We will pay benefits under this endorsement if the beneficiary gives us proof of death of the covered person along with a police report or other proof, that the covered person at the time the auto accident, was wearing a seat belt or protected by an airbag.

## OTHER COVERAGE PROVIDED BY THIS POLICY

Any amounts payable under this endorsement shall not be reduced by any other amounts paid or payable under this policy.

## DEFINITIONS

"Covered Person" as used in this endorsement means the same as "Covered Person" as defined in the applicable Medical Payments Coverage and/or Personal Injury Protection Coverage. It also means the person or persons designated in Auto Death Indemnity if afforded.

"Seat Belt" means manual or automatic safety belts or seat and shoulder restraints or a child restraint device.

"Airbag" is a functioning airbag designed to protect the occupant of a seat in an auto.

"Beneficiary" means (in order of priority of payment):
1. the surviving spouse if a resident in the same household as the deceased at the time of the accident, or
2. if the deceased is an unmarried minor, either of the surviving parents who had legal custody at the time of the accident, or
3. the estate of the deceased.

Form 573A. - TEXAS PERSONAL AUTO POLICY - AMENDATORY ENDORSEMENT
     Texas Standard Automobile Endorsement
     Prescribed February 1, 1993



Form 573A  (Ed. 2/93)  Printed in U.S.A.

*

## 593D.  TEXAS PERSONAL AUTO POLICY—
## AMENDATORY ENDORSEMENT

1.  DEFINITIONS is amended to add the following:

    H.  "Business day" means a day other than a Saturday, Sunday, or holiday recognized by the state of Texas

2.  PART E—DUTIES AFTER AN ACCIDENT OR LOSS—GENERAL DUTIES—is amended as follows:

    A.  We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses. If we show that your failure to provide notice prejudices our defense, there is no liability coverage under the policy.

    B.  A person seeking any coverage must:

        1.  Cooperate with us in the investigation, settlement or defense of any claim or suit.

        2.  Promptly send us copies of any notices or legal papers received in connection with the accident or loss.

        3.  Submit, as often as we reasonably require, to physical exams by physicians we select. We will pay for those exams

        4.  Authorize us to obtain:

            a.  medical records which are reasonably related to the injury or damage asserted, and

            b.  other pertinent records.

        5.  When required by us:

            a.  submit a sworn proof of loss;

            b.  submit to examination under oath.

    C.  Within 15 days after we receive your written notice of claim, we must:

        1.  acknowledge receipt of the claim.

            If our acknowledgment of the claim is not in writing, we will keep a record of the date, method and content of our acknowledgment.

        2.  begin any investigation of the claim.

        3.  specify the information you must provide in accordance with paragraph B. above.

            We may request more information, if during the investigation of the claim such additional information is necessary.

    D.  After we receive the information we request, we must notify you in writing whether the claim will be paid or has been denied or whether more information is needed:

        1.  within 15 business days; or

        2.  within 30 days if we have reason to believe the loss resulted from arson

    E.  If we do not approve payment of your claim or require more time for processing your claim, we must:

        1.  give the reasons for denying your claim, or

        2.  give the reasons we require more time to process your claim. But, we must either approve or deny your claim within 45 days after our requesting more time.

    F.  In the event of a weather-related catastrophe or major natural disaster, as defined by the Texas Department of Insurance, the claim-handling deadlines as stated above are extended for an additional 15 days.

    G.  Loss Payment

        1.  If we notify you that we will pay your claim, or part of your claim, we must pay within 5 business days after we notify you

        2.  If payment of your claim or part of your claim requires the performance of an act by you, we must pay within 5 business days after the date you perform the act.

This endorsement applies only if the Declarations indicate that Other Than Collision Coverage or Other Than Collision Coverage and Collision Coverage is provided for the covered auto.

The provisions and exclusions that apply to Part D also apply to this endorsement except as modified herein.

LIMIT OF LIABILITY

If within 180 days of purchase of a new covered auto, or 7,500 miles whichever occurs first the auto suffers a total loss under either Other Than Collision Coverage or Collision Coverage the limit of Liability section of Coverage D is deleted and replaced by the following

LIMIT OF LIABILITY

Our limit of liability for loss will be the lesser of the

1.    Replacement cost of your stolen or damaged covered auto, or

2.    Amount necessary to replace the covered auto

We reserve the right to replace the covered auto or to pay the loss in money

APPRAISAL

The term "actual cash value" in Part D APPRAISAL is replaced by "replacement cost"

EXCLUSIONS

There is no coverage under this endorsement for

1.    Any non-owned auto or temporary substitute auto;

2.    Any covered auto that was not new when purchased;

3.    The covered auto if more than 180 days have elapsed since the date of purchase on the bill of sale for the covered auto or if the covered auto has been driven more than 7,500 miles if there have been fewer than 180 days since the date of purchase

DEFINITIONS

A.    New means an auto with less than 150 miles on the odometer on the date of purchase

B.    Replacement Cost means the cost at the time of loss of a new auto of the same make model and equipment as the one damaged, destroyed or stolen without depreciation

Nothing in this endorsement shall be held to vary, waive, alter, or extend any of the terms conditions agreements or declarations of the policy other than as herein stated

Form A-5259-0   (Ed 9/89)   (NS)

**NOTICE:**



The Automobile Theft Prevention Authority fee is payable in addition to the premium due under this policy. This fee reimburses the insurer, as permitted by 28 TAC 5.205, for the $1.00 fee per motor vehicle year required to be paid to the Automobile Theft Prevention Fund under Texas Civil Statutes, Article 4413(37), 10, which became effective on June 6, 1991.

Form A-5388-0  (Ed. 11/92)  Printed in U.S.A.

# Waiver Of Collision Deductible

THE HARTFORD

This endorsement applies only if the Declarations indicate that Collision Coverage is provided for the covered auto.

When there is a Collision loss to your covered auto, the Collision deductible shown on the Declarations page does not apply if:

1    That auto was legally parked when struck by another auto owned by an identified person, or

2.   That auto was struck in the rear by another auto moving in the same direction and owned by an identified person; or

3   The operator of the other auto was cited for any of the following violations and this violation was a contributing factor in the cause of loss

    a    operating under the influence of alcohol, marijuana or a narcotic drug

    b    driving the wrong way down a one-way street.

    c    operating at an excessive rate of speed

    However, we will apply the deductible if the driver of your covered auto is also cited of one of these violations

    or

4.   You are legally entitled to a full recovery against an identified person

EXCLUSIONS

The waiver of collision provided under this endorsement does not apply to any non-owned auto nor to any temporary substitute auto.

Nothing in this endorsement shall be held to vary, waive, alter, or extend any of the terms, conditions, agreements or declarations of the policy, other than as stated herein

Form A-5260-1   (Ed. 7/90)   (NS)

## 523C.   Rental Reimbursement Coverage

This endorsement forms a part of the policy to which attached, effective from its date of issue unless otherwise stated herein.

The provisions and exclusions that apply to Coverage For Damage To Your Auto also apply to this endorsement except as changed by this endorsement. No deductible applies to this coverage

When there is a loss to your covered auto described in the Declarations or Schedule for which a specific premium charge indicates that Rental Reimbursement Coverage is afforded:

We will reimburse you for expenses you incur to rent a substitute auto. We will pay up to the limits described in the schedule. This coverage applies only if:

1. Your covered auto is withdrawn from use for more than 24 hours, and

2. The loss to your covered auto is covered under Coverage For Damage To Your Auto of this policy.

When there is a total theft of the auto, the limit of $20 per day (maximum of $600) provided under Coverage For Damage To Your Auto will be supplemented to the extent the limits in the above Schedule exceed that $20 per day limit.

Our payment will be limited to that period of time reasonably required to repair or replace the auto.

FORM 523C. - RENTAL REIMBURSEMENT COVERAGE
          Texas Standard Automobile Endorsement
          Revised December 1, 1998

Form 523C (Ed. 4/99)