# EXHIBIT "A-2"
## COPY OF APPLICATION FOR PIP BENEFITS

Case 1:03-cv-00205   Document 18-6   Filed in TXSD on 11/22/2004   Page 1 of 2

**APPLICATION FOR BENEFITS — AUTOMOBILE PERSONAL INJURY PROTECTION** (4)

THE HARTFORD
7411 John Smith Drive –10th Floor
P.O. BOX 47511, San Antonio, TX 78265 (210) 599-0227


THE HARTFORD

| Date | Our Policy Holder | Date of Accident | File Number |
|---|---|---|---|
| March 10, 2000 | Luis Villarreal Jr | 01/01/00 | ▓▓▓ |

TO ENABLE US TO DETERMINE IF YOU ARE ENTITLED TO BENEFITS UNDER THE AUTOMOBILE PERSONAL INJURY PROTECTION LAW, PLEASE COMPLETE THIS FORM AND RETURN IT PROMPTLY.

TO: Sarah Vargas
Med Pay Process
THE HARTFORD

Pearl Villarreal
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Harlingen, TX 78550

**Your Name:** Pearl Villarreal
**Phone No.:** c/o (210)736-4227 (Home / Business)
**Your Address:** c/o ▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓, San Antonio TX 78213
**Date of Birth:** ▓▓/▓▓/81
**Social Security Number:** ▓▓▓-▓▓-6545

**Date and Time of Accident:** 1/1/2000 3:20 P.M.
**Place of Accident:** 200 Block S. First St, Santa Rosa, TX

**Brief Description of Accident and Automobile You Occupied or Were Struck by:**
See Police report, Santa Rosa P.D. Case No. 00-01-001 A

**OTHER AUTOMOBILES IN YOUR FAMILY:** Auto: 1. __ 2. __ 3. __  Owner: 1. __ 2. __ 3. __  Insured: 1. __ 2. __ 3. __

**ARE YOU A MEMBER OF OUR POLICYHOLDER'S HOUSEHOLD?** [X] YES  [ ] NO

**AS A RESULT OF THIS ACCIDENT WERE YOU INJURED?** [X] YES  [ ] NO. IF YOUR ANSWER IS YES, COMPLETE THE REST OF THIS FORM. IF NO, SIGN HERE AND RETURN THIS FORM TO US.
SIGNATURE _____  DATE _____

**Describe Your Injury:**
Disfigurement, Facial Injuries – Lacerations, Contusions, Bruises and Scars, Neck and Back

| Were You Treated by a Doctor? | Date of 1st Treatment | Doctor's Name and Address |
|---|---|---|
| [X] Yes [ ] No | 1-1-2000 | ER Doctor at Valley Baptist |

| If You were Treated in a Hospital, were You | Hospital's Name and Address |
|---|---|
| [ ] an In-Patient  [X] an Out-Patient | Valley Baptist Medical Center, Harlingen, TX |

| Amount of Medical Bills to Date | Will You have More Medical Expenses? | At the Time of This Accident were You Working for Your Employer? |
|---|---|---|
| $4,500+ | [X] Yes [ ] No | [ ] Yes [X] No |

| Did You Lose Time from Work as a Result of your Injury? | If Yes, Amount Lost to Date | What is Your Average Weekly Wage or Salary? |
|---|---|---|
| [X] Yes [ ] No | $ | $ |

**Have You Received or Are You Eligible for Wage Loss and/or Medical Benefits under**
(1) Any Workmen's Compensation Law?  [ ] Yes  [X] No
(2) Any Other Source?  [ ] Yes  [X] No  (None)
**If Yes, Amount of Medical & Wage:** $ ____  [ ] Per Week  [ ] Per Mo.

List Name and Addresses of Your Employers at the Date of the Accident or Last Previous Employer and Give Occupation and Date of Employment.

| Employer and Address | Occupation | From | To |
|---|---|---|---|
|  |  |  |  |

As a Result of Your Injury Have You had any Other Expenses?  [ ] Yes  [ ] No  If Yes, Explain on Reverse Side.

**Signature:** Pearl D. Villarreal
PIP-Application Form (0415X)
**Date:** 1/17/2002

**IMPORTANT:**
1. To Present Claim for Benefits You Must Complete and Sign this Application.
2. You Must also Sign any Attached Authorization(s).
3. Return Promptly with any Medical Bills You have Received to Date.

Form LC-5069-2

01/23/2002  02:50PM P.4