(03-316)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEARL DYANE VILLARREAL | § § § | |
| VS. | § § § § | Civil Action No. B-03-205 |
| HARTFORD FIRE INSURANCE COMPANY | § | |

## ORDER GRANTING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

After considering the pleadings on file in this case together with Hartford Fire Insurance Company (hereinafter Defendant) and all responses on file as well as all arguments of counsel, the Court hereby grants Defendant's Motion for Partial Summary Judgment.

SIGNED on this the _____ day of _____, 2004 in Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE
AT BROWNSVILLE, TEXAS

xc:

Hugo Xavier De Los Santos, Attorney at Law, 6800 Park Ten Blvd., Ste. 123-N, San Antonio, Texas 78213.
Lisa M. Crouch and Anthony B. James, P.O. Box 534329, Harlingen, Texas 78553