(03-316)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PEARL DYANE VILLARREAL | § § § | |
| VS. | § § § | Civil Action No. B-03-205 |
| HARTFORD FIRE INSURANCE COMPANY | § § | |

### DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION TO COMPEL PLAINTIFF'S ANSWERS TO DISCOVERY AND MOTION TO EXTEND DEFENDANT'S EXPERT DEADLINE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Hartford Fire Insurance Company (hereinafter Hartford) files this Motion for Leave to File Defendant's Motion to Compel Plaintiff's Answers to Discovery and Motion to Extend Defendant's Expert Deadline. Defendant would respectfully show the Court as follows:

**I.**

1. Plaintiff filed an Original Petition on September 8, 2003 in State Court.

2. Defendant's filed a Motion for Removal.

3. Plaintiff's filed a Motion to Remand which was denied.

4. Defendant requests leave to file a Motion to Compel Plaintiff's Answers to Discovery and Motion to Extend Defendant's Expert Deadline.

5. Rule 15(a) of the Federal Rules of Civil Procedure requires that leave "shall be given freely when justice so requires."

6. A copy of Defendant's Motion to Compel Plaintiff's Answers to Discovery and Motion to Extend Defendant's Expert Deadline is attached hereto as Exhibit "A."

**II.**

A certificate of consultation is included in this motion for leave following the signature block.

**III.**

**Conclusion**

For the above reasons, Defendant respectfully requests that leave be granted to file Defendant's Motion to Compel Plaintiff's Answers to Discovery and Motion to Extend Defendant's Expert Deadline.

> Respectfully submitted,
>
> HODGE, JAMES & GARZA, L.L.P.
> Attorneys and Counselors at Law
> P.O. Box 534329 (78553)
> 134 East Van Buren Street
> Third Floor, Suite 310
> Harlingen, Texas 78550
> Telephone: (956) 425-7400
> Facsimile: (956) 425-7707
>
> _/s/ Anthony B. James_
> Anthony B. James
> State Bar No. 10537300
> Federal I.D. No. 3785
>
> Lisa M. Crouch
> State Bar No. 06571040
> Federal I.D. No. 15307
>
> Attorneys for Defendant

## CERTIFICATE OF CONSULTATION

I, Anthony B. James, hereby certify that in good faith I contacted Mr. De Los Santos' office to determine his position on this Motion for Leave and Motion to Compel Plaintiff's Answers to Discovery and Motion to Extend Defendant's Expert Deadline. I left several messages but have been unable to reach him.

_____
Anthony B. James

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, Motion for Leave to File Motion to Compel Plaintiff's Answers to Discovery and Motion to Extend Defendant's Expert Deadline has been served on the __24__ day of November, 2004 to all attorneys of record by placing same in a post office or official depository under the care and custody of the United States Postal Service, via personal delivery as follows:

VIA CMRRR# 7003 2260 0000 0437 7382
Mr. Hugo Xavier De Los Santos
Attorney at Law
900 Vance Jackson Road
San Antonio, Texas 78201

_____
Lisa M. Crouch