IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEARL DYANE VILLARREAL | § § § | |
| VS. | § § § § | Civil Action No. B-03-205 |
| HARTFORD FIRE INSURANCE COMPANY | § | |

### ORDER GRANTING MOTION FOR LEAVE TO FILE DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

BE IT REMEMBERED that on the _____ day of November, 2004, came to be considered Defendant's Motion for Leave to File Defendant's Motion to Compel Plaintiff's Answers to Discovery and Motion to Extend Defendant's Expert Deadline. The Court concludes the Motion should be GRANTED,

IT IS ORDERED, that leave is hereby GRANTED, and the Clerk shall file Defendant's Motion to Compel Plaintiff's Answers to Discovery and Motion to Extend Defendant's Expert Deadline in the Court's file.

SIGNED this _____ day of November, 2004 in Brownsville, Texas.

_____
Andrew S. Hanen
UNITED STATES DISTRICT JUDGE

XC:

Hugo Xavier De Los Santos, Attorney at Law, 900 Vance Jackson Road, San Antonio, Texas 78201.
Lisa M. Crouch and Anthony B. James, P.O. Box 534329, Harlingen, Texas 78553.