IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 9 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PEARL DYANE VILLARREAL § | |
| § | |
| § | |
| VS. § | Civil Action No. B-03-205 |
| § | |
| § | |
| HARTFORD FIRE INSURANCE COMPANY § | |

DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S
ANSWERS TO DISCOVERY AND MOTION TO EXTEND
DEFENDANT'S EXPERT DEADLINE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Hartford Fire Insurance Company (hereinafter Defendant) files this Motion To Compel Plaintiff's Answers to Discovery and Motion to Extend Defendant's Expert Deadline and would respectfully state:

I.

Defendant's deadline to designate experts with a report was September 30, 2004. See this Court's February 25, 2004 Scheduling Order.

II.

Defendant requests this deadline be extended, until January 15, 2005.

III.

Plaintiff's deadline to designate experts with a report was extended from July 30, 2004 to September 30, 2004. Defendant did not object to this extension.

IV.

Defendant requests an extension to designate experts with a report because Plaintiff has refused to tender Plaintiff's Rule 26a Disclosures or provide answers to Defendant's First Set of

Interrogatories and Requests for Production.

V.

Plaintiff's Rule 26a Disclosures were due within 15 days of the February 6, 2004 Scheduling Conference. Despite numerous requests from Defendant, Plaintiff has refused to tender Rule 26a Disclosures. See letter from Defendant dated April 8, 2004, attached as Exhibit A.

VI.

Defendant served Interrogatories and Requests for Production on Plaintiff on or about February 15, 2004. Copies of the Interrogatories and Requests for Production are attached as Exhibit B. Plaintiff's answers and objections were due on or about March 15, 2004. Plaintiff requested numerous extensions to respond to Defendant's discovery. Defendant granted Plaintiff five (5) discovery extensions. The last extension extended the deadline for Plaintiff to respond to Defendant's Interrogatories and Requests for Production to June 15, 2004. Copies of letters from Plaintiff's counsel confirming extensions to March 30, 2004, April 24, 2004, May 10, 2004, May 31, 2004 and June 15, 2004 are attached as Exhibits C, D, E, F and G.

VII.

On April 24, 2004, Plaintiff submitted objections to every single interrogatory and request for production. As set for above, Plaintiff continued to request extensions to submit proper answers. Extensions were granted by Defendant; however, to date, Plaintiff has failed to answer any of the request for production or interrogatories. The objections submitted by Plaintiff are completely invalid. Defendant wrote to Plaintiff on April 30, 2004 asking Plaintiff to review Plaintiff's objections and provide full discovery answers plus Rule 26a Disclosures. On May 12, 2004 Defendant again wrote to Plaintiff seeking full discovery answers and disclosures. Plaintiff did not

respond to either letter. Copies of both letters are attached as Exhibits H and I.

VIII.

Defendant needs to obtain Plaintiff's responses in order for Defendant to obtain necessary information pertaining to this case. Plaintiff has refused to execute authorizations to obtain Plaintiff's medical, employment and IRS tax records. Defendant needs Plaintiff's answers to the Interrogatories and Requests for Production in order to determine the experts that are necessary and properly evaluate this case.

IX.

Due to Plaintiff's failure to respond to Defendant's discovery and failure to submit Rule 26a Disclosures, Defendant respectfully requests this Court extend Defendant's deadline to designate experts from September 30, 2004 to January 15, 2005.

X.

For the reasons set forth above, Defendant respectfully requests this Court grant this Motion to Compel and Motion to Extend Defendant's Expert Deadline. Defendant requests Plaintiff be compelled to respond to Defendant's Interrogatories and Requests for Production by December 15, 2004. Defendant respectfully requests Defendant's Expert Deadline be extended to January 15, 2005. Defendant further requests any and all other relief to which it may be justly entitled.

Respectfully submitted,

HODGE, JAMES & GARZA, L.L.P.
Attorneys and Counselor at Law
P.O. Box 534329 (78553)
134 East Van Buren Street
Third Floor, Suite 310
Harlingen, Texas 78550
Telephone: (956) 425-7400
Facsimile: (956) 425-7707

_____
Anthony B. James
Federal I.D. No. 3785
State Bar No. 10537300

Lisa M. Crouch
Federal I.D. No. 15307
State Bar No. 06571040

Attorneys for Defendant,
HARTFORD FIRE INSURANCE COMPANY

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing, Defendant's Motion to Compel Plaintiff's Answers to Discovery and Motion to Extend Defendant's Expert Deadline, has been served on the ___24___ day of November, 2004, to all attorneys of record by placing same in a post office or official depository under the care and custody of the United States Postal Service, via personal delivery as follows:

<u>CMRRR# 7003 2260 0000 0437 7382</u>
Mr. Hugo Xavier De Los Santos
Attorney at Law
900 Vance Jackson Road
San Antonio, Texas 78201

                                       _____
                                       Lisa M. Crouch

# EXHIBIT "A"