# EXHIBIT "A"

# HODGE, JAMES & GARZA, L.L.P.
## ATTORNEYS AND COUNSELORS AT LAW

BRUCE W. HODGE
ANTHONY B. JAMES
FRANCISCO J. GARZA
———
LORRAINE OROZCO
LISA M. CROUCH
ROBERT SCHELL
CHRISTINE M. GORMAN
RODOLFO "RUDY" CANCHÉ, JR

PO BOX 534329, HARLINGEN, TEXAS 78553
134 EAST VAN BUREN, THIRD FLOOR
HARLINGEN, TEXAS 78550
PH. 956-425-7400
FAX. 956-425-7707
e-mail: info@hodgejames.com
web-site: www.hodgejames.com

HIDALGO COUNTY OFFICE:
VILLA DE FUENTE
1138 E. EXPRESSWAY 83, SUITE C
PHARR, TEXAS  78577
(956)387-0082

April 8, 2004

Mr. Hugo Xavier De Los Santos
Attorney at Law
6800 Park Ten Blvd., Ste. 123-N
San Antonio, Texas 78213

*Via Facsimile (210) 737-1556*

RE:    Civil Action No. B-03-205
Pearl Dyane Villarreal vs. Hartford Fire Insurance Company
In the United States Southern District, Southern District of Texas, Brownsville Division
Our File No.: 2003-316

Dear Hugo:

I have not received your Rule 26 Disclosures.  As you are aware, you were required to forward your disclosures within 14 days of the Status Conference.  Please forward your Disclosures with all required documents within the next five days. I hope you will include current pictures of your client's face plus documents which support her claim for lost wages. Hartford requested this information from you in the past; but, you never furnished it.   I hope that I will be able to obtain these documents from you without filing a motion with the Court.

Thank you for your attention.

Yours very truly,

Lisa M. Crouch

LMC/sh