# EXHIBIT "C"



# HUGO XAVIER DE LOS SANTOS

*Attorney at Law*

*Certified Public Accountant*



6800 Park Ten Boulevard, Suite 123 N
San Antonio, Texas 78213
(210) 736-4227 • (210) 737-1556 Fax

Rio Grande Valley Office
229 South Texas Avenue, Suite 1000
Mercedes, Texas 78570 • (956) 565-0007

March 15, 2004

Ms. Lisa Crouch, Esq.
134 E. Van Buren, Suite 310
Harlingen, Texas 78550-6807

Re: **Pearl Dyane Villarreal v. Hartford Fire Insurance Company**

Case No. 2003-09-004524-G, United States District Court for
the 404th District of Texas, Brownsville Division

Our File No.: 83028.U4001

Dear Ms. Crouch:

This letter is to request your agreement to extend the due date
for my client's answers, responses and objections to your
client's first set of interrogatories and first request for
production, such that the due date for my client's said responses
and objections is now March 30, 2004. If you agree, please sign
below and fax a copy of this letter back to me so that I may file
it with the court as our Rule 29 Agreement.

Thank you for your professional courtesies in this matter.

Very truly yours,

**HUGO XAVIER DE LOS SANTOS**
Attorney at Law

By: _____
HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.

Attorney for Pearl Dyane Villarreal

HXDLS / rd
cc: Ms. Pearl Dyane Villarreal
cc: 404th District Court for Filing in Cause No. 2003-09-004524-G

**** SENT VIA FACSIMILE TO (956) 425-7707 ****

AGREED: _____
Ms. Lisa Crouch, Esq.

# EXHIBIT "D"



# HUGO XAVIER DE LOS SANTOS

*Attorney at Law*

*Certified Public Accountant*

CPA



6800 Park Ten Boulevard, Suite 123 N
San Antonio, Texas 78213
(210) 736-4227 • (210) 737-1556 Fax

Rio Grande Valley Office
229 South Texas Avenue, Suite 1000
Mercedes, Texas 78570 • (956) 565-0007

March 30, 2004

Ms. Lisa Crouch, Esq.
Ms. Lisa Crouch, Esq.
134 E. Van Buren, Suite 310
Harlingen, Texas 78550-6807

Re: Pearl Dyane Villarreal v. Hartford Fire Insurance Company

    Case No. 2003-09-004524-G, United States District Court for
    the 404th District of Texas, Brownsville Division

    Our File No.: 83028.U4001

Dear Ms. Crouch:

This letter is to confirm your agreement to extend the due date
for my client's answers, responses and objections to your
client's first set of interrogatories and first request for
production, such that the due date for my client's said responses
and objections is now April 24, 2004. If this is correct, please
sign below and fax a copy of this letter back to me so that I may
file it with the court as our Rule 29 Agreement.

Thank you for your professional courtesies in this matter.

Very truly yours,

HUGO XAVIER DE LOS SANTOS
Attorney at Law

By: _____
    HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.

Attorney for Pearl Dyane Villarreal

HXDLS / rd
cc: Ms. Pearl Dyane Villarreal
cc: 404th District Court for Filing in Cause No. 2003-09-004524-
G

**** SENT VIA FACSIMILE TO (956) 425-7707 ****

AGREED: _____ — However if we need to
    Ms. Lisa Crouch, Esq.     extend discovery deadlines we
    hope you will agree since this
    is your 2nd extension and we are
    under Federal disc deadlines.