# EXHIBIT "E"




# HUGO XAVIER DE LOS SANTOS

*Attorney at Law*

*Certified Public Accountant*

6800 Park Ten Boulevard, Suite 123 N
San Antonio, Texas 78213
(210) 736-4227 • (210) 737-1556 Fax

Rio Grande Valley Office
229 South Texas Avenue, Suite 1000
Mercedes, Texas 78570 • (956) 565-0007

April 23, 2004

Ms. Lisa Crouch, Esq.
134 E. Van Buren, Suite 310
Harlingen, Texas 78550-6807

Re:  Pearl Dyane Villarreal v. Hartford Fire Insurance Company

     Case Number 2003-09-004524-G, U.S. District Court, Southern
     District of Texas, Brownsville Division

     Our File No.:  83028.U4001

Dear Ms. Crouch:

This letter is to request your agreement to extend the due date
for my client's answers, responses and objections to your
client's first set of interrogatories and first request for
production and Rule 26 disclosures, such that the due date for my
client's said responses and objections is now May 10, 2004.  If
you agree, please sign below and fax a copy of this letter back
to me so that I may file it with the court as our Rule 29 Agree-
ment.

Thank you for your professional courtesies in this matter.

Very truly yours,

HUGO XAVIER DE LOS SANTOS
Attorney at Law

By: _____
    HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.
Attorney for Pearl Dyane Villarreal

HXDLS
cc:  Ms. Pearl Dyane Villarreal
cc:  U.S> District Court, Southern District of Texas, Brownsville
     Division for Filing in Civil Action No. 2003-09-004524-G
     **** SENT VIA FACSIMILE TO (956) 425-7707 ****

AGREED: _____
        Ms. Lisa Crouch, Esq.

*Provided, we can agree to extend any
court deadlines if necessary. lmc*