# EXHIBIT "G"

Case 1:03-cv-00205   Document 19-10   Filed in TXSD on 11/30/2004   Page 1 of 3




# HUGO XAVIER DE LOS SANTOS
*Attorney at Law*
*Certified Public Accountant*

6800 Park Ten Boulevard, Suite 123 N
San Antonio, Texas 78213
(210) 736-4227 • (210) 737-1556 Fax

Rio Grande Valley Office
229 South Texas Avenue, Suite 1000
Mercedes, Texas 78570 • (956) 565-0007

June 1, 2004

Ms. Lisa Crouch, Esq.
134 E. Van Buren, Suite 310
Harlingen, Texas 78550-6807

Re: Pearl Dyane Villarreal v. Hartford Fire Insurance Company

    Case Number 2003-09-004524-G, U.S. District Court, Southern District of Texas, Brownsville Division

    Our File No.: 83029.U4001

Dear Ms. Crouch:

This letter is to confirm your agreement to extend the due date for my client's answers, responses and objections to your client's first set of interrogatories and first request for production and Rule 26 disclosures, such that the due date for my client's said responses and objections is now June 15, 2004. We require this additional time since my father will be undergoing surgery at M.D. Anderson Hospital in Houston, Texas.

If this is correct, please sign below and fax a copy of this letter back to me so that I may file it with the court as our Rule 29 Agreement.

Thank you for your professional courtesies in this matter.

Please note that I agree to extend any court deadlines, if necessary, as you requested.

Very truly yours,

HUGO XAVIER DE LOS SANTOS
Attorney at Law

By: _____
    HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.
Attorney for Pearl Dyane Villarreal

HXDLS / rd
cc: Ms. Pearl Dyane Villarreal
cc: U.S. District Court, Southern District of Texas, Brownsville
    Division for Filing in Civil Action No. 2003-09-004524-G
    **** SENT VIA FACSIMILE TO (956) 425-7707 ****




# HUGO XAVIER DE LOS SANTOS

*Attorney at Law*

*Certified Public Accountant*

6800 Park Ten Boulevard, Suite 123 N
San Antonio, Texas 78213
(210) 786-4227 • (210) 737-1556 Fax

Rio Grande Valley Office
229 South Texas Avenue, Suite 1000
Mercedes, Texas 78570 • (956) 565-0007

AGREED: _____/s/ Lisa Crouch_____
Ms. Lisa Crouch, Esq.