# EXHIBIT "H"

# HODGE, JAMES & GARZA, L.L.P.
## ATTORNEYS AND COUNSELORS AT LAW

BRUCE W. HODGE
ANTHONY B. JAMES
FRANCISCO J. GARZA

LORRAINE OROZCO
LISA M. CROUCH
ROBERT SCHELL
CHRISTINE M. GORMAN

P.O. BOX 534329, HARLINGEN, TEXAS 78553
134 EAST VAN BUREN, THIRD FLOOR
HARLINGEN, TEXAS 78550
PH. 956-425-7400
FAX. 956-425-7707
e-mail: info@hodgejames.com
web-site: www.hodgejames.com

HIDALGO COUNTY OFFICE:
VILLA DE FUENTE
1138 E. EXPRESSWAY 83, SUITE C
PHARR, TEXAS 78577
(956) 387-0082

April 30, 2004

Mr. Hugo Xavier De Los Santos
Attorney at Law
6800 Park Ten Blvd., Ste. 123-N
San Antonio, Texas 78213

    RE:    Civil Action No. B-03-205
              Pearl Dyane Villarreal vs. Hartford Fire Insurance Company
              In the United States Southern District, Southern District of Texas, Brownsville Division
              Our File No.: 2003-316

Dear Hugo:

    I received Plaintiff's objections to Defendant's Interrogatories and Requests for Production. As you are aware, I had granted you two prior extensions to answer and/or object to Defendant's discovery. I am quite surprised by Plaintiff's extensive objections. The Plaintiff has not answered a single Interrogatory or Request for Production. Each question has been extensively objected to. I also have not received Plaintiff's Rule 26 Disclosures. Please review Plaintiff's objections and hopefully you will provide full responses. We also very much need to receive Plaintiff's Disclosures.

    I look forward to hearing from you.

                              Yours very truly,

                              Lisa M. Crouch

LMC/sh