# EXHIBIT "I"

# HODGE, JAMES & GARZA, L.L.P.
### ATTORNEYS AND COUNSELORS AT LAW

BRUCE W. HODGE
ANTHONY B. JAMES
FRANCISCO J. GARZA

LORRAINE OROZCO
LISA M. CROUCH
CHRISTINE M. GORMAN
RODOLFO "RUDY" CANCHÉ, JR.

PO BOX 534329, HARLINGEN, TEXAS 78553
134 EAST VAN BUREN, THIRD FLOOR
HARLINGEN, TEXAS 78550
PH. 956-425-7400
FAX. 956-425-7707
e-mail: info@hodgejames.com
web-site: www.hodgejames.com

HIDALGO COUNTY OFFICE:
VILLA DE FUENTE
1138 E. EXPRESSWAY 83, SUITE C
PHARR, TEXAS 78577
(956)781-1159

May 12, 2004

Mr. Hugo Xavier De Los Santos
Attorney at Law
6800 Park Ten Blvd., Ste. 123-N
San Antonio, Texas 78213

      RE:    Civil Action No. B-03-205
                Pearl Dyane Villarreal vs. Hartford Fire Insurance Company
                In the United States Southern District, Southern District of Texas, Brownsville Division
                Our File No.: 2003-316

Dear Hugo:

      I still have not received plaintiff's Rule 26 Disclosures or reasonable answers to defendant's first set of discovery. Please forward plaintiff's disclosures by the end of this week and reconsider your position on all of the objections that you have asserted to defendant's discovery. I would like to resolve this matter and avoid pursuing relief from the court.

      I look forward to hearing from you.

                                                Sincerely,

                                                Lisa M. Crouch

LMC/sh