(03-316)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEARL DYANE VILLARREAL | § § § | |
| VS. | § § § § | Civil Action No. B-03-205 |
| HARTFORD FIRE INSURANCE COMPANY | § | |

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL AND MOTION TO EXTEND DEFENDANT'S EXPERT DEADLINE

The Court has considered Defendant's Motion to Compel Plaintiff's Answers to Discovery and Motion to Extend Defendant's Expert Deadline. The Court hereby grants Defendant's Motion to Compel Plaintiff's Answers to Discovery and Motion to Extend Defendant's Expert Deadline. Plaintiff is ordered to respond to Defendant's Interrogatories and Requests for Production with full answers by December 15, 2004. Defendant's deadline to designate experts with a report is hereby extended to January 15, 2005.

SIGNED on this the _____ day of _____, 2004 in Brownsville, Texas.

_____
Andrew S. Hanen
UNITED STATES DISTRICT JUDGE

xc:

Hugo Xavier De Los Santos, Attorney at Law, 900 Vance Jackson Road, San Antonio, Texas 78201.
Lisa M. Crouch and Anthony B. James, P.O. Box 534329, Harlingen, Texas 78553