UNITED STATES DISTRICT COURT
For the Southern District of Texas

Pearl Dyane Villarreal

        Plaintiff

v.                Case No.: 1:03−cv−00205
                Judge Andrew S. Hanen

Hartford Fire Insurance Company

        Defendant

---

**NOTICE OF RESETTING**

  TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison
Brownsville, TX 78520

**DATE:**   4/5/05

**TIME:**   01:30 PM

**TYPE OF PROCEEDING:**   Pretrial Conference

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:  January 26, 2005

                       Michael N. Milby, Clerk