UNITED STATES DISTRICT COURT
For the Southern District of Texas

Pearl Dyane Villarreal

                Plaintiff

v.                                   Case No.: 1:03−cv−00205
                                       Judge Andrew S. Hanen

Hartford Fire Insurance Company

                Defendant

---

**NOTICE OF RESETTING**

    TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison
Brownsville, TX 78520

**DATE:**    4/7/05

**TIME:**    09:00 AM

**TYPE OF PROCEEDING:**    Jury Selection

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:    January 26, 2005

                                                                Michael N. Milby, Clerk