United States District Court
Southern District of Texas
ENTERED

MAR 0 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
–BROWNSVILLE DIVISION–

| | | |
|---|---|---|
| PEARL DYANE VILLARREAL, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL NO. B–03-205 |
| | § | |
| HARTFORD FIRE INSURANCE CO., | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is a Joint Motion to Extend the Time for Filing a Joint Pre-Trial Order (Docket No. 22). After reviewing said motion and all other documents on file, the parties' motion is hereby **GRANTED**. The parties are hereby **ORDERED** to file their joint pre-trial order by *March 24, 2005*.

Signed in Brownsville, Texas this 4th day of March, 2005.

_____
Andrew S. Hanen
United States District Judge