(2003-316)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 8 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PEARL DYANE VILLARREAL § | |
| § | |
| § | |
| VS. § | Civil Action No. B-03-205 |
| § | |
| § | |
| HARTFORD FIRE INSURANCE COMPANY § | |

## JOINT MOTION TO EXTEND THE TIME FOR FILING A
## JOINT PRE-TRIAL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, PEARL DYANE VILLARREAL, Plaintiff, and HARTFORD FIRE INSURANCE COMPANY, Defendant in the above styled and numbered cause and jointly file this Motion to Extend the time for filing a joint Pre-trial Order and in support thereof would respectfully show unto the honorable Court as follows:

I.

The parties have been working diligently to try and resolve this case and in fact mediation will take place on this case on April 6, 2005.

II.

The parties have agreed, in light of the continued negotiations and mediation coming up, to a continuance of the trial in this case, subject to this honorable court's permission.

III.

Due to the fact that the parties are prepared for mediation and are hopeful of the successful resolution of the case, the parties are in agreement to extend the time for filing of the Joint Pre-Trial Order, subject to this honorable court's permission.

WHEREFORE, PREMISES CONSIDERED, PEARL DYANE VILLARREAL, Plaintiff, and HARTFORD FIRE INSURANCE COMPANY, Defendant respectfully pray that the honorable Court grant this Motion to Extend the time for Filing a Joint Pre-trial Order, and for such other and further relief, to which the parties might show themselves justly entitled to receive.

Respectfully submitted,

HUGO XAVIER DE LOS SANTOS
Attorney At Law
900 Vance Jackson Road
San Antonio, Texas 78201
(210) 736-4227
(210) 737-1556 Facsimile

_Hugo de los Santos/LC_
Hugo Xavier de los Santos
State Bar No. 05653300
Federal I.D. No. 11259

Attorney for Plaintiff,
Pearl Dyane Villarreal

HODGE, JAMES & GARZA, L.L.P.
Attorneys and Counselor at Law
P.O. Box 534329 (78553)
134 East Van Buren Street
Third Floor, Suite 310
Harlingen, Texas 78550
Telephone: (956) 425-7400
Facsimile: (956) 425-7707

_____
Anthony B. James
State Bar No. 10537300

Lisa Crouch
State Bar No. 06571040

Attorneys for Defendant, HARTFORD FIRE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing, Defendant Hartford Fire Insurance Company's Joint Motion to Extend the time for Filing a Joint Pre-Trial Order, has been served on the 24th day of March, 2005, to all attorneys of record by placing same in a post office or official depository under the care and custody of the United States Postal Service, via personal delivery as follows:

<u>VIA CMRRR - #7003 2260 0000 0437 7849:</u>

Hugo Xavier De Los Santos
Attorney at Law
6800 Park Ten Blvd., Ste. 123-N
San Antonio, Texas 78213

_____
Anthony B. James