(03-316)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PEARL DYANE VILLARREAL §
§
§
VS. § Civil Action No. B-03-205
§
§
HARTFORD FIRE INSURANCE COMPANY §

ORDER GRANTING MOTION TO EXTEND THE TIME
FOR FILING A JOINT PRE-TRIAL ORDER

The Court has considered and hereby grants the Agreed Motion to Extend the time for Filing a Joint Pre-Trial Order. The Joint Pre-Trial Order is now due on ____ Day of _____, 2005.

SIGNED on this the ____ day of _____, 2005 in Brownsville, Texas.

Andrew S. Hanen
UNITED STATES DISTRICT JUDGE

xc:
Hugo Xavier De Los Santos, Attorney at Law, 900 Vance Jackson Road, San Antonio, Texas 78201.
Lisa M. Crouch and Anthony B. James, P.O. Box 534329, Harlingen, Texas 78553