United States District Court
Southern District of Texas
ENTERED

MAR 2 9 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEARL DYANE VILLARREAL | § § | |
| V. | § § | CIVIL NO. B-03-205 |
| HARTFORD FIRE INSURANCE CO. | § | |

# ORDER

This court has considered the Joint Motion to Extend the Time for Filing a Joint Pre-Trial Order. IT IS HEREBY ORDERED that said motion [Docket No. 24] is hereby denied.

Signed this 29th day of March, 2005.

_____
Andrew S. Hanen
United States District Judge