(2003-316)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAR 3 0 2005

Michael N. Milby
Clerk of District Court
Southern District of Texas
FILED

MAR 3 0 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| PEARL DYANE VILLARREAL § § § | |
| VS. § | Civil Action No. B-03-205 |
| § § § | |
| HARTFORD FIRE INSURANCE COMPANY § | |

## JOINT FIRST MOTION FOR CONTINUANCE

TO THE HONORABLE DISTRICT JUDGE HANEN:

COMES NOW, PEARL DYANE VILLARREAL, Plaintiff, and HARTFORD FIRE INSURANCE COMPANY, Defendant in the above styled and numbered cause and file this Joint First Motion for Continuance and in support thereof would respectfully show unto the Honorable Court as follows:

I.

This case is presently set for jury selection on April 7, 2005. The parties respectfully request jury selection be continued for thirty days. A short continuance is requested in order for the parties to mediate this case. In the event this case is not resolved at mediation, a short continuance is needed in order for the parties to complete discovery.

II.

The parties are scheduled to mediate this case on April 6, 2005 before retired Judge Gallardo in San Antonio, Texas. Counsel for both parties believe this case will be resolved at mediation.

III.

The parties previously attempted to mediate this case on January 20, 2005; however,

mediation was cancelled due to conflict that arose in the schedule of Plaintiff's counsel. Since mediation has been pending, the parties have essentially stayed this case to prevent both sides from incurring additional attorney fees, costs and expenses. Therefore, if this case is not resolved, additional time is needed to complete discovery.

IV.

The parties agree to notify this court within twenty four hours of mediation and report on the outcome of mediation.

Conclusion

For the above reasons, PEARL DYANE VILLARREAL, Plaintiff, and HARTFORD FIRE INSURANCE COMPANY, Defendant respectfully pray that this Honorable Court grant this Joint Motion for Continuance, and for such other and further relief, to which the parties might show themselves justly entitled to receive.

Respectfully submitted,

HUGO XAVIER DE LOS SANTOS
Attorney At Law
900 Vance Jackson Road
San Antonio, Texas 78201
(210) 736-4227
(210) 737-1506 Facsimile

Hugo Xavier de los Santos
State Bar No. 05653300
Federal I.D. No. 11259

Attorney for Plaintiff,
Pearl Dyane Villarreal

HODGE, JAMES & GARZA, L.L.P.
Attorneys and Counselor at Law
P.O. Box 534329 (78553)
115 East Van Buren Street
Suite 300, Third Floor
Harlingen, Texas 78550
Telephone: (956) 425-7400
Facsimile: (956) 425-7707

_____
Anthony B. James
State Bar No. 10537300
Federal I.D. 3785

Lisa Crouch
State Bar No. 06571040
Federal I.D. 15307

Attorneys for Defendant, HARTFORD FIRE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing, Joint Motion for Continuance, has been served on the 30th day of March, 2005, to all attorneys of record by placing same in a post office or official depository under the care and custody of the United States Postal Service, via personal delivery as follows:

VIA CMRRR - #7003 2260 0000 0437 7863

Hugo Xavier de los Santos
Attorney At Law
900 Vance Jackson Road
San Antonio, Texas 78201

_____
Lisa M. Crouch

| | | |
|---|---|---|
| STATE OF TEXAS | § | |
| | § | **AFFIDAVIT** |
| COUNTY OF CAMERON | § | |

BEFORE ME, the undersigned Notary Public in and for the State of Texas, on this day personally appeared Lisa M. Crouch, known to me to be the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath stated as follows:

"My name is Lisa M. Crouch. I am over the age of eighteen years, have personal knowledge of, and I am competent to testify to the facts set forth herein.

1. I have read the above and foregoing Joint First Motion for Continuance and the facts set forth therein are true and correct."

_____
**Lisa M. Crouch**

SWORN TO AND SUBSCRIBED before me, the undersigned authority, by the said Lisa M. Crouch on this the 30th day of March, 2005, to certify which witness my hand and seal of office.



Evelyn C. Rogers
Notary Public, State of Texas
My Commission Expires
10-30-2007

_____
Notary Public in and for
The State of Texas
My Commission Expires 10/30/07

STATE OF TEXAS §
 § **AFFIDAVIT**
COUNTY OF Bexar §
 §

BEFORE ME, the undersigned Notary Public in and for the State of Texas, on this day personally appeared Hugo Xavier de los Santos, known to me to be the person whose name is subscribed hereto, who being first duly sworn in the manner provided by law, on oath stated as follows:

"My name is Hugo Xavier de los Santos. I am over the age of eighteen years, have personal knowledge of, and I am competent to testify to the facts set forth herein.

2. I have read the above and foregoing Joint First Motion for Continuance and the facts set forth therein are true and correct."

_____
Hugo Xavier de los Santos

SWORN TO AND SUBSCRIBED before me, the undersigned authority, by the said Hugo Xavier de los Santos on this the 30th day of March, 2005, to certify which witness my hand and seal of office.



_____
Notary Public in and for
The State of Texas
My Commission Expires 5/21/06

JOINT MOTION FOR CONTINUANCE/2003-316               Page 6