(2003-316)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEARL DYANE VILLARREAL | § | |
| | § | |
| | § | |
| VS. | § | Civil Action No. B-03-205 |
| | § | |
| | § | |
| HARTFORD FIRE INSURANCE COMPANY | § | |

ORDER SETTING HEARING

IT IS ORDERED that a hearing on the First Joint First Motion for Continuance, is set for

_____ o'clock ____.m on the _____ day of _____, 2005 in the

United States District Court, Southern District of Texas Brownsville, Division.

SIGNED on this _____ day of _____, 2005 in McAllen, Texas.

                                                     _____
                                                   Andrew S. Hanen
                                                   UNITED STATES DISTRICT JUDGE

**Copies to:**

Hugo Xavier de los Santos, Attorney at Law, 900 Vance Jackson Road, San Antonio, Texas 78201.
Lisa M. Crouch and Anthony B. James, P.O. Box 534329, Harlingen, Texas 78553.