(2003-316)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEARL DYANE VILLARREAL | § § § | |
| VS. | § § | Civil Action No. B-03-205 |
| HARTFORD FIRE INSURANCE COMPANY | § § § | |

## ORDER GRANTING

The Court has considered the Joint First Motion for Continuance filed by the parties in the above case. The Court hereby grants the Joint First Motion for Continuance. The present April 7, 2005 trial setting is hereby continued for thirty days. Counsel are ordered to contact my office within twenty four hours after the April 6, 2005 mediation to advise of the outcome of mediation. If this case is not resolved at mediation on April 6, 2005, the parties will be advised of the new date for jury selection and trial upon contacting to report on the outcome of mediation.

Signed on this _____ day of April, 2005 at Brownsville, Texas.



Andrew S. Hanen
UNITED STATES DISTRICT JUDGE

**Copies to:**

Hugo Xavier de los Santos, Attorney at Law, 900 Vance Jackson Road, San Antonio, Texas 78201.
Lisa M. Crouch and Anthony B. James, P.O. Box 534329, Harlingen, Texas 78553