United States District Court
Southern District of Texas
ENTERED

APR 0 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEARL DYANE VILLARREAL | § | |
| | § | |
| VS. | § | CA B-03-205 |
| | § | |
| HARTFORD FIRE INSURANCE CO. | § | |

## ORDER

The Court has considered the Joint First Motion for Continuance filed by the parties in the above case. The Court hereby grants the Joint First Motion for Continuance. The present April 7, 2005 trial setting is hereby continued. Final Pretrial Conference will be held at 1:30 p.m. on May 10, 2005. Jury Selection will be on May 12, 2005. The joint pretrial order is due on April 15, 2005. The pretrial conference set for April 5, 2005 and jury selection for April 7, 2005 are canceled. Counsel are ordered to contact the Court's Case Manager within twenty-four hours after the April 6, 2005 mediation to advise the Court of the outcome of mediation. If settled at mediation, the final judgment and any other necessary settlement documents must be filed by May 6, 2005.

Signed this 31st day of May, 2005.

_____
Andrew S. Hanen
United States District Judge