United States District Court
Southern District of Texas
FIL
APR 1 1 2005
Michael N. Milby
Clerk of Court

(03-316)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEARL DYANE VILLARREAL | § § § | |
| VS. | § § § | Civil Action No. B-03-205 |
| HARTFORD FIRE INSURANCE COMPANY | § | |

### NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Please be advised that the parties settled the above case at mediation on April 6, 2005.

The parties will file all dismissal documents within the next thirty (30) days.

HODGE, JAMES & GARZA, L.L.P.
Attorneys and Counselors at Law
P.O. Box 534329 (78553)
134 East Van Buren Street
Third Floor, Suite 310
Harlingen, Texas 78550
Telephone: (956) 425-7400
Facsimile:  (956) 425-7707

_____
Anthony B. James
State Bar No. 10537300
Federal I.D. No. 3785

Lisa M. Crouch
State Bar No. 06571040
Federal I.D. No. 15307

Attorneys for Defendant

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing, Notice of Settlement has been served on the 7th day of April, 2005, to all attorneys of record by placing same in a post office or official depository under the care and custody of the United States Postal Service, via personal delivery as follows:

<u>CMRRR# 7003 2260 0000 0437 7955</u>
Mr. Hugo Xavier De Los Santos
Attorney at Law
900 Vance Jackson Road
San Antonio, Texas 78201

 

*Lisa Crouch* (signature)
_____
Lisa M. Crouch