United States District Court
Southern District of Texas
ENTERED

APR 1 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
–BROWNSVILLE DIVISION–

| | | |
|---|---|---|
| PEARL DYANE VILLARREAL,<br>Plaintiff, | § § § | |
| V. | § | CIVIL NO. B–03-205 |
| HARTFORD FIRE INSURANCE CO.,<br>Defendant. | § § § § | |

## ORDER

In light of the fact that the parties have advised the Court that they have reached a settlement (Docket No. 28), all pending motions (Docket Nos. 18 & 19) are hereby **DENIED as moot**.

Signed in Brownsville, Texas this 15th day of April, 2005.

Andrew S. Hanen
United States District Judge