United States District Court
Southern District of Texas
FILED

MAY 1 7 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEARL DYANE VILLARREAL,<br>Plaintiff | § | Civil Action |
| v. | § | No. B-03-205 |
| HARTFORD FIRE INSURANCE COMPANY,<br>Defendant | § | |

## PLAINTIFF'S ADVISORY OF CASE SETTLEMENT

**TO THE HONORABLE ANDREW S. HANEN, U.S. DISTRICT JUDGE:**

Now comes, Plaintiff PEARL DYANE VILLARREAL, and submits this advisory to the Court, and Plaintiff would respectfully show as follows:

1. On April 6, 2005, a mediation conference was held in this case.

2. The mediation was successful. A settlement was reached by and between the parties to this case whereby all issues and matters of controversy were compromised and settled. A written agreement was reached. Thus, it is not necessary for the court to hold a trial in this case. Accordingly, the parties request leave of court to dispense with the necessity of a pre-trial order, pre-trial conference and jury selection in this case.

3. Plaintiffs anticipate that pursuant to the settlement agreement reached at the mediation on April 6, 2005, an agreed motion and order of dismissal should be submitted to the court by May 10, 2005, disposing of this action.

PLAINTIFF'S ADVISORY                                          Case No. B-03-205

Respectfully submitted,

*HUGO XAVIER DE LOS SANTOS*
*Attorney at Law*

By: *[signature]*                                             Date: April 8, 2005
    HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.
    Texas Bar Identification #05653300

900 Vance Jackson Road
San Antonio, Texas 78201
(210) 736-4227    FAX# (210) 737-1556

Attorney for PEARL DYANE VILLARREAL, Plaintiff

PLAINTIFF'S ADVISORY                                   Case No. B-03-205

## CERTIFICATE OF SERVICE

    I, HUGO XAVIER DE LOS SANTOS, ESQ., attorney for PEARL DYANE VILLARREAL, Plaintiff, hereby certify that I served all other parties in this action with a correct copy of PLAINTIFF'S ADVISORY OF CASE SETTLEMENT in a manner consistent with the FED.R.CIV.P. on April 8, 2005.

    *HARTFORD FIRE INSURANCE COMPANY, Defendant*

    c/o Mr. Anthony B. James, Esq.
    Hodge, James & Garza, LLP
    134 E. Van Buren St., Suite 310
    Harlingen, Texas 78550

    *Method*:    Telephonic Document Transfer
                  To (956) 425-7707

*HUGO XAVIER DE LOS SANTOS*
*Attorney at Law*

By: _____
    HUGO XAVIER DE LOS SANTOS, ESQ., C.P.A.
    Texas Bar Identification #05653300
900 Vance Jackson Road
San Antonio, Texas 78201
(210) 736-4227    FAX# (210) 737-1556

Attorney for PEARL DYANE VILLARREAL, Plaintiff

*******************************************************************