IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 3 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PEARL DYANE VILLARREAL | § § § | |
| VS. | § § § | Civil Action No. B-03-205 |
| HARTFORD FIRE INSURANCE COMPANY | § | |

**DEFENDANT'S MOTION TO COMPEL
EXECUTED SETTLEMENT AGREEMENT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Hartford Fire Insurance Company (hereinafter Hartford) files this Motion to Compel Executed Settlement Agreement and would respectfully state:

**I.**

1. On April 6, 2005, the parties mediated this case and reached a settlement. A copy of the mediation agreement is attached as Exhibit A.

2. On April 13, 2005, Hartford sent via federal express two checks totaling $36,000 plus the Compromise Settlement Agreement and Release and the Agreed Rule 41 Dismissal by Stipulation. A copy of the transmittal letter is attached as Exhibit "B". A copy of the Compromise Settlement Agreement and Release is attached as Exhibit "C".

3. On April 19, 2005, Hartford forwarded to Hugo de los Santos via Certified mail return receipt requested the final $5,000.00. A copy of the transmittal letter is attached as Exhibit "D".

4. On June 15, 2005, Hartford forwarded a letter to Hugo Xavier de los Santos requesting he forward the executed settlement by June 20, 2005. A copy of the letter is attached as Exhibit "E".

5. On August 24, 2005, Defendant again wrote to Hugo Xavier de los Santos and gave him until September 2, 2005 to produce the executed settlement agreement or Defendant would seek relief from this Court. A copy of the letter and fax confirmation is attached as Exhibit "F".

6. On September 8, 2005, Hartford forwarded another letter to Hugo Xavier de los Santos requesting the settlement documents and attaching another copy of the release. A copy of the letter is attached as Exhibit "G".

7. Plaintiff has refused to execute the Compromise Settlement Agreement and Release. Defendant is unable to close out Defendant's file. Defendant forwarded Plaintiff all settlement funds in April of 2005. Plaintiff refuses to execute and return the Compromise Settlement Agreement and Release.

8. Defendant requests this Court order Plaintiff to execute the Compromise Settlement Agreement and Release. A copy of which is attached to this motion as Exhibit "C".

9. Defendant also requests this court sanction Plaintiff and her attorney in the amount of $2,500. This will cover Defendant's time and expenses incurred in obtaining an executed Compromise Settlement Agreement and Release. Defendant further requests any and all other relief to which Defendant may be justly entitled.

Respectfully submitted,

HODGE, JAMES & GARZA, L.L.P.
Attorneys and Counselor at Law
P.O. Box 534329 (78553)
115 East Van Buren Street
Third Floor, Suite 300
Harlingen, Texas 78550
Telephone: (956) 425-7400
Facsimile: (956) 425-7707

_____
Anthony B. James
Federal I.D. No. 3785
State Bar No. 10537300

Lisa M. Crouch
Federal I.D. No. 15307
State Bar No. 06571040

Attorneys for Defendant,
HARTFORD FIRE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing, Defendant's Motion to Compel Executed Settlement Agreement, has been served on the 22nd day of September, 2005, to all attorneys of record by placing same in a post office or official depository under the care and custody of the United States Postal Service, via personal delivery as follows:

<u>CMRRR# 7003 2260 0000 0438 0764</u>
Mr. Hugo Xavier De Los Santos
Attorney at Law
900 Vance Jackson Road
San Antonio, Texas 78201

_____
Lisa M. Crouch