# EXHIBIT "A"

## MEDIATION AGREEMENT

*Southern District of*
*Brownsville, TX*
*Civil Action No. B 03-205*

CAUSE NO. _____

| | |
|---|---|
| Pearl Dyane Villarreal § | IN THE *UNITED STATES* DISTRICT COURT |
| § | |
| § | |
| VS. § | ___ ~~th JUDICIAL~~ DISTRICT |
| § | |
| Hartford Fire INS. CO. § | *Brownsville Division.* |
| § | ~~COUNTY, TEXAS~~ |
| § | |

## MEDIATION AGREEMENT

The following agreement has been reached by the parties through mediation held

on the __6__ day of __April__, 2005.

__Hartford Fire Ins. CO.__ agrees to pay the sum of __$41,000.⁰⁰__ to
__Pearl Dyane Villarreal__ as full and final settlement of any and all claims
arising from or connected with the dispute between the parties that arose on or about the
__1st__ day of __Jan 2000__, _____. The money is to be paid no later than the
__14__ day of __April__, 2005.

Any terms of this agreement that provide for a party to do anything other than pay
money or dismiss claims and suits are stated here and on such additional sheets as are
attached and signed. If there are attached sheets it will be stated here. There **are (or are
not)** any additional sheets attached to this agreement.

The Plaintiff, _____, agrees to do the following: _____
__Execute settlement Agreement and other__
__documents needed to dismiss case with court.__
__Release all claims. It will satisfy all liens.__

The Respondent, __Hartford Fire In__, agrees to do the following: __issue settlement__
__check, assign any subrogation rights to Plaintiff__

_____.

This settlement is intended to fully, finally and completely resolve any and all
claims that __Pearl Dyane Vill__ has against __Hartford Fire Ins. Co.__
such that all claims and lawsuits that have been filed will be dismissed and cannot be
filed again. No other claims arising from this dispute can be filed in the same court, or
any other court, or with any other agency or record keeping institution. If there are any

issues or claims that have not been resolved by this settlement, such claims will be listed on a separate sheet, signed by all parties, and attached hereto. *TT is releasing all claims including but not limited to contractual a extra contractual*

All of the parties specified above shall be nonsuited or dismissed with prejudice. *arising out*

All releases shall be exchanged and signed by all parties no later than _7_ days *of accident* from the date of ~~this agreement.~~ *the delivery of the settlement check shall Unc in question*

We agree that if there are any disputes or disagreements between these parties on the matters included in this session that arose any time after the mediation session began we will return to mediation to resolve such disputes. We agree to select _Juan Gallardo_ as the mediator.

We agree that this settlement form has been provided as a courtesy by the mediator and it is not intended as legal advice. It is the obligation of the parties and the attorneys to ensure that all language necessary to effectuate their agreement is included here. It is agreed that the mediator has functioned as a neutral facilitator and has not functioned as an attorney, or agent for any party.

It is agreed by the parties and their attorneys that they expressly waive any claims of negligence against the mediator arising from the mediator's participation in this mediation process, providing this blank form agreement, and the specific details of this settlement.

**THIS AGREEMENT IS NOT SUBJECT TO REVOCATION. ANY PARTY TO THIS AGREEMENT IS ENTITLED TO JUDGMENT ON THIS MEDIATED SETTLEMENT AGREEMENT.**

**WE ACCEPT THAT THIS MEDIATION WAS CONDUCTED IN ACCORDANCE WITH THE TEXAS CIVIL PRACTICES AND REMEDIES CODE AND APPLICABLE STATUTES.**

**THE MEDIATOR RECORDED THIS AGREEMENT AT THE REQUEST OF THE PEOPLE WHOSE SIGNATURES APPEAR BELOW. WE HAVE PARTICIPATED IN REACHING THIS SETTLEMENT AND THE TERMS OF THIS AGREEMENT VOLUNTARILY. WE ACKNOWLEDGE THAT THIS AGREEMENET IS CONFIDENTIAL. ALL RECORDS, REPORTS, OR OTHER DOCUMENTS RECEIVED BY THE MEDIATOR ARE CONFIDENTIAL AND WILL BE DESTROYED FOLLOWING THIS MEDIATION.**

**WE AGREE THAT ANY PARTY VIOLATING THE CONFIDENTIALITY OF THE LAW OR OF THIS AGREEMENT MAY BE REQUIRED TO PAY ALL FEES AND EXPENSES OF THE MEDIATOR, INCLUDING ATTORNEY FEES, INCURRED IN OPOSING THAT PARTY'S EFFORTS TO COMPEL TESTIMONY OR PRODUCTION OF RECORDS OR DISCUSSIONS MADE TO**

**THE MEDIATOR OR IN CONNECTION WITH THE MEDIATOR'S EFFORTS TO RESOLVE THIS DISPUTE.**

*π Atty agrees this Mediation agreement is binding on Plaintiff. π Atty has authority to sign this agreement on behalf of π.*

AGREED to and SIGNED this _6_ day of _april_, 2005.

_____    _Michael Porter_
Plaintiff                    Defendant

_____    _____
Attorney for Plaintiff       Attorney for Defendant

TAX ID # _74-2359760_