# EXHIBIT "B"

## APRIL 13, 2005 LETTER

# HODGE, JAMES & GARZA, LL

**Attorneys and Counselors at Law**

Bruce W. Hodge
Anthony B. James
Francisco J. Garza

Lorraine Orozco
Lisa M. Crouch
Rodolfo "Rudy" Canché, Jr
Daniel A. Torres

PO Box 534329, Harlingen, Texas 78553
115 East Van Buren Ave., Ste 300, 3rd Floor
Harlingen, Texas 78550
(956) 425-7400
fax (956) 425-7707
e-mail info@hodgejames.com
web-site www.hodgejames.com

Villa De Fuente
1138 E Expressway 83, Suite C
Pharr, Texas 78577
(956) 781-1159

1002 East Taylor Street
Brownsville, Texas 78520
(956) 554-7599

April 13, 2005

Mr. Hugo Xavier de los Santos
Attorney at Law
900 Vance Jackson Road
San Antonio, Texas 78201

**VIA FED-EX**

RE:   Civil Action No. B-03-205
      Pearl Dyane Villarreal vs. Hartford Fire Insurance Company
      In the United States Southern District, Southern District of Texas, Brownsville Division
      Our File No.: 2003-316

Dear Mr. de los Santos:

In connection with the above referenced matter, enclosed please find the following:

1. Confidential Compromise Settlement Agreement and Release; and
2. Agreed Rule 41 Dismissal by Stipulation;
3. Settlement checks in the amount of $35,000.00 and $1,000.00.

Once you and your client have executed the above please forward to my office so we may file same for the Court's entry. Please put the check in your trust account and do not disperse to Plaintiff until the Release, Motion and Order of Dismissal have been signed and returned to me and all healthcare providers and/or liens have been paid in accordance with the Confidential Compromise Settlement and Release.

The remaining $5,000.00 is on its way. If you have any questions please call me.

Sincerely,

Lisa M. Crouch

LMC/sh
enclosures