# EXHIBIT "C"
## COMPROMISE SETTLEMENT AGREEMENT AND RELEASE

Case 1:03-cv-00205   Document 31-4   Filed in TXSD on 09/23/2005   Page 1 of 4

# CONFIDENTIAL COMPROMISE SETTLEMENT AGREEMENT AND RELEASE

The "Parties" to this Compromise Settlement Agreement and Release ("Agreement") are as follows: Pearl Dyane Villarreal and Hartford Fire Insurance Company. The parties agree as follows:

## Section I - - Benefits

(a) **Compromise and Settlement:** The parties acknowledge and agree that this Compromise Settlement Agreement and Release is reached for the purpose of compromising and settling all disputed claims between the Parties arising out of the Incident in Question, and to settle and agree to the dismissal with prejudice of the Litigation in Question as between the parties to this Agreement. Nothing contained herein shall be construed as an admission of liability by any Party, all liability being expressly denied by Hartford Fire Insurance Company.

(b) **Litigation in Question:** The Litigation in Question is: Civil Action B-03-205 styled Pearl Dyane Villarreal v. Hartford Fire Insurance Company, In the United States District Court, Southern District of Texas, Brownsville Division. On or about January 1, 2000, Plaintiff was a passenger in a single vehicle accident. The driver and owner of the vehicle were uninsured. Plaintiff filed a claim under her father's insurance policy with Hartford Fire Insurance Company. Hartford issued a check to Plaintiff in accordance with the documentation and claim for PIP benefits made by Plaintiff. A dispute arose regarding Plaintiff's claim for additional damages. Plaintiff filed suit asserting contractual and extra-contractual claims. Defendant denies all claims asserted by Plaintiff and states it is not liable to Plaintiff.

(c) **Sufficiency of Consideration:** Pearl Dyane Villarreal acknowledges and agrees that the sums and benefits to be provided to her under the terms of this Agreement are significant and sufficient to support this Agreement.

(d) **Cash Payment:** Hartford Fire Insurance Company shall issue three checks totaling Forty-One Thousand Dollars ($41,000.00) made payable to Pearl Dyane Villarreal and her attorney of record. The previously issued check for PIP benefits issued to Plaintiff prior to the filing of this lawsuit shall be voided.

## Section 2 - - Complete Release

(a) **In General:** In exchange for full performance by Hartford Fire Insurance Company, Pearl Dyane Villarreal agrees to irrevocably and uncondtionally release any and all claims that pertain to the Incident in Question and subsequent handling of her claim against Hartford Fire Insurance Company.

(b) **Released Parties:** The "Released Parties" are Hartford Fire Insurance Company, together with all related companies, partnerships, or joint ventures, and, with respect to each of the Released Parties, their insurers, predecessors and successors; and, with respect to each such entity or individual, all of their past and present employees, adjusters, claim managers, claim handlers, officers, directors, stockholders, owners, representatives, assigns, attorneys, agents, and any other persons acting by, through, and under or in concert with any of the persons or entities listed in this subsection.

(c) **Release and Discharge:** In consideration of full performance by Hartford Fire Insurance Company of the covenants and promises herein contained, Pearl Dyane Villarreal,

hereby releases and discharges any and all claims, known or unknown, which she may have against, Hartford Fire Insurance Company, pending in Civil Action No.: B-03-205 and those arising at any time from occurrences prior to and including the date of this instrument, to the extent they arise in whole or in part from or pertain to the Litigation in Question or claims asserted therein.

The above consideration is paid for the full release and discharge of any and all claims for past and future damages, including but not limited to, contractual and extra contractual claims, any claim pertaining to or for contribution and/or indemnification, economic damages, property damages, attorneys' fees, legal and business expenses, damages for any violation of any state or federal statutes including but not limited to any violation of the Texas Insurance Code ( including but not limited to 21.21 or 21.55) or the Texas Deceptive Trade Practices Act, breach of contract claims, breach of any common law duty of good faith and fair dealing, any claim for common law bad faith, damage to credit or reputation, past and future lost wages, medical expenses, negligence claims and intentional tort claims together with any and all claims for interest, damages and exemplary damages, relating in whole or part to the Litigation in Question or claims asserted therein. Plaintiff specifically agrees to satisfy all medical liens or other liens related to the underlying accident out of the settlement proceeds.

**(d)** Defendant Hartford Fire Insurance Company agrees to assign to Pearl Dyane Villarreal any subrogation claim it may have against the driver or owner of the vehicle involved in the underlying accident. In accordance with such assignment, Hartford Fire Insurance Company does not retain any interest or share in any subrogation recovery obtained by or on behalf of Pearl Dyane Villarreal. Further, Hartford Fire Insurance will not pursue such subrogation claim for Pearl Dyane Villarreal. Rather, Pearl Dyane Villarreal shall be entitled to pursue any such subrogation claim at her own expense.

**Section 3-Promises**

**(a)** **Dismissal of Claims:** Pearl Dyane Villarreal, further agrees to use her best effort to cause the withdrawal or dismissal with prejudice of any claim she has asserted against Hartford Fire Insurance Company in Civil Action No. B-03-205, In the United States District Court, Southern District of Texas, Brownsville Division. Further, such dismissal shall provide that court costs expended therein shall be taxed against the party incurring same.

**(b)** **Taxes:** Pearl Dyane Villarreal, agrees and acknowledges she is responsible for paying any federal, state or local taxes, if any, on amounts which she receives because of signing this Compromise Settlement Agreement and Release.

**(c)** **Ownership of Claims:** Pearl Dyane Villarreal, represents that she has not assigned or transferred any Claim herein released, nor has she purported to do so.

**(d)** **Non-Admission of Liability:** Pearl Dyane Villarreal, agrees not to assert that this Release is an admission of guilt or wrongdoing by any Released Party, and acknowledges that the Released Parties deny any liability or that they have engaged in wrongdoing of any kind or nature.

**(e)** **Implementation:** Pearl Dyane Villarreal, agrees to sign any documents and such other documents/instruments as necessary in the future to implement this Agreement. Additionally, any documents pertaining to the assignment of any subrogation claim or the pursuit of any subrogation claim shall be prepared by Pearl Dyane Villarreal and at the sole cost, expense and direction of Pearl Dyane Villarreal.

**Section 4 - - Miscellaneous**

    **(a)**     **Entire Agreement:** This is the entire Agreement between Pearl Dyane Villarreal and Hartford Fire Insurance Company. This Agreement may not be modified or canceled in any manner except by a writing signed by all parties. All parties acknowledge that no representations or promises have been made other than those in this Agreement. If any provision in this Agreement is found to be unenforceable, all other provisions will remain fully enforceable.

    **(b)**     **Successors:** This Agreement binds all representatives, successors, and assigns, of Pearl Dyane Villarreal, and will inure to the benefit of all Released Parties and their respective representatives, successors, and assigns.

    **(c)**     **Interpretation:** This Agreement shall be construed as a whole according to its fair meaning. It shall not be construed strictly for or against either party to this Agreement. Unless the context indicates otherwise, the singular or plural number shall be deemed to include the other. Captions are intended solely for convenience or reference and shall not be used in the interpretation of this Agreement. This Agreement shall be governed by the statutes and common law of the State of Texas. Venue for any disputes shall be in the U.S. District Court for the Southern District of Texas, Brownsville, Texas Division.

    **(d)**     **Effective Date:** This Agreement shall be effective on the date it is signed by Pearl Dyane Villarreal.

    **(e)**   **Confidential:** The parties agree this Agreement is confidential and shall not be disclosed unless in connection with preparation of taxes or by court order or upon proper request by a regulatory or government agency.

    Executed on this _____ day of April, 2005.

                                By:_____
                                        Pearl Dyane Villarreal

    SWORN TO AN SUBSCRIBED before me, the undersigned authority, by the said _____ on this the _____ day of April, 2005, to certify which witness my hand and seal of office.

                                _____
                                Notary Public in and for
                                The State of Texas
                                My Commission Expires: _____