# EXHIBIT "D"
## APRIL 19, 2005 LETTER

## HODGE, JAMES & GARZA, LLP
**Attorneys and Counselors at Law**

| | | |
|---|---|---|
| Bruce W. Hodge<br>Anthony B. James<br>Francisco J. Garza<br>———<br>Lorraine Orozco<br>Lisa M. Crouch<br>Rodolfo "Rudy" Canché, Jr<br>Daniel A. Torres | PO Box 534329, Harlingen, Texas 78553<br>115 East Van Buren Ave., Ste. 300, 3rd Floor<br>Harlingen, Texas 78550<br>(956) 425-7400<br>fax (956) 425-7707<br>e-mail. info@hodgejames.com<br>web-site. www.hodgejames.com | Villa De Fuente<br>1138 E Expressway 83, Suite C<br>Pharr, Texas 78577<br>(956) 781-1159<br><br>1002 East Taylor Street<br>Brownsville, Texas 78520<br>(956) 554-7599 |

April 19, 2005

Mr. Hugo Xavier de los Santos  
Attorney at Law  
900 Vance Jackson Road  
San Antonio, Texas 78201

<u>VIA CMRRR# 7003 2260 0000 0438 0283</u>

    RE:    Civil Action No. B-03-205  
              Pearl Dyane Villarreal vs. Hartford Fire Insurance Company  
              In the United States Southern District, Southern District of Texas, Brownsville Division  
              Our File No.: 2003-316

Dear Mr. de los Santos:

    In connection with the above referenced matter, enclosed please find the final settlement check in the amount of $5,000.00.

    If you have any questions please call me.

                            Sincerely,

                            Lisa M. Crouch

LMC/sh  
enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Hugo Xavier De Los Santos
   Attorney at Law
   900 Vance Jackson Road
   San Antonio, Texas 78201

   LMC-SH/2003-316/04-19-05

2. Article Number
   (Transfer from service label)

   7003 2260 0000 0438 0283

PS Form 3811, August 2001       Domestic Return Receipt       102595-

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  CBarbosa                    ☐ Agent
                                  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   J Barbosa                      4-21-0

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

SAN ANTONIO, TX 78201  OFFICIAL USE

| | |
|---|---|
| Postage | $ 0.37 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

UNIT ID: 0077
Postmark Here
Clerk: KMB6V5
04/19/05

LMCSH 03-316

Sent To: Hugo Xavier de los Santos
Street, Apt. No.; or PO Box No.: 900 Vance Jackson Road
City, State, ZIP+4: San Antonio Tx 78201

7003 2260 0000 0438 0283

PS Form 3800, June 2002        See Reverse for Instructions