# EXHIBIT "E"
## JUNE 15, 2005 LETTER

## HODGE, JAMES & GARZA, LLP
Attorneys and Counselors at Law

Bruce W Hodge
Anthony B James
Francisco J. Garza
———
Lorraine Orozco
Lisa M Crouch
Rodolfo "Rudy" Canché, Jr.

PO Box 534329, Harlingen, Texas 78553
115 East Van Buren, Suite 300, Third Floor
Harlingen, Texas 78550
(956)425-7400
fax (956)425-7707
e-mail: info@hodgejames.com
web-site: www.hodgejames.com

Villa De Fuente
1138 E. Expressway 83, Ste. C
Pharr, Texas 78577
(956)781-1159

1002 East Taylor Street
Brownsville, Texas 78520
(956)554-7599

June 15, 2005

Mr. Hugo Xavier de los Santos
Attorney at Law
900 Vance Jackson Road
San Antonio, Texas 78201

  RE: Civil Action No. B-03-205
     Pearl Dyane Villarreal vs. Hartford Fire Insurance Company
     In the United States Southern District, Southern District of Texas, Brownsville
     Division
     Our File No.: 2003-316

Dear Hugo:

  On April 13, 2005, we sent you the settlement release and Agreed Rule 41 Dismissal by Stipulation regarding the above case. We have yet to receive the settlement docs and Dismissal. Please forward the above documents by June 20, 2005 or we will pursue other relief from the federal court.

  If you have any questions please call me.

            Sincerely,

            Lisa M. Crouch

LMC/sh

## HODGE, JAMES & GARZA, LLP
Attorneys and Counselors at Law

| | PO Box 534329, Harlingen, Texas 78553 | |
|---|---|---|
| Bruce W. Hodge | 115 East Van Buren, Suite 300, Third Floor | Villa De Fuente |
| Anthony B. James | Harlingen, Texas 78550 | 1138 E. Expressway 83, Ste. C |
| Francisco J. Garza | (956)425-7400 | Pharr, Texas 78577 |
| _____ | fax (956)425-7707 | (956)781-1159 |
| Lorraine Orozco | e-mail: info@hodgejames.com | |
| Lisa M. Crouch | web-site: www.hodgejames.com | 1002 East Taylor Street |
| Rodolfo "Rudy" Canché, Jr. | | Brownsville, Texas 78520 |
| | | (956)554-7599 |

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO:    (210) 737-1556

To:        Hugo Xavier de los Santos

From:      Lisa M. Crouch

Re:        *Pearl Dyane Villarreal vs. Hartford Fire Insurance Company*

Our File No.:  2003-316

Date:      June 15, 2005

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| **Correspondence re: Settlement docs** | 2 |

### CONFIDENTIALITY NOTICE

This transmission and all documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege. The information is intended only for the use of the person(s) to whom it is sent (as noted above). **IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, PLEASE BE ADVISED THAT ANY DISCLOSURE OF THE CONTENTS OF THIS TRANSMISSION OF THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THE TRANSMISSION IS STRICTLY PROHIBITED.** Please call us (collect if necessary) to arrange for the return of any documents accompanying this transmission. Thank you.

*INCLUDING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (956)425-7400-Sandra H.

```
************************************************************************
*                          TRANSACTION REPORT                          *
*                                               JUN-15-2005 WED 02:11 PM *
*                                                                      *
*   FOR:  HODGE, JAMES & GARZA LLP    9564257707                       *
*----------------------------------------------------------------------*
*   SEND                                                               *
*   DATE  START      RECEIVER      TX TIME(L) PAGES TYPE   NOTE    M# DP*
*                                                                      *
*   JUN-15 02:10 PM 12107371556      53"(1)    2   FAX TX   OK      465 *
*----------------------------------------------------------------------*
*                                 TOTAL :       53S PAGES:  2          *
*                                                                      *
************************************************************************
```

## HODGE, JAMES & GARZA, LLP
Attorneys and Counselors at Law

| | | |
|---|---|---|
| Bruce W Hodge<br>Anthony B. James<br>Francisco J. Garza<br>———<br>Lorraine Orozco<br>Lisa M Crouch<br>Rodolfo "Rudy" Canché, Jr | PO Box 534329, Harlingen, Texas 78553<br>115 East Van Buren, Suite 300, Third Floor<br>Harlingen, Texas 78550<br>(956)425-7400<br>fax (956)425-7707<br>e-mail: info@hodgejames.com<br>web-site: www.hodgejames.com | Villa De Fuente<br>1138 E. Expressway 83, Ste. C<br>Pharr, Texas 78577<br>(956)781-1159<br>1002 East Taylor Street<br>Brownsville, Texas 78520<br>(956)554-7599 |

### FAX COVER SHEET

FAX NUMBER TRANSMITTED TO:   (210) 737-1556

To:     Hugo Xavier de los Santos

From:   Lisa M. Crouch

Re:     *Pearl Dyane Villarreal vs. Hartford Fire Insurance Company*

Our File No.:  2003-316

Date:   June 15, 2005

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Correspondence re: Settlement docs | 2 |

#### CONFIDENTIALITY NOTICE

This transmission and all documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege. The information is intended only for the use of the person(s) to whom it is sent (as noted above). **IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, PLEASE BE ADVISED THAT ANY DISCLOSURE OF THE CONTENTS OF THIS TRANSMISSION OF THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THE TRANSMISSION IS STRICTLY PROHIBITED.** Please call us (collect if necessary) to arrange for the return of any documents accompanying this transmission. Thank you.

*INCLUDING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (956)425-7400-Sandra H.