# EXHIBIT "F"

## AUGUST 24, 2005 LETTER

**Sandra Hernandez**                                                        03-316

| | |
|---|---|
| **From:** | "Sandra Hernandez" <shernandez@hodgejames.com> |
| **To:** | <hxdlsatty@aol.com> |
| **Sent:** | Wednesday, August 24, 2005 10:07 AM |
| **Subject:** | Pearl Dyane Villarreal v. Hartford Ins Co. |

Dear Mr. De Los Santos:

This will confirm our telephone conversation of this morning wherein you advised you will forward the executed settlement documents to us by September 2, 2005. If we do not receive the documents by that time, we have no choice but to pursue sanctions from the Federal Court and any other appropriate forum. I'm sorry it has come to this, but we have called you repeatedly to obtain the executed release.

Please let us know if you have any questions.

Sincerely,

Lisa M. Crouch
Hodge, James & Garza, LLP
(956) 425-7400

9/8/2005

# HODGE, JAMES & GARZA, LLP

### Attorneys and Counselors at Law

Bruce W. Hodge
Anthony B. James
Francisco J. Garza
—
Lorraine Orozco
Lisa M. Crouch
Rodolfo "Rudy" Canché, Jr.

PO Box 534329, Harlingen, Texas 78553
115 East Van Buren, Suite 300, Third Floor
Harlingen, Texas 78550
(956)425-7400
fax (956)425-7707
e-mail: info@hodgejames.com
web-site: www.hodgejames.com

Villa De Fuente
1138 E. Expressway 83, Ste. C
Pharr, Texas 78577
(956)781-1159

1002 East Taylor Street
Brownsville, Texas 78520
(956)554-7599

# FAX COVER SHEET

**FAX NUMBER TRANSMITTED TO:**        (210) 737-1556

To:        Hugo Xavier de los Santos

From:        Lisa M. Crouch

Re:        *Pearl Dyane Villarreal vs. Hartford Fire Insurance Company*

Our File No.:        2003-316

Date:        August 24, 2005

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
|  |  |

**COMMENTS:**

        THIS IS TO CONFIRM THAT WE HAVE FORWARDED E-MAIL CORRESPONDENCE TO YOUR **HXDLSATTY@AOL.COM** ADDRESS.

### CONFIDENTIALITY NOTICE

This transmission and all documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege. The information is intended only for the use of the person(s) to whom it is sent (as noted above). **IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, PLEASE BE ADVISED THAT ANY DISCLOSURE OF THE CONTENTS OF THIS TRANSMISSION OF THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THE TRANSMISSION IS STRICTLY PROHIBITED.** Please call us (collect if necessary) to arrange for the return of any documents accompanying this transmission. Thank you.

        *INCLUDING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (956)425-7400-Sandra H.

```
**************************************************************************
*                        TRANSACTION REPORT                             *
*                                              AUG-24-2005 WED 10:41 AM  *
*                                                                        *
*        FOR:  HODGE, JAMES & GARZA LLP      9564257707                  *
*                                                                        *
*        SEND                                                            *
*     DATE   START    RECEIVER       TX TIME(L)PAGES TYPE    NOTE   M# DP*
*     AUG-24 10:41 AM 12107371556      27"(1)   1  FAX TX    OK      070 *
*                                                                        *
*                                       TOTAL :    27S  PAGES:  1        *
**************************************************************************
```

## HODGE, JAMES & GARZA, LLP
### Attorneys and Counselors at Law

Bruce W. Hodge
Anthony B. James
Francisco J. Garza

Lorraine Orozco
Lisa M. Crouch
Rodolfo "Rudy" Canché, Jr.

PO Box 534329, Harlingen, Texas 78553
115 East Van Buren, Suite 300, Third Floor
Harlingen, Texas 78550
(956)425-7400
fax (956)425-7707
e-mail: info@hodgejames.com
web-site: www.hodgejames.com

Villa De Fuente
1138 E. Expressway 83, Ste. C
Pharr, Texas 78577
(956)781-1159

1002 East Taylor Street
Brownsville, Texas 78520
(956)554-7599

## FAX COVER SHEET

FAX NUMBER TRANSMITTED TO:     (210) 737-1556

To:        Hugo Xavier de los Santos

From:      Lisa M. Crouch

Re:        *Pearl Dyane Villarreal vs. Hartford Fire Insurance Company*

Our File No.:   2003-316

Date:      August 24, 2005

| DOCUMENTS | NUMBER OF PAGES* |
|-----------|------------------|
|           |                  |

COMMENTS:

   **THIS IS TO CONFIRM THAT WE HAVE FORWARDED E-MAIL CORRESPONDENCE TO YOUR HXDLSATTY@AOL.COM ADDRESS.**

### CONFIDENTIALITY NOTICE

This transmission and all documents accompanying it may contain confidential information belonging to the sender that is protected by the attorney-client privilege. The information is intended only for the use of the person(s) to whom it is sent (as noted above). **IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS TRANSMISSION, PLEASE BE ADVISED THAT ANY DISCLOSURE OF THE CONTENTS OF THIS TRANSMISSION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THE TRANSMISSION IS STRICTLY PROHIBITED.** Please call us (collect if necessary) to arrange for the return of any documents accompanying this transmission. Thank you.

   *INCLUDING COVER SHEET. IF YOU DO NOT RECEIVE **ALL** PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (956)425-7400-Sandra H.