# EXHIBIT "G"
## SEPTEMBER 8, 2005 LETTER

## Sandra Hernandez

03-316

| | |
|---|---|
| **From:** | "Sandra Hernandez" <shernandez@hodgejames.com> |
| **To:** | <hxdlsatty@aol.com> |
| **Sent:** | Thursday, September 08, 2005 4:59 PM |
| **Attach:** | Stipulation.wpd; csr.wpd |
| **Subject:** | Pearl Dyane Villarreal v. Hartford Ins. Co. |

Dear Hugo,

I sent you the Compromise Settlement Agreement and Release, Agreed Rule 41 Dismissal by Stipulation and settlement checks via federal express on April 13, 2005.

An extra copy of the Release is attached to this email.

As far as the dismissal, we filed a notice of settlement. Accordingly, the case is still open and if we do not receive a signed release tomorrow; we will advise the federal court and seek appropriate relief; including attorney fees.

Please let me know if you have any questions. I cannot give you any more extensions. It has been 5 months.

Lisa M. Crouch

Hodge, James & Garza, LLP

(956) 425-7400

9/8/2005

# HODGE, JAMES & GARZA, LLP
## Attorneys and Counselors at Law

Bruce W Hodge
Anthony B. James
Francisco J. Garza
———
Lorraine Orozco
Lisa M. Crouch
Rodolfo "Rudy" Canché, Jr.

PO Box 534329, Harlingen, Texas 78553
115 East Van Buren, Suite 300, Third Floor
Harlingen, Texas 78550
(956)425-7400
fax (956)425-7707
e-mail: info@hodgejames.com
web-site: www.hodgejames.com

Villa De Fuente
1138 E. Expressway 83, Ste. C
Pharr, Texas 78577
(956)781-1159

1002 East Taylor Street
Brownsville, Texas 78520
(956)554-7599

September 8, 2005

Mr. Hugo Xavier de los Santos
Attorney at Law
900 Vance Jackson Road
San Antonio, Texas 78201

**VIA EMAIL**

RE:   Civil Action No. B-03-205
      Pearl Dyane Villarreal vs. Hartford Fire Insurance Company
      In the United States Southern District, Southern District of Texas, Brownsville
      Division
      Our File No.: 2003-316

Dear Hugo:

I sent you the Compromise Settlement Agreement and Release, Agreed Rule 41 Dismissal by Stipulation and settlement checks via federal express on April 13, 2005.

An extra copy of the Release is attached to this email.

As far as the dismissal, we filed a notice of settlement. Accordingly, the case is still open and if we do not receive a signed release tomorrow; we will advise the federal court and seek appropriate relief; including attorney fees.

Please let me know if you have any questions. I cannot give you any more extensions. It has been 5 months.

Sincerely,

Lisa M. Crouch

LMC/sh
attachments