(03-316)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 1 2005

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PEARL DYANE VILLARREAL | § § § | |
| VS. | § § § § | Civil Action No. B-03-205 |
| HARTFORD FIRE INSURANCE COMPANY | § | |

## AGREED RULE 41 DISMISSAL BY STIPULATION

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Pearl Dyane Villarreal together with Hartford Fire Insurance Company, Defendant, submit this Agreed Rule 41 Dismissal by Stipulation.

I.

The parties have fully compromised and settled the above-referenced cause and no further Court action is necessary.

II.

The parties will pay their own court costs.

WHEREFORE, PREMISES CONSIDERED, all parties to this case, respectfully request this Court accept this Agreed Rule 41 Dismissal by Stipulation.

Respectfully submitted,

HUGO XAVIER DE LOS SANTOS
Attorney At Law
900 Vance Jackson Road
San Antonio, Texas 78213
(210) 736-4227
(210) 737-1556 Facsimile

_____
Hugo Xavier de los Santos
State Bar No. 05653300
Federal I.D. No. 11259

Attorney for Plaintiff,
Pearl Dyano Villarreal

HODGE, JAMES & GARZA, L.L.P.
Attorneys and Counselors at Law
P.O. Box 534329 (78553)
115 East Van Buren Street
Suite 300, Third Floor
Harlingen, Texas 78550
Telephone: (956) 425-7400
Facsimile: (956) 425-7707

_____
Anthony B. James
State Bar No. 10537300
Federal I.D. No. 3785

Lisa M. Crouch
State Bar No. 06571040
Federal I.D. No. 15307

Attorneys for Defendant