# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| PEARL DYANE VILLARREAL,  Plaintiff, | § § § | |
| V. | § § | CIVIL NO. B-03-205 |
| HARTFORD FIRE INSURANCE CO.,  Defendant. | § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed an Agreed Rule 41 Dismissal by Stipulation [Docket No. 32] advising the Court that they have fully compromised and settled the above-styled cause of action. It is, therefore, **ORDERED** that the above-styled cause of action is **DISMISSED with prejudice**. It is further **ORDERED** that all costs of court, expenses, and attorneys' fees shall be paid by the party incurring same. All pending motions [Docket No. 31] are hereby **DENIED as moot**.

Signed in Brownsville, Texas, this 18th day of October, 2005.

Andrew S. Hanen
United States District Judge